B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Advantage Mortgage Consulting, Inc., an Illinois Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4433125** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**820 West Jackson #240**<br>**Chicago, IL**<br><div align="right">ZIP Code<br>**60607**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **820 West Jackson #240 & #600**<br>**Chicago, IL 60607** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Advantage Mortgage Consulting, Inc., an Illinois Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____

    Signature of Attorney for Debtor(s)        (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Advantage Mortgage Consulting, Inc., an Illinois Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Deborah K. Ebner**
Signature of Attorney for Debtor(s)

**Deborah K. Ebner 06181615**
Printed Name of Attorney for Debtor(s)

**Law Office of Deborah K. Ebner**
Firm Name

**11 East Adams Street 8th Floor**
**Chicago, IL 60603**

_____
Address

**Email: dkebner@deborahebnerlaw.com**
**312-922-3838 Fax: 312-922-8722**
Telephone Number

**February 20, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Enright**
Signature of Authorized Individual

**Robert Enright**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 20, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**    ,     Case No. _____
                                                                  Debtor

                                                                  Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 140,000.00 | | |
| B - Personal Property | Yes | 5 | 106,972.88 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 459,435.98 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 45,499.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 111 | | 2,582,961.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 128 | | | |
| Total Assets | | | 246,972.88 | | |
| Total Liabilities | | | | 3,087,896.87 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                        ,

                                Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,     Case No. _____
                                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Property**<br>**7529-7531 Leavenworth Rd.**<br>**Kansas City, KS 66109** | **Fee simple** | - | **140,000.00** | **138,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **140,000.00** | (Total of this page) |
| Total > | **140,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    Case No. _____
,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **LaSalle Bank 135 South LaSalle Street Chicago, Illinois -     Acct. Numbers -5200933553. (presently overdrawn per books)** | - | 0.00 |
| | | **Fifth Third Bank                     ($5,252.00 per books) PO Box 630900 Cincinnati, Ohio 45263 Acct. Numbers 7234800808** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Cambridge Integrated Services 33973 Treasury Center Chicago, Illinois 60694 Sublease of 175 West Jackson #1010 Chicago, Illinois $100,000 deposit.** | - | 100,000.00 |
| | | **Security Deposit: Marc Realty, Agent for Landlord 820 West Jackson, LLC Bedford Park, Illinois 60499 ---- for rental of premises commonly known as 820 West Jackson #240 Chicago, Illinois** | - | 5,500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Sub-Total >          105,500.00
(Total of this page)

___4___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**
,                                                          Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Lloyd's of London Policy of Insurance Policy #FF044610g002 Roger Maxted 1st City Partnership, Ltd. 13-15 Folgate Street London, England E1 63X   (Term - 4/15/07 through 4/15/08) | - | Unknown |
| | | Hartford Insurance Company PO Box 620       Business Owner Policy #83-10668738 New Hartford, New York 13413   Surety Bond # 83BSBCU9752 Term 3/20/07-3/20/08 & 4401 Middle Settlement Rd. New Hartford, New York 13413  ---------  Worker Compensation Policy #76 WEGKS8280 | | |
| | | Blue Cross Blue Shield of Illinois Group Health Insurance POB 1186 Chicago, Illinois 60690-1186 #627046 | - | 0.00 |
| | | State Farm Automobile Insurance 2702 Ireland Grove Road Bloomington, Illinois 61709 Policy # 511-5926-A16-13 (Chrysler 300) Policy # 454 5684 F25 13B - (Lexus RX 350)   # 332 0785 F25 13A  (Merc 55) | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    Case No. _____
_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Note Receivable due from Christopher Bidigare - presently in suit/ claim for $350,000** | - | Unknown |
| | | **Forgery Claim against Robert Porter - insurance claim submitted - see below.** | - | Unknown |
| | | **Miscellaneous causes of action in which AMC, Inc is Plaintiff - See list of pending suits.** | - | Unknown |

Sub-Total >        **0.00**
(Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Chris Bridigare - Promissory Note - $350,000 Jae Gonzalez - See list of causes of action - $600,000.00 due and owing Robert Porter - Claim for forged check: amount due $197,583.93 - insurance claim submitted Mid America Bank - related to check forgery of Robert Porter see above $175,256.43 J.P.Morgan Chase - related to check forgery above - claim amount $22,237.50 | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Domain Names - www.theamcteam www.advantage mortgageconsulting www.amcchicago | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | State Mortgage Broker License: Illinois: # 0006227-001 - surrendered -see sofa Iowa #MBK-2006-0055 Colorado #MB-100016767 Wisconsin #22970 Michigan #SR-0014075 Minnesota #20539018 Indiana # 06-0160LB Missouri #F00676379 Kansas #2003-4539 Florida # CL0600036 | - | 0.00 |
| | | State Business License: Illinois #6155-738-5 Iowa #FP-000316516 Colorado #20051440979 Wisconsin #25963 Michigan #FL-4181 Minnesota #1396816-2 Indiana #04-0065LB Missouri #06-968 Kansas #3820040 Florida #F04000005556 | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | itemized listing to be tendered to Trustee at or before 341 meeting./ See closed loan list. | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See leased items | - | 0.00 |

Sub-Total >                     0.00
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              Case No. _____
                                                                        ,
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See itemized attached listing - The following informal valuation comments were  received from Don Dodge of American Auction:**<br><br>**" Based on the review of the list of computer equipment and the pictures of furniture, I can conservatively say $35,000.00.  If things go extremely well, you could see $50,000.00. However, your'e looking at least $10,000.00 in advertisement & labor. A major factor is the location of sale & convenience of removal. " Further comments were that the loop location of the property, the likihood that the building is a union building, will complicate the sale process. Removal of the property is cost prohibitive. Buyers are not likely to taking on the responsibility of removing hte property under the existing conditions.** | **-** | **Unknown** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Miscellaneous items of used office furniture, including but not limited to desks, chairs, telephone system, computers and related hardware and software, tables, cabinets,**<br>**Complete listing to be tendered to Trustee at or before 341 meeting. Listing provided to American Auction for informal valuation prior to filing. See below.** | **-** | **Unknown** |
| 30.  Inventory. | | **To be tendered to Trustee** | **-** | **Unknown** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Accumulated points on American Express Cards. (.001 per point. -  1,472,881. points)** | **-** | **1,472.88** |

|  | Sub-Total > | **1,472.88** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **106,972.88** |

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,  Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **07-M1-15071** <br><br> **Andrew Remus Appraisals** <br> **19525 South Brookridge Drive** <br> **Tinley Park, IL 60477** | | - | | **Judgment 9/4/07** <br><br> **Judgment Lien** <br><br><br> Value $ **6,650.00** | | | | 6,650.00 | 0.00 |
| Account No. <br><br> **Auto Credit Center, Inc** <br> **3501 10th Street** <br> **Menominee, MI 49858** | | - | | **Garnishee Defendant** <br><br> **Underlying claim against Nuvia Laur Guerra** <br><br> Value $ **Unknown** | | | | 8,800.29 | Unknown |
| Account No. <br><br> **Bank One, NA** <br> **201 East Main Street** <br> **Lexington, KY 40575** | | - | | **blanket** <br><br><br><br> Value $ **0.00** | | | | 0.00 | 0.00 |
| Account No. <br><br> **CIT GROUP** <br> **2285 Franklin Road** <br> **Bloomfield Hills, MI 48302** | X | - | | <br><br><br><br> Value $ **Unknown** | | | | 38,295.84 | Unknown |

___**2**___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 53,746.13 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                  ,      Case No. _____
                                                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FSxxxx0086**<br><br>**Fifth Third Bank**<br>**222 South Riverside Plaza**<br>**Chicago, IL 60606** | | - | **Blanket Security Interest**<br><br><br>Value $          **Unknown** | | | | **205,000.00** | **Unknown** |
| Account No.<br><br>**First Collateral Services**<br>**1055 Gateway Blvd. #800**<br>**Concord, CA 94520** | | - | **All Mortgage loans existing and hereafter acquired/ investment property, debt instruments, etc.. Apparent Blanket Security Interst**<br><br>Value $          **Unknown** | | | | **19,691.45** | **Unknown** |
| Account No. **4292616**<br><br>**ILL. Dept. of Employment Security Benefit Repayments**<br>**P.O. Box 19286**<br>**Springfield, IL 62794-9286** | X | - | **7/14/07**<br><br>**tax lien**<br><br><br>Value $          **Unknown** | | | | **18,815.40** | **Unknown** |
| Account No.<br><br>**JPMorgan Chase Bank, NA**<br>**120 East Wesley Street**<br>**Wheaton, IL 60187** | X | - | **First Mortgage**<br><br>**7529 Leavenworth Rd. Kansas City Kansas - 66109**<br><br>Value $          **140,000.00** | | | | **135,147.00** | **0.00** |
| Account No.<br><br>**Premier Partnership Services**<br>**121 S Wilde Road, Suite 500**<br>**Arlington Heights, IL 60005** | X | - | **3/28/05**<br><br>**UCC**<br><br>**Creditor balance is zero - termination statement should be filed.**<br><br>Value $          **Unknown** | | | | **0.00** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to                                  Subtotal      | **378,653.85** | **0.00** |
Schedule of Creditors Holding Secured Claims                              (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**State of Illinois Dept. of Revenue Bankruptcy Litigation Division 100 West Randolph Chicago, IL 60604** | X | - | **7/19/07 - recorded**<br><br>**Tax Lien**<br><br>Value $              **Unknown** | | | | **27,036.00** | **Unknown** |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br>Value $ | | | | | |

Sheet  **2**    of  **2**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **27,036.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **459,435.98** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re     **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    , Case No. _____
                                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        __1__   continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **4292616**  <br> **Illinois Dept. of Employment Secur** <br> **33 South State Street** <br> **Chicago, IL 60603** | X | - | See Schedule D | | | | 26,683.99 | Unknown | Unknown |
| Account No.  <br> **State of Illinois Dept. of Revenue** <br> **Bankruptcy Litigation Division** <br> **100 West Randolph** <br> **Chicago, IL 60604** | X | - | See Schedule D | | | | 18,815.40 | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)     45,499.39 | 0.00 |
| | Total | 0.00 |
| | (Report on Summary of Schedules)     45,499.39 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  1st National Bank of Arizona PO Box 60095 Phoenix, AZ 85082 | | - | | | listed for notice purposes only | | | | 0.00 |
| Account No.  21st Century Mortgage Bankers 350 E Ogden Avenue Suite 1 Westmont, IL 60559 | | - | | | listed for notice purposes only | | | | 0.00 |
| Account No.  4 Corners Appraisals 8072 W 95th Street Hickory Hills, IL 60457 | | - | | | listed for notice purposes only | | | | 0.00 |
| Account No.  820 West Jackson, LLC Attorney Allen Glass 55 East Jackson #500 Chicago, IL 60606 | X | - | | | tenancy at 820 West Jackson #240 Chicago, Illinois | X | X | | 106,666.41 |

___110___ continuation sheets attached

| | Subtotal (Total of this page) | 106,666.41 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:28049-080115    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**            ,    Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**A&E Technology Inc.**<br>**8102 Lemont Road, Suite 900**<br>**Woodridge, IL 60517** | - | | | | | | | **483.60** |
| Account No.<br><br>**A1 Appraisal North LLC**<br>**114 S Center Avenue Suite 103**<br>**Gaylord, MI 49735** | - | | | listed for notice purposes only | | | | **0.00** |
| Account No.<br><br>**AAA Blaney Appraisals**<br>**3806 Pheasant Walk Drive**<br>**Valparaiso, IN 46383** | - | | | listed for notice purposes only | | | | **0.00** |
| Account No.<br><br>**AB Chicagoland Real Estate**<br>**215 N Aberdeen Street**<br>**Chicago, IL 60607** | - | | | notice purposes only | | | | **0.00** |
| Account No.<br><br>**Able Appraisals**<br>**1597 S State Road Suite K**<br>**Fort Lauderdale, FL 33068** | - | | | notice purpose only | | | | **0.00** |

Sheet no. __1__ of __110__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)                    **483.60**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0104**<br><br>**Abramas & Abrams, P.C.**<br>**180 W Washington Street, Suite 910**<br>**Chicago, IL 60602** | - | | | **1/29/2008**<br>**notice purposes only** | | | | 0.00 |
| Account No.<br><br>**Absolute Title Company**<br>**2227 Hammond Drive**<br>**Schaumburg, IL 60173** | - | | | **notice purposes only** | | | | 0.00 |
| Account No.<br><br>**Accredited Home Lenders**<br>**16550 W Bernardo Drive, Bldg. 1**<br>**San Diego, CA 92127** | - | | | **notice purposes only** | | | | 0.00 |
| Account No.<br><br>**AccuBanc Mortgage**<br>**One E 22nd Street, Suite 107**<br>**Lombard, IL 60148** | - | | | **notice purposes only** | | | | 0.00 |
| Account No.<br><br>**Accurate Appraisal Services**<br>**809 W Lawrence Avenue**<br>**Chicago, IL 60640** | - | | | | | | | **800.00** |

Sheet no. __**2**__ of __**110**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**800.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | notice purposes only | | | | |
| accurate value appraisals PO Box 1967 Bolingbrook, IL 60440 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ace Appraisals, Inc. (KC Branch) 502 Armour Road Kansas City, MO 64116 | - | | | | | | | 600.00 |
| Account No. | | | | notice purposes only | | | | |
| Acoustic Home Loans 770 The City Drive South Suite 1500 Orange, CA 92868 | - | | | | | | | 0.00 |
| Account No. | | | | notice purposes only | | | | |
| Action Appraisals PO Box 5164 Rockford, IL 61125 | - | | | | | | | 0.00 |
| Account No. | | | | notice purposes only | | | | |
| Active Appraisal Plus 20370 N Rand Road Suite 203 Palatine, IL 60074 | - | | | | | | | 0.00 |

Sheet no. __3__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

600.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | notice purposes only | | | | |
| Active Appraisal Services 9401 W Beloit Road Suite 401 Milwaukee, WI 53227 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Adept Appraisal 1557 Driftwood Lane Crystal Lake, IL 60014 | | | | | | | | 2,200.00 |
| Account No. | | - | | Notice purposes only: ALL zero balance creditors listed for notice purposes only | | | | |
| Advanced Appraisal Ltd. 910 Skokie Blvd. #101 Northbrook, IL 60062 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Aegis Appraisals 3250 Brior Park Suite 400 Houston, TX 77042 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Aegis Appraisals 3250 Brior Park Suite 400 Houston, TX 77042 | | | | | | | | 0.00 |

Sheet no. __4__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,200.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **AJ appraisals**<br>**6811 South Clyde Ave**<br>**Chicago, IL 60649** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **All Area Appraisals Corp.**<br>**8814 Niles Center Road**<br>**Suite 102**<br>**Skokie, IL 60077** | - | | | | | | | **250.00** |
| Account No. | | | | | | | | |
| **alliance funding**<br>**One Ramland Road**<br>**Orangeburg, NY 10962** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Allied Waste Services**<br>**1220 S Brookside**<br>**Independence, MO 64052** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Allstate Appraisals, LP**<br>**320 W 202nd Street**<br>**Chicago Heights, IL 60411** | - | | | | | | | **0.00** |

Sheet no. __5__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**250.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Alpha W Appraisals 3217 Royal Woods Drive Crystal Lake, IL 60014** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **American Brokers Conduit 48 S Service Road Suite 320 Melville, NY 11747** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **American Business Mortgage Services 5 Becker Farm Road Roseland, NJ 07068-0912** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **American Corporate Recovery Inc. C/o Minear Appraisal Service 3570 Executive Drive Suite 205 Uniontown, OH 44685** | | - | | | | | | X | 0.00 |
| Account No. 3715-363691-32000 | | | | | | | | |
| **American Express Business Card Box 0001 Los Angeles, CA 90096-0001** | X | - | | | | | | 35,617.81 |

Sheet no.  **6**   of  **110**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,617.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Home Appraisers** <br> **203 Oak Street** <br> **Crown Point, IN 46307** | - | | | | | | 0.00 |
| Account No. <br><br> **American Home Mortgage** <br> **PO Box 64197** <br> **Baltimore, MD 21264-4197** | - | | | | | | 0.00 |
| Account No. <br><br> **American Mortgage Network** <br> **10421 Wateridge Drive** <br> **Suite 250** <br> **San Diego, CA 92121** | - | | | | | | 0.00 |
| Account No. <br><br> **American R/E Appraisals LTD** <br> **603 Ridge Road** <br> **Homewood, IL 60430** | - | | | | | | 0.00 |
| Account No. <br><br> **American Sterling Bank** <br> **1701 E Woodfield Road** <br> **Schaumburg, IL 60173** | - | | | | | | 0.00 |

Sheet no. __7___ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Ameriquest PO Box 51382 Los Angeles, CA 90051-5682 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Ameriquest 1100 Town & Country Road Suite 200 Orange, CA 92868 | | | | | | | | 0.00 |
| Account No. | | - | | 5/23/2006 | | | | |
| AMS Appraisals 893 Whitman Drive East Lansing, MI 48823-2447 | | | | | | | | 250.00 |
| Account No. | | - | | | | | | |
| Anderson -Moessner Appraisals 307 S Farewell Street Suite 201 Eau Claire, WI 54701 | | | | | | | | 0.00 |
| Account No. 07M1 0150710 | | - | | 9/4/07 Secured claim - UCC | | | X | |
| Andrew Remus Appraisals 19525 South Brookridge Drive Tinley Park, IL 60477 | | | | | | | | 6,650.00 |
| Sheet no. __8__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 6,900.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,      Case No. _____
                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Promissory Note** | | 9/28/2006 | | | | | | |
| Annie Fultz 445 East Ohio Street, Apt. 612 Chicago, IL 60611 | - | | | | | | | 145,013.89 |
| Account No. | | | | | | | | |
| Anywhere Appraisals 10125 Foxtail Pine Avenue Las Vegas, NV 89129 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Apex Real Estate 2007 W Chruchill Street Suite 204 Chicago, IL 60647 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| App-Com the Appraisal Company 4304 N 166th Street Omaha, NE 68116 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Appraisal & Quality Control, Inc. 2621 W Harrison Street Suite 120 Bellwood, IL 60104 | - | | | | | | | 0.00 |

Sheet no. __9__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145,013.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                     ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Appraisal Asc. ofthe Treasure Coast<br>1858 Old Dixie Hwy<br>Vero Beach, FL 32960** | - | | | 8/10/2006 | | | | 350.00 |
| Account No.<br><br>**Appraisal Centere of the Ozarks<br>1107 NW 3rd Street<br>PO Box 216<br>Ava, MO 65608** | - | | | 9/7/2006 | | | | 325.00 |
| Account No.<br><br>**Appraisal Network<br>PO Box 304<br>Northbrook, IL 60065** | - | | | | | | | 0.00 |
| Account No.<br><br>**Appraisal Research , Inc.<br>435 N Mulford Road, Suite 12<br>Rockford, IL 61107** | - | | | 5/10/2007 | | | | 75.00 |
| Account No.<br><br>**Appraisal Resource Inc.<br>4707 Hwy 61 N #224<br>Saint Paul, MN 55110-3227** | - | | | 1/31/2007 | | | | 100.00 |

Sheet no. __**10**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **850.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              ,        Case No. _____
                                                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Appraisal Tek**<br>**22453 Hughes Street**<br>**Frankfort, IL 60423** | - | | | | | | 0.00 |
| Account No.<br><br>**Appraisals by Aurelia Moloney**<br>**10922 S Knox Avenue**<br>**Oaklawn, IL** | - | | | | | | 0.00 |
| Account No.<br><br>**Appraisals Plus**<br>**830 N Kostner Avenue**<br>**Chicago, IL 60654** | - | | | | | | 0.00 |
| Account No. **F-1149087-4**<br><br>**Arizona Corporation Commision Offic**<br>**1300 W Washington**<br>**Phoenix, AZ 85007-2929** | - | | | | | | 0.00 |
| Account No. **4:07-CV-01478 JCH**<br><br>**Armstrong Teasdale LLP**<br>**Attorneys at Law C/o Laura McLaughl**<br>**One Metropolitan Square, Suite 2600**<br>**Saint Louis, MO 63102-2740** | - | | 9/4/2007 | | | | 0.00 |

Sheet no. __11__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                     ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Arrow Appraisals** **N83W31141 Kilbourne Road** **Hartland, WI 53029** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Associated Appraisal Group** **4431 N Artesian Street** **Chicago, IL 60625** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **ATS & Associates** **444 Ridge Court** **Roselle, IL 60172** | | - | | | | | | 0.00 |
| Account No. **06 CH 01886** | | | | | | | | |
| **Attorney General of the State of IL** **Consumer Fraud Department** **100 W. Randolph Street, 12th floor** **Chicago, IL 60601** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Aurora Home Loans** **10350 Park Meadows Drive** **Littleton, CO 80124** | | - | | | | | | 0.00 |

Sheet no. __12__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aurora Loan services**<br>**10350 Park Meadows Drive**<br>**Littleton, CO 80124** | - | | | | | | **0.00** |
| Account No. **04M1 0122044**<br><br>**Auto credit center Inc.**<br>**3501 10th Street**<br>**Menominee, MI 49858** | - | | **2/7/2007**<br>**UCC - secured** | | | | **8,800.29** |
| Account No.<br><br>**Avacor Appraisals**<br>**41470 SW 140th Street**<br>**Miami, FL 33186** | - | | | | | | **0.00** |
| Account No. **xxxxxxxxxx3102**<br><br>**Avadanian & Adler C/c Landsave, Inc**<br>**6001 Broken Sound Parkway NW, 404**<br>**Boca Raton, FL 33487** | - | | | | | | **0.00** |
| Account No.<br><br>**Avalon Financial Corp.**<br>**1463 Warrensville Road, Suite 201**<br>**South Euclid, OH 44121** | - | | | | | | **0.00** |

Sheet no. __13__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,800.29**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Axis appraisals**<br>**1800 South Wolf Rd.**<br>**Des Plaines, IL 60018** | - | | 4/1/2006 | | | | 750.00 |
| Account No.<br>**AZ Appraisal Services**<br>**10610 Thayer Court**<br>**Saint Louis, MO 63123** | - | | | | | | 0.00 |
| Account No.<br>**B.A.C. Appraisals, Inc.**<br>**28371 Davis Pkwy**<br>**Suite 101**<br>**Warrenville, IL 60555** | - | | 9/5/2007 | | | | 175.00 |
| Account No.<br>**Ball Appraisal Services**<br>**15330 Dobson Avenue South**<br>**South Holland, IL 60473** | - | | | | | | 0.00 |
| Account No.<br>**Banco Popular Mortgage**<br>**9600 Long Point Road, Suite 300**<br>**Houston, TX 77055** | - | | | | | | 0.00 |

Sheet no. __14__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **925.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                            ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bank of America<br>1201 Main Street<br>Dallas, TX 75202** | - | | | | | | | **0.00** |
| Account No. **UCC File #008452164**<br><br>**Bank One, NA with Columbus, Ohio<br>201 East Main Street<br>Lexington, KY 40575** | - | | | 9/7/2007 | | | | **0.00** |
| Account No.<br><br>**Bank United<br>7815 NW 148th Street<br>Hialeah, FL 33016** | - | | | | | | | **0.00** |
| Account No.<br><br>**Bankers Express Mortgage<br>26010 Mureau Road, Suite 130<br>Calabasas, CA 91302** | - | | | | | | | **0.00** |
| Account No.<br><br>**BankUnited, FSB<br>C/o Carol DeFrazio<br>1900 E Golf Road, Suite 1200<br>Schaumburg, IL 60173** | - | | | 8/17/2007 | | | X | **4,415.38** |

Sheet no. __15__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,415.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Baytree Lending** 9 Market Square Court Lake Forest, IL 60045 | - | | | | | | | 0.00 |
| Account No. 0118269 **Bell, Boyd & Lloyd** Attorneys at Law 70 West Madison Street, Suite 3100 Chicago, IL 60602-4207 | - | | | | | | | 0.00 |
| Account No. 150650 **Benjamin & Williams Credit Investig** C/o BFI Waste Services 5485 Expressway Drive N Holtsville, NY 11742 | - | | | | | | | 0.00 |
| Account No. **BFI Waste Services of Kansas City** 1220 South Brookside Ave. Independence, MO 64052 | - | | | | | | | 166.19 |
| Account No. **Blair Appraisal Services** PO Box 2317 Fernley, NV 89408 | - | | | | | | | 0.00 |

Sheet no. __16__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                166.19

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **627046** <br><br> **Blue Cross Blue Shield of Illinois** <br> **300 E Randolph** <br> **Chicago, IL 60601** | | - | | | | | | 0.00 |
| Account No. <br><br> **Blue Edge Inc** <br> **10 N Fairlane Avenue Suite 101** <br> **Joliet, IL 60435** | | - | | | | | | 0.00 |
| Account No. <br><br> **BMK Appraisals** <br> **PO Box 756** <br> **Chesterton, IN 46304** | | - | | | | | | 0.00 |
| Account No. <br><br> **BMK Appraisals, Inc.** <br> **520 N Halsted Street** <br> **Chicago, IL 60622** | | - | | | | | | 0.00 |
| Account No. <br><br> **BNC Mortgage Inc.** <br> **1901 Main Street** <br> **Irvine, CA 92614** | | - | | | | | | 0.00 |

Sheet no. __17__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**_____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Boardwalk Appraisals 245 S Highland Street Suite 5 Mount Dora, FL 32757 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bradley L Owen - Appraisals 300 North Kennedy Drive #65 Bradley, IL 60915 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Branson Appraisals 210 State Hgwy 160 Reeds Spring, MO 65737 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Broker Funding Solutions 5870 Highway 6 North, Suite 202 Houston, TX 77084 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Burbank Appraisal Services 7502 W 63rd Street Chicago, IL 60638 | - | | | | | | | 0.00 |

Sheet no. __18__ of __110__ sheets attached to Schedule of        Subtotal              0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**           ,      Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Burbink Appraisals**<br>**1456 W 18th Street**<br>**Chicago, IL 60622** | - | | | | | | **0.00** |
| Account No. **134694**<br><br>**Business Office Systems, Inc**<br>**4198 Paysphere Circle**<br>**Chicago, IL 60674** | - | | 5/8/2007 | | | | **10,944.00** |
| Account No.<br><br>**C2C Resources, LLC C/o Forsythe App**<br>**56 Perimeter Center East**<br>**Atlanta, GA 30346** | - | | 12/21/2006 | | | | **0.00** |
| Account No. **C&W#2717677**<br><br>**Caine & Weiner**<br>**C/o Ice Mountain**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365-5010** | - | | 4/10/2007 | | | X | **0.00** |
| Account No. **C&W#xxx3633; C&W#xxx0670**<br><br>**Caine & Weiner C/o pitney Bowes- PP**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** | - | | | | | | **0.00** |

Sheet no. __**19**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,944.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**           ,      Case No. _____

                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2883944**  **California Secretary of State Dept of Financia 111 Pine Street, Suite 1100 San Francisco, CA 94111-5613** | | - | | | | | | 0.00 |
| Account No. **2883944**  **California, State of California Sec of state Dept. of Financial Insts. 111 Pine Street, Suite 1100 San Francisco, CA 94111-5613** | | - | | | | | | 0.00 |
| Account No.  **Call Midwest Telecommunications 2200 S Main Street Suite 111 Lombard, IL 60148** | | - | | 12/6/2006 | | | | 2,990.43 |
| Account No. **Chicago 175 W Advantage**  **Cambridge Integrated Services 33973 Treasury Center Chicago, IL 60694-9300** | X | - | | 1/1/2007 rental of 175 West Jackson - 10th and 11th Floors Chicago, Illinois | | | | 565,668.75 |
| Account No.  **Canon Business Solutions Dept. 77-6024 Chicago, IL 60678-6024** | | - | | | | | | 0.00 |

Sheet no. __**20**__ of __**110**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)             **568,659.18**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Capstone Realty Resources** <br> **24 South Court Street** <br> **Lapeer, MI 48446** | - | | | | | | | **0.00** |
| Account No. **xxxxxxxx0884** <br><br> **Cardservice International; First Da** <br> **PO Box 17548** <br> **Denver, CO 80217** | - | | | | | | | **0.00** |
| Account No. <br><br> **Carrington Title Co.** <br> **1919 S Highland Ave. Bldg. B** <br> **Suite 315** <br> **Lombard, IL 60148** | - | | | | | | | **0.00** |
| Account No. <br><br> **Castle Appraisals** <br> **8061 Koehler Drive** <br> **Orland Park, IL 60462** | - | | | | | | | **0.00** |
| Account No. <br><br> **CAU Underwriting** <br> **2 Caufield Place** <br> **Newtown, PA 18940** | - | | | 1/1/2007 | | | | **260.00** |

Sheet no. __21__ of __110__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          **260.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **CBS Messenger Service** <br> **PO Box 337** <br> **Elk Grove Village, IL 60009** | - | | | | | | | 0.00 |
| Account No. **I1001C,, I1006, I1005 I1010, I** <br><br> **Certified Credit Reporting** <br> **1180 Olympic Drive, Suite 207** <br> **Corona, CA 92881-7228** | - | | | | | | | 0.00 |
| Account No. <br><br> **Chapel Funding Corp.** <br> **26521 Rancho Pkwy South, Suite 200** <br> **Lake Forest, CA 92630** | - | | | | | | | 0.00 |
| Account No. <br><br> **Charter Land Title** <br> **4370 N Oak Traffic Way, # 102** <br> **Kansas City, MO 64116** | - | | | | | | | 0.00 |
| Account No. <br><br> **Chase Home Finance** <br> **3415 Vision Street** <br> **Columbus, OH 43219-6009** | - | | | | | | | 0.00 |

Sheet no. __22__ of __110__ sheets attached to Schedule of         Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chase Home Finance** <br> **10151 Deerwood Park Blvd., # 300** <br> **Jacksonville, FL 32256** | - | | | | | | | | 0.00 |
| Account No. **ADVA6** <br><br> **Chicago Reader, Inc.** <br> **11 East Illinois Street** <br> **Chicago, IL 60611** | - | | | | 2/26/2007 | | | | 2,112.10 |
| Account No. <br><br> **Chicago Title Company** <br> **5215 Old Orchard Road Suite 400** <br> **Skokie, IL 60076** | - | | | | | | | | 0.00 |
| Account No. **55700223** <br><br> **Chicago Tribune** <br> **PO Box 6315** <br> **Chicago, IL 60680-6315** | - | | | | 7/16/2007 | | | | 1,084.00 |
| Account No. <br><br> **Chicago's Finest Appraisers Inc.** <br> **PO Box 170181** <br> **Chicago, IL 60617** | - | | | | 7/3/2007 | | | | 225.00 |

Sheet no. __23__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,421.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chicagoland Valuation Corp**<br>**2220 Hicks Road Suite 207**<br>**Rolling Meadows, IL 60008** | - | | | | | | **0.00** |
| Account No. <br><br>**Ciancanelli Appraisals**<br>**1407 Creekside Circle**<br>**Minooka, IL 60447** | - | | | | | | **0.00** |
| Account No. <br><br>**CIT Group**<br>**377 E Butterfield Road, Suite 925**<br>**Lombard, IL 60148** | - | | | | | | **0.00** |
| Account No.  **0058764** <br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | - | | 10/21/2007 (automatic renewal)<br>12 month term | | | | **1,920.47** |
| Account No.  **0079421** <br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | - | | 3/15/06<br>term is through 3/15/09 | | | | **2,361.80** |

Sheet no. __24__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,282.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**               ,   Case No. _____

                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0094763**<br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | | - | | **1/1/2007**<br>**lease term through 9/20/09** | | | | **956.96** |
| Account No. **0100083**<br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | X | - | | **1/1/2007**<br>**term concludes 12/14/09** | | | | **1,691.86** |
| Account No. **0101767**<br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | | - | | **1/1/2007** | | | | **1,747.61** |
| Account No. **900-0101767-000**<br><br>**CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | | - | | **term concludes 1/21/2010** | | | | **Unknown** |
| Account No. **4122 5100 2495 4979**<br><br>**Citibusiness A*Advanatge CC Card**<br>**PO Box 688915**<br>**Des Moines, IA 50368-8915** | X | - | | **1/1/2007** | | | | **24,284.48** |

Sheet no. __**25**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **28,680.91**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CitiMortgage Inc.** **1000 Technology Drive** **O Fallon, MO 63368-2240** | - | | | | | | | **0.00** |
| Account No. | | 4/13/2006 | | | | | | |
| **City NewHound** **7109 W Archer Avenue** **Chicago, IL 60638** | - | | | | | | | **88.20** |
| Account No. | | | | | | | | |
| **City One Home Mortgage Corp.** **3150 S River Road, Suite 14** **Des Plaines, IL 60018** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **City Suburban Title Company** **2340 S River Road Suite 115** **Des Plaines, IL 60018** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Classic Home Lending** **10850 Richmond Avenue, Suite 175** **Houston, TX 77042** | - | | | | | | | **0.00** |

Sheet no. __26__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **88.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                  ,      Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **G36** <br><br> **Coffee Unlimited** <br> **1408 S Clinton** <br> **Chicago, IL 60607** | - | | | | 12/1/2006 | | | | 537.45 |
| Account No. **ADVANTAG00004** <br><br> **Cogent Communications, Inc.** <br> **PO Box 791087** <br> **Baltimore, MD 21279-1087** | - | | | | 10/1/2007 | | | | 10,081.44 |
| Account No. <br><br> **Cogent Communications,Inc** <br> **1015 31st Street, NW** <br> **Washington, DC 20007** | - | | | | 11/03/2005 <br> 24 month lease for network services- notice purposes only | | | | 0.00 |
| Account No. **License # MB xxxxx6767** <br><br> **Colorado Division of Banking** <br> **1560 Broadway Dr., Suite 975** <br> **Denver, CO 80202** | - | | | | | | | | 0.00 |
| Account No. **License # MB 100016767** <br><br> **Colorado Division of Real Estate** <br> **1560 Broadway Drive** <br> **Denver, CO 80202** | - | | | | | | | | 0.00 |

Sheet no. __27__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,618.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0979**<br><br>**Colorado Secretary of State**<br>**1700 Broadway, Suite 200**<br>**Denver, CO 80290** | - | | | | | | | 0.00 |
| Account No.<br><br>**Commonwealth United Mortgage**<br>**2300 N Barrington Road, Suite 530**<br>**Schaumburg, IL 60195** | - | | | | | | | 0.00 |
| Account No.<br><br>**Community Appraisals Inc**<br>**2009 Orchard Lake Road**<br>**Keego Harbor, MI 48320** | - | | | | | | | 0.00 |
| Account No. **7265468**<br><br>**Company Corporation**<br>**PO Box 13397**<br>**Philadelphia, PA 19101-3397** | - | | | 9/30/2007 | | | | 3,905.00 |
| Account No.<br><br>**Computech Appraisals Services**<br>**121 N Garrard Suite C**<br>**Rantoul, IL 61866** | - | | | | | | | 0.00 |

Sheet no. __28__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,905.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Concorde Acceptance Corp. 7929 Brookriver Drive, Suite 500 Dallas, TX 75247 | - | | | | | | | 0.00 |
| Account No. | | 3/28/2006 | | | | | | |
| Continental Electrical Construction 5900 Howard Street Skokie, IL 60077 | - | | | | | | | 2,120.23 |
| Account No. | | | | | | | | |
| Coons Appraisal 1615 South 77th Street Lincoln, NE 68506 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Cooper Appraisals 118 N Lane Suite B Reeds Spring, MO 65737 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Cornerstone Appraisals 500 Selkirk Drive Schaumburg, IL 60194 | - | | | | | | | 0.00 |

Sheet no. __29__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,120.23**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                      ,      Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Corrie Appraisal & Consulting** **1403 6th Street** **Charleston, IL 61920** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Countrywide Home Loans** **8521 Fallbrook Avenue** **Canoga Park, CA 91304** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Countrywide Home Loans** **1011 Warrenville Road, Suite 115** **Lisle, IL 60532** | - | | | | | | | 0.00 |
| Account No. | | | | 1/1/2007 | | | | |
| **Craig Shaffer & Associates Ltd** **2720 River Road** **Des Plaines, IL 60018** | - | | | | | | | 8,950.00 |
| Account No. | | | | | | | | |
| **Credit Link, LLC** **PO Box 87916** **Carol Stream, IL 60188-7916** | - | | | | | | | 0.00 |

Sheet no. __30__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation_____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Credit Suisse**<br>**11 Madison Drive**<br>**New York, NY 10010** | | - | | | | | | 0.00 |
| Account No. **Lease #33744,**<br><br>**Credit Union Services**<br>**8131 LBJ Freeway, Suite 400**<br>**Dallas, TX 75251** | X | - | | 6/5/05<br>**Mercedes AMG55 Lease - 38 month lease** | | | | 23,064.21 |
| Account No.<br><br>**Creve Cover Mortgage Association**<br>**11525 Olde Cabin Road**<br>**Saint Louis, MO 63141** | | - | | | | | | 0.00 |
| Account No.<br><br>**Crown Executive Suites - Nevada**<br>**375 E Warm Springs Road**<br>**Suite 104**<br>**Las Vegas, NV 89119** | X | - | | 06/08/22005<br>**nonresidential lease - can be terminated with 30 day written notice** | | | | 680.00 |
| Account No.<br><br>**Cutler Appraisal Services**<br>**5631 W Beechwood Lane**<br>**New Palestine, IN 46163** | | - | | | | | | 0.00 |

Sheet no. __31__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     23,744.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**D&D Appraisals** <br>**13144 Vicarage Drive** <br>**Plainfield, IL 60544** | - | | | | | | | | **0.00** |
| Account No. **Reference No. 067** <br><br>**D&L Management Consulting Services** <br>**C/o Mid Florida Appraisers, Inc.** <br>**5257 N Tacoma Avenue, Suite 7** <br>**Indianapolis, IN 46220** | - | | | | | | | | **0.00** |
| Account No. <br><br>**Dakkota Title** <br>**1801 St. Mary Avenue** <br>**Omaha, NE 68102** | - | | | | | | | | **0.00** |
| Account No. <br><br>**David Linn & Associates** <br>**4650 184th Street** <br>**Country Club Hills, IL 60478** | - | | | | | | | | **0.00** |
| Account No. <br><br>**DB Home Lending** <br>**26521 Rancho Parkway South** <br>**Suite 210** <br>**Lake Forest, CA 92630** | - | | | | | | | | **0.00** |

Sheet no. __32__ of __110__ sheets attached to Schedule of                                    Subtotal                **0.00**
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**          ,          Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2070051145690** <br><br> **Decision One Mortgage Company, LLC** <br> **HSBC Mortgage Services** <br> **3023 HSBC Way** <br> **Fort Mill, SC 29715** | - | | | 2/22/2007 | | | X | 2,000.00 |
| Account No. **2070041057510** <br><br> **Decision One Mortgage Company, LLC** <br> **HSBC Mortgage Services** <br> **3023 HSBC Way** <br> **Fort Mill, SC 29715** | - | | | 8/29/2005 | | | X | 954.78 |
| Account No. <br><br> **Deep Green Financial** <br> **22901 Millcreek Blvd., Suite 500** <br> **Beachwood, OH 44122** | - | | | | | | | 0.00 |
| Account No. **06 CH 27434** <br><br> **DeGrand & Wolfe, P.C.** <br> **C/o Luke DeGrand** <br> **20 S. Clark St., Suite 2620** <br> **Chicago, IL 60603** | - | | | | | | | 0.00 |
| Account No. **ADV04** <br><br> **Del Mar Data Trac, Inc.** <br> **6165 Greenwich Drive** <br> **Suite 200** <br> **San Diego, CA 92122** | - | | | 1/31/2006 <br> **Mortgage Lending Software** | | | | 82,183.00 |

Sheet no. __33__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,137.78

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**
_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Delta Funding Corporation** 1000 Woodbury Road Woodbury, NY 11797-9003 | - | | | | | | | 0.00 |
| Account No. **PDS823EWOOD** **Deneen Appraisals** 1515 Broadway Street Prairie Du Sac, WI 53578 | - | | | 3/13/2006 | | | | 275.00 |
| Account No. **Deron Strickland Appraisals** 339 Clyde Avenue Calumet City, IL 60409 | - | | | | | | | 0.00 |
| Account No. **06 CH 27434** **Deutsch, Levy & Engel, Chartered** C/o Cavid J. Ben Dov 225 West Washington St. Suite 1700 Chicago, IL 60606 | - | | | | | | | 0.00 |
| Account No. **261810** **District of Columbia Washington** Dept of Business & Professional 941 N. Capitol Street NE Washington, DC 20002 | - | | | | | | | 0.00 |

Sheet no. __**34**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **275.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **DJ Howard & Associates** **820 Broadway** **Long Grove, IL 60049** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **DK Funding** **400 S Quadrangle Drive, Suite A** **Bolingbrook, IL 60440** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **DNS & Associates** **1652 W Ogden Avenue Suite 5** **Chicago, IL 60612** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Document Systems, Inc.** **20501 S Avalon Blvd., Suite B** **Carson, CA 90746** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Dufala Appraisal Services** **1201 S Highland Avenue Suite 10** **Clearwater, FL 33756** | - | | | | | | | 0.00 |

Sheet no. __35__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **E-Line Appraisals** <br> **140 Jefferson Lane** <br> **Bloomingdale, IL 60108** | - | | | | | | 0.00 |
| Account No. <br><br> **Eagle Appraisals** <br> **5703 Red Bug Lake Road, Suite 113** <br> **Clearwater, FL 33756** | - | | | | | | 0.00 |
| Account No. <br><br> **Eastern Savings Bank** <br> **Executive Plaza 2** <br> **11350 McCormick Road, Suite 200** <br> **Hunt Valley, MD 21031** | - | | | | | | 0.00 |
| Account No. <br><br> **Eckland Appraisals** <br> **18357 May Street** <br> **Homewood, IL 60430** | - | | | | | | 0.00 |
| Account No. <br><br> **EDI Appraisal Services Inc** <br> **22971 Outer Drive** <br> **Dearborn, MI 48124** | - | | | | | | 0.00 |

Sheet no. __36__ of __110__ sheets attached to Schedule of                                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **05 CH 10410** <br><br> **Edwin R. McCullough** <br> **C/o Paulette Wright and Bridgette** <br> **19 South LaSalle Street, Suite 602** <br> **Chicago, IL 60603** | - | | | | | | | **0.00** |
| Account No. <br><br> **Elite Appraisal Center LLC** <br> **417 Talcott Road** <br> **Park Ridge, IL 60068** | - | | | 12/26/2006 | | | | **100.00** |
| Account No. <br><br> **Elite Appraisal Services Inc.** <br> **4061 Haggerty Road** <br> **West Bloomfield, MI 48323** | - | | | | | | | **0.00** |
| Account No. <br><br> **Eloans** <br> **6230 Stoneridge  Mall Road** <br> **Pleasanton, CA 94588** | - | | | | | | | **0.00** |
| Account No. <br><br> **Encore Credit Corporation** <br> **2211 Butterfield Road, Suite 100** <br> **Downers Grove, IL 60515** | - | | | | | | | **0.00** |

Sheet no. __**37**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| Entrust Mortgage Inc. 304 Inverness Way South, Suite 405 Englewood, CO 80112 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| EquiFirst Corporation 500 Forest Point Circle Charlotte, NC 28273 | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| Erie Shore Appraisals 345 Georgetown Square Suite 209 Wood Dale, IL 60191 | | | | | | | | 0.00 |
| Account No. **37452** | | - | | 9/14/2007 | | | | |
| Experian Department 6133 Los Angeles, CA 90088 | | | | | | | | 1,567.50 |
| Account No. | | - | | | | | | |
| Expert Appraisals 1825 Oak Park Chicago, IL 60634 | | | | | | | | 0.00 |

Sheet no. _**38**_ of _**110**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims    Subtotal (Total of this page)    **1,567.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**   ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fast Appraisals**<br>**7976 Linden Street**<br>**Dyer, IN 46311** | | - | | | | | 0.00 |
| Account No. **1102091** <br><br>**Fidelity National Credit Services**<br>**Fidelity National Credit Services**<br>**Dept. #2561**<br>**Los Angeles, CA 90084-2561** | | - | | | | | 455.00 |
| Account No. **xxx2091** <br><br>**Fidelity National Credit Services**<br>**C/o Monster Inc. Dept. #2561**<br>**Los Angeles, CA 90084** | | - | | | | | 0.00 |
| Account No. <br><br>**Fieldstone Mortgage Company**<br>**2 Executive Circle, Suite 250**<br>**Irvine, CA 92614** | | - | | | | | 0.00 |
| Account No. **96860** <br><br>**Fifth Third Bank**<br>**Business Line of Credit**<br>**175 West Jackson Blvd.**<br>**Chicago, IL 60604** | X | - | 1/30/2007 | | | | 200,310.00 |

Sheet no. _**39**_ of _**110**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **200,765.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5473-7824-0005-4243** <br><br> **Fifth Third Bank** <br> **MasterCard** <br> **PO Box 63-0479** <br> **Cincinnati, OH 45263** | X | - | 10/8/2007 | | | | 29,518.04 |
| Account No. <br><br> **Fifth Third Bank - Lending** <br> **38 Fountain Square Plaza** <br> **Cincinnati, OH 45263** | | - | | | | | 0.00 |
| Account No. <br><br> **Finance America** <br> **1100 Jorie Blvd., Suite 240** <br> **Oak Brook, IL 60523** | | - | | | | | 0.00 |
| Account No. **1519 & 4292616** <br><br> **First Collateral Services, Inc.** <br> **C/o Bank of America** <br> **Dept. # 1534/ PO Box 61000** <br> **San Francisco, CA 94161-1534** | X | - | 6/2/2004 <br> **Warehouse Line of Credit** | | | | 11,115.42 |
| Account No. **UCC File No. 008639442** <br><br> **First Collateral Services, Inc.** <br> **1855 Gateway Blvd., Suite 800** <br> **Concord, CA 94520** | | - | 5/4/2009 | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __**40**__ of __**110**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 40,633.46 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**              ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4000881204** <br><br> **First Franklin Financial** <br> **1051 Perimeter Drive, Suite 800** <br> **Schaumburg, IL 60173** | X | - | | 8/28/2006 | | | X | 90,000.00 |
| Account No. **4000869791** <br><br> **First Franklin Financial** <br> **1051 Perimeter Drive, Suite 800** <br> **Schaumburg, IL 60173** | X | - | | 7/28/2006 | | | X | 135,000.00 |
| Account No. **4000610411** <br><br> **First Franklin Financial** <br> **1051 Perimeter Drive, Suite 800** <br> **Schaumburg, IL 60173** | X | - | | 12/30/2005 | | | X | 232,000.00 |
| Account No. **4001266962** <br><br> **First Franklin Financial** <br> **1051 Perimeter Drive, Suite 800** <br> **Schaumburg, IL 60173** | X | - | | 2/5/2007 | | | X | 162,450.00 |
| Account No. **4000347644** <br><br> **First Franklin Financial** <br> **1051 Perimeter Drive, Suite 800** <br> **Schaumburg, IL 60173** | X | - | | 6/14/2005 | | | X | 167,000.00 |

Sheet no. __41__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

786,450.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                                        ,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **120837758** | | | 2/25/2005 | | | | | |
| **First Franklin Financial** **1051 Perimeter Drive, Suite 800** **Schaumburg, IL 60173** | - | | | | | | X | |
| | | | | | | | | **0.00** |
| Account No. **8532693297** | | | 3/6/2007 | | | | | |
| **First Magnus Financial Corporation** **One Tower Lane** **Suite 2375** **Villa Park, IL 60181** | - | | | | | | X | |
| | | | | | | | | **1,060.41** |
| Account No. | | | | | | | | |
| **First National City Bank** **150 Allegheny Center Mall** **Pittsburgh, PA 15212** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **First NLC Financial Services LLC** **4680 Confrence Way South** **Boca Raton, FL 33431** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **ADV04** | | | | | | | | |
| **Fiserv Clearing, Inc.** **C/o Del Mar Database** **701 Market Street, Box 29** **Philadelphia, PA 19106** | - | | | | | | X | |
| | | | | | | | | **0.00** |

| Sheet no. __42__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,060.41** |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Advantage Mortgage Consulting, Inc., an Illinois Corporation**_____,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Five Point Appraisals** <br> **600 W Chicago Avenue Suite 350** <br> **Chicago, IL 60610** | - | | | | | | | **0.00** |
| Account No. <br><br> **Flagship Bank** <br> **S115-3** <br> **5151 Corporate Drive** <br> **Troy, MI 48098** | - | | | | | | | **0.00** |
| Account No. <br><br> **Flagstar Bank** <br> **5151 Corporate Drive** <br> **Troy, MI 48098-2639** | - | | | | | | | **0.00** |
| Account No. **700123** <br><br> **Florida (OBRE)** <br> **Office of Financial Regulations** <br> **200 E Gainest** <br> **Tallahassee, FL 32399** | - | | | | | | | **0.00** |
| Account No. **F04000005556** <br><br> **Florida (Secretary of State)** <br> **Dept of State Division of Corporati** <br> **PO Box 6237** <br> **Tallahassee, FL 32314** | - | | | | | | | **0.00** |

Sheet no. __**43**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal    **0.00**
(Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Forrey Appraisal Service**<br>**6139 Cocos Drive**<br>**Fort Myers, FL 33908** | - | | | | | | | 0.00 |
| Account No.<br><br>**Forsythe Appraisals. LLC**<br>**222 Little Canada Road**<br>**Saint Paul, MN 55117-2375** | - | | | 12/21/2006 | | | | 1,600.00 |
| Account No.<br><br>**Fourte & Associates**<br>**12757 Western Ave.**<br>**Blue Island, IL 60406** | - | | | | | | | 0.00 |
| Account No.<br><br>**Frank Trapane & Associates**<br>**10709 Randolph Street**<br>**Crown Point, IN 46307** | - | | | | | | | 0.00 |
| Account No.<br><br>**Frank Womack Appraisals**<br>**6485 Bay Oaks Drive**<br>**Milton, FL 32583** | - | | | | | | | 0.00 |

Sheet no. __44__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,600.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Freedom Mortgage Corporation** <br> **10500 Kincaid Drive, Suite 300** <br> **Fishers, IN 46037** | - | | | | | | | 0.00 |
| Account No. <br><br> **Fremont Investment Loan** <br> **One TransAm Plaza, Suite 350** <br> **Villa Park, IL 60181** | - | | | | | | | 0.00 |
| Account No. <br><br> **Funding Advantage Solutions Tech** <br> **11510 W 13th Avenue** <br> **Denver, CO 80215** | - | | | | | | | 0.00 |
| Account No. **4292616** <br><br> **GC Services Limited Partnership** <br> **Collection Agency Division** <br> **PO Box 626** <br> **Elgin, IL 60121** | - | | | 10/30/2007 | | | X | 0.00 |
| Account No. **ADVANTAGE** <br><br> **Generations Appraisal Company** <br> **324 North Randolph** <br> **Pleasant Hill, MO 64080** | - | | | 12/11/2006 | | | | 700.00 |

Sheet no. __45__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**700.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation** _____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Genworth Financial Services, Inc**<br>**POB 277231**<br>**Atlanta, GA 30384** | - | | | | | | <br>**0.00** |
| Account No.<br><br>**Genworth Mortgage**<br>**6601 Six Forks Road**<br>**Raleigh, NC 27615** | - | | | | | | <br>**0.00** |
| Account No. **License #6440292**<br><br>**Georgia Secretary of State**<br>**Corporation Divisions**<br>**2 MLK Drive Suite 315 West Tower**<br>**Atlanta, GA 30334** | - | | | | | | <br>**0.00** |
| Account No.<br><br>**Global Capital**<br>**10600 W Higgins Road, Suite 516**<br>**Des Plaines, IL 60018** | - | | | | | | <br>**0.00** |
| Account No.<br><br>**GMAC Bank**<br>**100 Witmer Road, Suite 120**<br>**Horsham, PA 19044** | - | | | | | | <br>**0.00** |

Sheet no. __46__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,      Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Golden I Appraisals** <br>**3054 Alta** <br>**Melrose Park, IL 60164** | - | | | | | | | **0.00** |
| Account No. **05 CH 13844** <br><br>**Goldstein Fishman Bender & Romanoff** <br>**C/o Paul Bernstein, Attorney at Law** <br>**1 North LaSalle Street, Suite 2600** <br>**Chicago, IL 60604** | - | | | | | | | **0.00** |
| Account No. **37716** <br><br>**Gomberg, Sharfman, Gold, & Olster** <br>**Attorneys at Law** <br>**208 S LaSalle Street, Suite 1200** <br>**Chicago, IL 60604** | - | 1/1/2006 | | | | | | **22,500.00** |
| Account No. <br><br>**Great Appraisal** <br>**7092 Highland Road** <br>**Suite 288** <br>**Waterford, MI 48327-1502** | - | 8/15/2007 | | | | | | **125.00** |
| Account No. <br><br>**Great Bank** <br>**2100 Huntington Drive** <br>**Algonquin, IL 60102** | - | | | | | | | **0.00** |

Sheet no. __47__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,625.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**              ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Great Lakes Residential Appraisers** <br>**1329 Coach House Lane** <br>**South Lyon, MI 48178** | - | | | | | | | | 0.00 |
| Account No. **750490** <br><br>**Greatland Corporation** <br>**PO Box 1157** <br>**Grand Rapids, MI 49501-1157** | - | | | | 11/13/2006 | | | | 286.19 |
| Account No. **91595587** <br><br>**GreenPoint Mortgage** <br>**2730 West Tyvola Road** <br>**Suite 300** <br>**Charlotte, NC 28217** | - | | | | 5/17/2007 | | | X | 3,465.00 |
| Account No. <br><br>**Grove Street Appraisals** <br>**1629 Gray Bark Drive** <br>**Oldsmar, FL 34677** | - | | | | | | | | 0.00 |
| Account No. <br><br>**Guaranteed Financial Mortgage** <br>**2605 W 22nd Street, Suite 39** <br>**Oak Brook, IL 60523** | - | | | | | | | | 0.00 |

Sheet no. __**48**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,751.19

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 11/8/2007 | | | | | | |
| Guy Appraisal, Inc. PO Box 8161 Saint Joseph, MO 64508 | - | | | | | | | 300.00 |
| Account No. **B424955** | | | | | | | | |
| H.E. Stark Agency Inc. C/o Poulson Appraisals Inc. PO Box 45710 Madison, WI 53744-5710 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| H.E. Stark Agency, Inc. C/o Poulson Appraisals POB 45710 Madison, WI 53744 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Haida Appraisals PO Box 7940 Belleville, IL 62222 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Harris Bank - Lending 111 W Monroe Street Chicago, IL 60603 | - | | | | | | | 0.00 |

Sheet no. __49__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| HCL Finance Inc. 1885 Lundy Avenue, Suite 200 San Jose, CA 95131 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Heartland Wholesale Funding 1150 Hanley Industrial Court Saint Louis, MO 63144 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Hinshaw Appraisals 331 Kingston Drive Oswego, IL 60543 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HLB Mortgage 1229 Lakeview Court Romeoville, IL 60446 | - | | | | | | | 0.00 |
| Account No. 06 CH 06622 | | 1/30/2006 | | | | | | |
| Holland & Knight LLP Attorneys at Law 131 S. Dearborn, 30th Floor Chicago, IL 60603 | - | | | | | | | 0.00 |

Sheet no. __50__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Home Appraisal Service, LLC 6685 Broadway Suite 1 Merrillville, IN 46410 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Home Equity of America 1000 E 80th Place, Suite 300 North Merrillville, IN 46410 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Home Loan Mortgage Corporation 11776 Mariposa Road, Suite 103 Hesperia, CA 92345 | - | | | | | | | 0.00 |
| Account No. | | | | 12/1/2007 | | | | |
| Home Loan Services 150 Allegheny Center Mall Pittsburgh, PA 15212 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Home Mortgage, Inc. 485 S Frontage Road, Suite 200 Willowbrook, IL 60527 | - | | | | | | | 0.00 |

Sheet no. __51__ of __110__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation__ ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Home Savings** **275 West Federal Street** **Youngstown, OH 44503** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Home Zone Appraisals** **460 Briargale Drive Suite 200** **South Elgin, IL 60177** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Homecomings Financial** **PO Box 890036** **Dallas, TX 75389** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Homeland Capital Mortgage** **600 E Caramel Drive Suite 110** **Carmel, IN 46032** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Homeowners Security Corporation** **9521 Indianapolis Blvd., Suite O** **Highland, IN 46322** | | | | | | | | 0.00 |

Sheet no. __52__ of __110__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)   0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HSBC Mortgage Corporation <br> PO Box 4552 <br> Buffalo, NY 14240-8851** | - | | | | | | 0.00 |
| Account No. **138292** <br><br> **Hutchison, Perry and Associates <br> C/o Chicago Reader <br> 4500 E Speedway, Suite 12 <br> Tucson, AZ 85712-5305** | - | | | | | X | 0.00 |
| Account No. **118467489** <br><br> **Ice Mountain <br> 6661 Dixie Hwy, Suite 4 <br> Louisville, KY 40258** | - | 1/1/2007 | | | | | 2,292.41 |
| Account No. **MB0006227** <br><br> **Illinois (OBRE) <br> Dept of Financial & Pro. Regulation <br> 320 W. Washington <br> Springfield, IL 62786** | - | 1/1/2007 | | | | | 0.00 |
| Account No. **6155-738-5** <br><br> **Illinois (Secretary of State) <br> 501 S 2nd Street Rm 328 <br> Springfield, IL 62786** | - | | | | | | 0.00 |

Sheet no. __53__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,292.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **advantage mort** | | 6/11/2007 | | | | | | |
| IMG Technologies Inc. ( T1 Lines) Dept. 4393 Carol Stream, IL 60122-4393 | - | | | | | | | 464.00 |
| Account No. | | | | | | | | |
| Impac Lending Group One Mid America Plaza, Suite 400 Villa Park, IL 60181 | - | | | | | | | 0.00 |
| Account No. **15-006-046042-8** | | 9/21/2007 | | | | | | |
| Imperial A.I. Credit Company AICCO, Inc. Box 9045 New York, NY 10087-9045 | - | | | | | | | 3,722.31 |
| Account No. | | | | | | | | |
| Imperial Appraisals 5815 Hammock Isles Drive Naples, FL 34119 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Imperial Lending Group 4352 Trail Boss Drive Castle Rock, CO 80104 | - | | | | | | | 0.00 |

Sheet no. __54__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,186.31

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **21209** <br><br> **Incorp Services, Inc.** <br> **(Nevada Branch)** <br> **PO Box 94438** <br> **Las Vegas, NV 89193-4438** | - | | | 6/19/2007 | | | | 224.00 |
| Account No. <br><br> **Indian Department of Financial Inst** <br> **30 South Merridian Street #300** <br> **Indianapolis, IN 46204** | - | | | | | | | 0.00 |
| Account No. **06-0160LB** <br><br> **Indiana Secretary of State** <br> **Securities Division** <br> **302 W Washington Street** <br> **Indianapolis, IN 46204** | - | | | | | | | 0.00 |
| Account No. **00019304** <br><br> **IndyMac Bank** <br> **888 E Walnut Street** <br> **Pasadena, CA 91101** | - | | | 8/10/2007 | | | X | 1,300.00 |
| Account No. <br><br> **Infiniti Financial Corporation** <br> **600 Hunter Drive Suite 200** <br> **Oak Brook, IL 60523** | - | | | | | | | 0.00 |

Sheet no. __**55**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 1,524.00 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**InfoUSA**<br>**5711 S 86th Circle**<br>**Omaha, NE 68127** | | - | 7/16/2007 | | | | 1,650.00 |
| Account No. **014305**<br><br>**Initial Tropical Plants**<br>**PO Box 95409**<br>**Palatine, IL 60095-0409** | | - | 11/18/2005 | | | | 282.48 |
| Account No. **310544**<br><br>**Initial Tropical Plants**<br>**PO Box 95409**<br>**Palatine, IL 60095-0409** | | - | 12/1/2005 | | | | 1,181.70 |
| Account No.<br><br>**Innovative Appraisals**<br>**3910 S Old Hgwy 94 Suite 115**<br>**Saint Charles, MO 63304** | | - | | | | | 0.00 |
| Account No. **1008-01**<br><br>**Insight Financial Corporation**<br>**1935 Shermer Road #300**<br>**Northbrook, IL 60062** | X | - | 6/28/05<br>**Stratasort Dialer - 36 month lease term** | | | | 50,949.00 |

Sheet no. __56__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,063.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br>**InterBay Funding, Inc** <br>**1301 Virginia Drive Suite 403** <br>**Fort Washington, PA 19034** | - | | | | | | | **0.00** |
| Account No. <br><br>**Interfirst Wholesale Mortgage** <br>**939 W North Avenue Suite 720** <br>**Chicago, IL 60622** | - | | | | | | | **0.00** |
| Account No. **BB136616** <br><br>**Internet Corporation Listing Servic** <br>**303 Park Avenue S, #1073** <br>**New York, NY 10010** | - | | | 3/9/2007 | | | | **35.00** |
| Account No. **MBK-2006-0055** <br><br>**Iowa Division of Banking** <br>**200 E Grand Avenue Suite 300** <br>**Des Moines, IA 50309** | - | | | | | | | **0.00** |
| Account No. **FP-xxxxx6516** <br><br>**Iowa Secretary of State Corp. Div.** <br>**Lucas Bld; 1st Floor** <br>**Des Moines, IA 50319** | - | | | | | | | **0.00** |

Sheet no. __57__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**              ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Irwin Mortgage**<br>**6564 Loisdale Ct. #410**<br>**Springfield, VA 22154** | - | | | | | | 0.00 |
| Account No.<br><br>**J.A.L Appraising**<br>**432 E Niagra Avenue**<br>**Schaumburg, IL 60193** | - | | | | | | 0.00 |
| Account No.<br><br>**James B Crowe & Associates**<br>**3118 N Lincoln Avenue**<br>**Chicago, IL 60657** | - | | | | | | 0.00 |
| Account No. 198013<br><br>**JANI-KING KC Region**<br>**14821 W 95th Street**<br>**Lenexa, KS 66215** | - | | 3/31/2007 | | | | 600.00 |
| Account No.<br><br>**Jason M Tatoni Appraisals**<br>**30 E Huron Street Suite 5001**<br>**Chicago, IL 60611** | - | | | | | | 0.00 |

Sheet no. __58__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     600.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Advantage Mortgage Consulting, Inc., an Illinois Corporation**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Je'Ron Inc 4900 W 47th Street Chicago, IL 60632 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jefferson Appraisals 958 N Wilder Road Lapeer, MI 48446 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jelinski Appraisals 7714 Stratford Place Darien, IL 60561 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| JMR Appraisals 1901 W 53rd Street Chicago, IL 60632 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| John Meyer Appraisal Co 1676 View Pond Drive SE Suite 100A Grand Rapids, MI 49546 | - | | | | | | | 0.00 |

Sheet no. __59__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Loan #450385377005**<br><br>**JPMorgan Chase Bank, NA**<br>**120 East Wesley Street**<br>**Wheaton, IL 60187** | X | - | | **3/29/2004**<br>**undersecured portion of mortgage on Kasas City Kansas real estate.** | | | | **Unknown** |
| Account No.<br><br>**Kaercher Campbell & Associates**<br>**2500 N Buffalo Drive, Suite 230**<br>**Las Vegas, NV 89128** | | - | | | | | | **0.00** |
| Account No. **2003-4539**<br><br>**Kansas (OBRE)**<br>**Division of Banking & Lending**<br>**700 SW Jackson Suite 300**<br>**Topeka, KS 66603-3796** | | - | | | | | | **0.00** |
| Account No.<br><br>**Kansas Bd. of Public Utilites**<br>**PO Box 219661**<br>**Kansas City, MO 64121** | | - | | | | | | **0.00** |
| Account No. **7042-63-8568**<br><br>**Kansas City Power & Light**<br>**PO Box 219330**<br>**Kansas City, MO 64121-9330** | | - | | **2/21/2006** | | | | **1,684.00** |

Sheet no. __**60**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,684.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                   ,        Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Kansas City Title 6060 North Oak Kansas City, MO 64118** | - | | | | | | | 0.00 |
| Account No. **Kansas Secretary of State Memorial Hall, 1st Floor 120 S.W. 10th Avenue Topeka, KS 66612-1594** | - | | | | | | | 0.00 |
| Account No. **Kasten Goodman Agency 230 E Main PO Box 408 Carlinville, IL 62626** | - | | | | | | | 0.00 |
| Account No. **Kaufman Appraisals 13310 Bab Road Auburn, IL 62615** | - | | | | | | | 0.00 |
| Account No. **KBW Appraisals 801 S Adams Suite 102 Birmingham, MI 48009** | - | | | | | | | 0.00 |

Sheet no. __61__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**           ,   Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Kenneth L. Gillis<br>Attorney at Law<br>111 W Washington, Suite 1421<br>Chicago, IL 60602** | - | 1/1/2007 | | | | | | **39,168.55** |
| Account No. **2883944**<br><br>**Kentucky Secretary of State<br>Division Corp.<br>State Capitol Rm 154 700 Capitol Av<br>Frankfort, KY 40601** | - | | | | | | | **0.00** |
| Account No. **06 CH 6622**<br><br>**Kiel M. Larson, Attorney at Law<br>800 N. Clark Street, Suite 222<br>Chicago, IL 60610** | - | 8/8/2007 | | | | | | **0.00** |
| Account No.<br><br>**Knoor Networks, Inc.<br>217 Leavitt<br>Suite 2S<br>Chicago, IL 60612** | - | 5/7/2007 | | | | | | **10,305.00** |
| Account No.<br><br>**Koyak Appraisals<br>2000 4th Street<br>Peru, IL 61354** | - | | | | | | | **0.00** |
| Sheet no. __62__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | **49,473.55** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                  ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 2/16/2007 | | | | | | |
| **Kozacky & Weitzel, P.C.**<br>**1 North LaSalle Street, Suite 3150**<br>**Chicago, IL 60602** | - | | | | | | | **85,864.54** |
| Account No. | | | | | | | | |
| **Lakeside Appraisals**<br>**4321 W Highview Drive**<br>**Park Falls, WI 54552** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **LaMyatt Appraisals**<br>**32969 Hamilton Court Suite 140**<br>**Farmington, MI 48334** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Land America**<br>**PO Box 116538**<br>**Atlanta, GA 30368-6538** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Landis Appraisals**<br>**POB 95184**<br>**Palatine, IL 60095** | - | | | | | | | **0.00** |

Sheet no. __63__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**85,864.54**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **93102098** <br><br> **LandSafe** <br> **PO Box 650530** <br> **Plano, TX 75024** | X | - | 1/1/2007 | | | | 6,549.61 |
| Account No. <br><br> **LaSalle Bank** <br> **135 S Lasalle Street** <br> **Chicago, IL 60603** | | - | | | | | 0.00 |
| Account No. **5200101814 & 5200933553** <br><br> **LaSalle Bank, N.A.** <br> **Commercial Loan Payment** <br> **8617 Innovation Way** <br> **Chicago, IL 60682-0086** | X | - | 10/16/2007 | | | | 41,624.19 |
| Account No. <br><br> **LB Slater & Company** <br> **128 N Dixie Hgwy** <br> **Hollywood, FL 33020** | | - | | | | | 0.00 |
| Account No. <br><br> **LDD Appraisals** <br> **2 South 431 Chaucer Court** <br> **Glen Ellyn, IL 60137** | | - | | | | | 0.00 |

Sheet no. __64__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,173.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **06 CH 10884**<br><br>**Legal Assistance Foundation**<br>**C/o Caroline A. Longstreet**<br>**111 W. Jackson Blvd., 3rd floor**<br>**Chicago, IL 60604** | | - | 1/30/2006 | | | | 0.00 |
| Account No. **03 0612 BR324**<br><br>**Lexus Financial Services**<br>**PO Box 4102**<br>**Carol Stream, IL 60197-4102** | X | - | 6/14/2006<br>vehicle lease - 2007 RX 350 - 35 month lease | | | | 15,994.00 |
| Account No.<br><br>**Lieberman Management Services**<br>**355 W Dundee Road, Suite 110**<br>**Buffalo Grove, IL 60089** | | - | | | | | 0.00 |
| Account No.<br><br>**Lighthouse Appraisals**<br>**1411 N Kickapoo Street Suite 223**<br>**Lincoln, IL 62656** | | - | | | | | 0.00 |
| Account No.<br><br>**Lime Financial, LTD**<br>**5885 SW Meadows Road Suite 600**<br>**Lake Oswego, OR 97035** | | - | | | | | 0.00 |

Sheet no. __65__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,994.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                      ,        Case No. _____
                                                                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Lira Financial 16600 18 Mile Road Rochester, MI 48308 | - | | | | | | | | 0.00 |
| Account No. **07-GAI-ADVANTAGE** | | 11/8/2007 | | | | | | | |
| Litigation Mediation Group C/o Guy Appraisal, Inc. 2290 10th Avenue North, Suite 306 Lake Worth, FL 33461 | - | | | | | | | X | 0.00 |
| Account No. | | | | | | | | | |
| Litton Loan Services LP 4828 Loop Central Drive Houston, TX 77081-2226 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Lock Appraisal Associates W5972 Peaceful Lane Appleton, WI 54915 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Logeman Appraisals 68 Woodland Drive Metropolis, IL 62960 | - | | | | | | | | 0.00 |

Sheet no. __66__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lorraine Manion Appraisals** <br> **1617 W 104th Place** <br> **Chicago, IL 60643** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **Lower My Bills.com** <br> **2401 Colorado Avenue** <br> **Suite 200** <br> **Santa Monica, CA 90404** | - | | 11/1/2006 | | | | <br><br><br><br> 4,402.00 |
| Account No. <br><br> **Lydian Mortgage** <br> **3801 PGA Blvd PO Box 109638** <br> **Palm Beach Gardens, FL 33410** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **M & I Home Lending Solutions** <br> **4121 NW Urbandale Drive** <br> **Urbandale, IA 50322** | - | | | | | | <br><br><br> 0.00 |
| Account No. <br><br> **M & R Appraisals & Real Estate** <br> **653 NE 7th Ave.** <br> **Boynton Beach, FL 33435** | - | | | | | | <br><br><br> 0.00 |

Sheet no. __67__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,402.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | | | | | |
| M&K Appraisals 5513 N Kilbourn Chicago, IL 60630 | | | | | | | | 950.00 |
| Account No. **Chicago 175 W Jackson** | - | | | | | | | |
| MacMunnis, Inc. 1840 Oak Avenue, Suite 300 Evanston, IL 60201 | | | | | | | | 0.00 |
| Account No. **Mxxxxxx-xx-1599** | - | | | | | | | |
| Mages & Price, C/o Randolph & Halst 707 Lake Cook Road, Suite 314 Deerfield, IL 60015 | | | | | | | | 6,077.00 |
| Account No. | - | | | | | | | |
| Mako Appraisals 1630 N Talman Avenue Suite 1A Chicago, IL 60647 | | | | | | | | 0.00 |
| Account No. | - | | 3/7/2006 | | | | | |
| Manager of Finance (KC) P.O.Box 219747 Kansas City, MO 64121-9747 | | | | | | | | 3,811.49 |

Sheet no. **68** of **110** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,838.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                           ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Contract #134694** <br><br> **Mandell Menkes LLC** <br> **C/o Business Office Systems, Inc.** <br> **333 W Wacker Drive** <br> **Chicago, IL 60606** | - | | | | | | X | 0.00 |
| Account No. <br><br> **Mari Bella Mortgage** <br> **3600 Minnesota Drive Suite 650** <br> **Minneapolis, MN 55435** | - | | | | | | | 0.00 |
| Account No. <br><br> **Market Value Inc.** <br> **1860 North Damen Ave.** <br> **Chicago, IL 60647** | - | | | | | | | 0.00 |
| Account No. <br><br> **Martin Appraisal Services** <br> **92 Pebblebrook Lane** <br> **Saint Louis, MO 63146** | - | | | | | | | 0.00 |
| Account No. <br><br> **Maryland Dept of Labor, Licensing** <br> **500 N. Calvert Street, Suite 402** <br> **Baltimore, MD 21202** | - | | | | | | | 0.00 |

Sheet no. _**69**_ of _**110**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Purposes only | | | | |
| **Massachusetts** **The commonwealth of Massachusetts** **One Ashburn Place, Suite 118** **Downers Grove, IL 60515** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Maxim Mortgage Corporation** **1411 Opus Place Suite 118** **Downers Grove, IL 60515** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **MB Financial** **475 E 162nd Street** **South Holland, IL 60473** | | - | | | | | | 0.00 |
| Account No. **076841** | | | | 5/1/2007 | | | | |
| **McDermott Will & Emery LLP** **Paul Cronis, Lockbox Chicago** **PO Box 2995** **Carol Stream, IL 60132-2995** | | - | | | | | | 14,201.56 |
| Account No. **9071341** | | | | 3/27/07 telephone service - three year term | | | | |
| **McLeod USA** **PO Box 3243** **Milwaukee, WI 53201-3243** | X | - | | | | | | 5,000.00 |

Sheet no. __70__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,201.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9060653** <br><br> McLeod USA <br> PO Box 3243 <br> Milwaukee, WI 53201-3243 | - | | | | **3/27/07** <br> **telephone service - 36 month term** | | | | **Unknown** |
| Account No. **9061948** <br><br> McLeod USA <br> PO Box 3243 <br> Milwaukee, WI 53201-3243 | - | | | | **3/27/07** <br> **lease for telephone servicce - 36 month term** | | | | **Unknown** |
| Account No. **9042532** <br><br> McLeod USA <br> PO Box 3243 <br> Milwaukee, WI 53201-3243 | - | | | | **3/27/07** <br> **lease for telephone service - 36 month term** | | | | **Unknown** |
| Account No. **07080024** <br><br> McMahan & Sigunick, Ltd. <br> C/o Staples Business Advantage <br> 412 South Wells Street, 6th Floor <br> Chicago, IL 60607 | - | | | | **9/12/2007** | | | X | 0.00 |
| Account No. <br><br> Mercantile Mortgage <br> 17950 Preston Road Suite 50 <br> Dallas, TX 75250 | - | | | | | | | | 0.00 |

Sheet no. __**71**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                          ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Meridan Valuation**<br>**21376 Ridge Road**<br>**Lake Zurich, IL 60047** | - | | | **Notice Purposes only** | | | | 0.00 |
| Account No. **xCL-08L51**<br><br>**Merill Lynch**<br>**PO Box 44000**<br>**New Brunswick, NJ 08906** | - | | | | | | | 0.00 |
| Account No.<br><br>**Meritage Mortgage Corp**<br>**5656 Meadows Road Suite 350**<br>**Lake Oswego, OR 97035** | - | | | | | | | 0.00 |
| Account No. **xCL-08L51**<br><br>**Merrill lynch**<br>**225 W. Wacker Drive, suite 1400**<br>**Chicago, IL 60606** | - | | | | | | | 0.00 |
| Account No.<br><br>**MERS**<br>**13059 Collection Center Drive**<br>**Chicago, IL 60693** | - | | | | | | | 0.00 |

Sheet no. __72__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Metrocities Mortgage** <br> **15301 Ventura Blvd Suite D300** <br> **Sherman Oaks, CA 91403** | - | | | | | | | 0.00 |
| Account No. **06-M1-15053** <br><br> **Michael Paul Cohen** <br> **Attorney at Law** <br> **435 W Erie, #802** <br> **Chicago, IL 60610** | - | | | 11/1/2007 | | | | 0.00 |
| Account No. <br><br> **Michel Appraising** <br> **8580 W Division Road** <br> **Tipton, IN 46072** | - | | | | | | | 0.00 |
| Account No. **FL-4181** <br><br> **Michigan Dept. Financial Services** <br> **PO Box 30220** <br> **Lansing, MI 48909** | - | | | All zero balance creditors listed for Notice purposes only. | | | | 0.00 |
| Account No. **SRxxx4075** <br><br> **Michigan Secretary of State Banking** <br> **525 W. Ottawa** <br> **Lansing, MI 48909** | - | | | | | | | 0.00 |

Sheet no. __**73**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9272** <br><br> **Mid Florida Appraisers, Inc.** <br> **1212 E Bedford Lane** <br> **Lakeland, FL 33813** | - | 1/11/2006 | | | | | | **375.00** |
| Account No. <br><br> **MidAmerica Federal Bank** <br> **2650 Warrenville, Suite 500** <br> **Downers Grove, IL 60515** | - | | | | | | | **0.00** |
| Account No. <br><br> **Midwest Appraisal** <br> **421 W Broadway Suite 401** <br> **Council Bluffs, IA 51503** | - | | | | | | | **0.00** |
| Account No. <br><br> **Mila Inc** <br> **6021 244th Street SW** <br> **Mountlake Terrace, WA 98043** | - | | | | | | | **0.00** |
| Account No. **1583** <br><br> **Miller, Ross & Goldman** <br> **C/o NovaStar Mortgage** <br> **701 Brazos, Suite 500** <br> **Austin, TX 78701** | - | 7/25/2006 | | | | | | **1,220.30** |

Sheet no. __**74**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,595.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Minear Appraisal Service** <br> **43407 US Hwy 138** <br> **Livonia, MO 63551** | - | 4/21/2006 | | | | | 300.00 |
| Account No. <br><br> **Minear Appraisal Service** <br> **43407 US Hwy 138** <br> **Livonia, MO 63551** | - | | | | | | 0.00 |
| Account No.  **License #xxxx9018** <br><br> **Minnesota Division of Financial Exa** <br> **85 7th Place East, Suite 500** <br> **Saint Paul, MN 55101** | - | | | | | | 0.00 |
| Account No.  **xxxx816-2** <br><br> **Minnesota Secreaty of State, Financ** <br> **Centennial Office Bld, Suite 400** <br> **658 Cedar Street** <br> **Saint Paul, MN 55155** | - | | | | | | 0.00 |
| Account No.  **06-968** <br><br> **Missouri (OBRE)** <br> **State of Missouri Div. of Finance** <br> **301 W High Street Rm 630 PO Box 716** <br> **Jefferson City, MO 65102-0716** | - | | | | | | 0.00 |

Sheet no.  __75__  of  __110__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F00676379** <br><br> **Missouri (Secretary of State)** <br> **Missouri State information center** <br> **600 South Main street** <br> **Jefferson City, MO 65101-0778** | - | | | | | | 0.00 |
| Account No. <br><br> **Missouri Gas Energy** <br> **POB 412662** <br> **Kansas City, MO 64141** | - | | | | | | 0.00 |
| Account No. <br><br> **MIT Lending** <br> **1375 E Woodfield Road Suite 700** <br> **Schaumburg, IL 60173** | - | | | | | | 0.00 |
| Account No. <br><br> **Mitchko, Inc Real EstateAppraisals** <br> **518 Shadywood Lane** <br> **Elk Grove Village, IL 60007** | - | | 4/18/2005 | | | | 3,700.00 |
| Account No. <br><br> **MLN USA** <br> **10 Research Parkway** <br> **Wallingford, CT 06492-1957** | - | | | | | | 0.00 |

Sheet no. **76** of **110** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,700.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                      ,      Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mo-Kan Appraisals, LLC 3947 SW Batten Drive Lees Summit, MO 64082** | - | | | | | | 0.00 |
| Account No. **MCMW768475** <br><br> **Monster, Inc. PO Box 90364 Chicago, IL 60696-0364** | - | | 11/7/2006 | | | | 0.00 |
| Account No. <br><br> **Mortgage Guaranty Corp PO Box 488 Milwaukee, WI 53201-0488** | - | | | | | | 0.00 |
| Account No. <br><br> **Mortgage Insurance Agency, Ltd. 1125 Mitchell Court Crystal Lake, IL 60014** | - | | 1/1/2006 | | | | 3,626.00 |
| Account No. <br><br> **Mortgage Lenders Network 10 Research Parkway Wallingford, CT 06492** | - | | | | | | 0.00 |

Sheet no. __77__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,626.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mortgage Servicing Center PO Box 7126 Columbia, SC 29202 | | - | | | | | | 0.00 |
| Account No. 371898 | | | | 1/1/2007 | | | | |
| Mpower Communications PO Box 60767 Los Angeles, CA 90060-0767 | X | - | | IT Network Support and Telephone Maintenance Agreement - three year term | | | | 37,741.41 |
| Account No. | | | | | | | | |
| Murphy Appraisals 12129 W Bluemand Road Milwaukee, WI 53226 | | - | | | | | | 0.00 |
| Account No. 050547 | | | | 1/1/2007 | | | | |
| Muzak 3318 Lakemont Blvd Fort Mill, SC 29708 | | - | | | | | | 4,956.94 |
| Account No. 050548 | | | | | | | | |
| Muzak 3318 Lakemont Blvd Fort Mill, SC 29708 | | - | | | | | | 0.00 |

Sheet no. __78__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,698.35

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                  ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **National Appraisals** <br> **3934 W 26th Street** <br> **Chicago, IL 60623** | - | | | | | | | 0.00 |
| Account No. <br><br> **National City Bank** <br> **6750 Miller Road, Locator 01-7180** <br> **Brecksville, OH 44141** | - | | | | | | | 0.00 |
| Account No. <br><br> **National Mortgage Reporting** <br> **2605 Camino del Rio South, #400** <br> **San Diego, CA 92108** | - | | | | | | | 0.00 |
| Account No. **BA0483** <br><br> **National Real Estate Info Services** <br> **100 Beecham Drive** <br> **Pittsburgh, PA 15205** | - | | 7/13/2006 | | | | | 100.00 |
| Account No. <br><br> **Nations Home Lending** <br> **401 Fariway Drive Suite 200** <br> **Deerfield Beach, FL 33441** | - | | | | | | | 0.00 |

Sheet no. **79** of **110** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **100.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NationStar Mortgage 350 Highland Drive Lewisville, TX 75067 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Nationwide Credit Clearing 2320 N Damen Avenue, Suite 2C Chicago, IL 60647 | - | | | | | | | 0.00 |
| Account No. **DT6986** | | | | | | | | |
| NCO Financial Systems C/o XO Communications PO Box 4903 Trenton, NJ 08650-4903 | - | | | | | | X | 0.00 |
| Account No. **GE0546** | | | | | | | | |
| NCO Financial Systems C/o Business Office Systems, Inc. PO Box 4903 Trenton, NJ 08650-4903 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Netbank 9710 Two Notch Columbia, SC 29223 | - | | | | | | | 0.00 |

Sheet no. __**80**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Netco** <br> **25775 W Ten Mile Road, Suite C** <br> **Southfield, MI 48033** | - | | | | | | | 0.00 |
| Account No. <br><br> **Nevada Department of Taxation** <br> **4600 Kietzke Lane** <br> **Building L, Suite 235** <br> **Reno, NV 89502** | - | | | | | | | 0.00 |
| Account No. **2115** <br><br> **Nevada Dept of Business & Industry** <br> **555 E Washington Avenue Suite 4900** <br> **Las Vegas, NV 89101** | - | | | | | | | 0.00 |
| Account No. <br><br> **Nevada Legal Press** <br> **3301 S Malibou Avenue** <br> **Pahrump, NV 89048-6489** | - | | | | | | | 0.00 |
| Account No. <br><br> **New Century Mortgage** <br> **One Pierce Place Suite 1200 W** <br> **Itasca, IL 60143** | - | | | | | | | 0.00 |

Sheet no. __81__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **A. Ames File** | | **8/2/2007** | | | | | | |
| **New Phase Appraisal** **2364 Plainfield Road, Suite F** **Joliet, IL 60435** | - | | | | | | | **450.00** |
| Account No. | | | | | | | | |
| **New York State** **Dept of Division of Corporations** **41 State Street** **Albany, NY 12231** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Nice N' Title** **PO Box 59433** **Chicago, IL 60659** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **North Dakota** **Secretary of State of North Dakota** **600 E Boulevard Avenue Dept 108** **Bismarck, ND 58505-0500** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Northern Continental Appraisals** **151 S Oak Avenue** **Bartlett, IL 60103** | - | | | | | | | **0.00** |

Sheet no. __82__ of __110__ sheets attached to Schedule of                                    Subtotal    
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)    **450.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Northland Appraisal Services** **4437 NW Indian Lane** **Riverside, MO 64150** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Northrop Appraisers** **51790 Lawrence Road** **Marcellus, MI 49067** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **Northwoods Appraisals** **W8291 Danish Settlement Road** **Phillips, WI 54555** | | | | | | | | 0.00 |
| Account No. | | - | | 1/16/2007 | | | | |
| **O'Connor & Associates of Sarasota I** **6525 S Tamiami Trail, Suite C** **Sarasota, FL 34231** | | | | | | | | 325.00 |
| Account No. | | - | | | | | | |
| **O'Malley Appraisals** | | | | | | | | 0.00 |

Sheet no. __83__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

325.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                          ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Ohio Savings Bank** <br> **1111 Chester Avenue** <br> **Cleveland, OH 44114** | - | | | | | | | 0.00 |
| Account No. <br><br> **Ohio Secretary of State** <br> **180 E Broad Street** <br> **Columbus, OH 43216** | - | | | | | | | 0.00 |
| Account No. <br><br> **Old Republic - FAC** <br> **307 N Michigan Avenue** <br> **Chicago, IL 60601-5382** | - | | | | | | | 0.00 |
| Account No. <br><br> **Option One Mortgage** <br> **3 Ada** <br> **Irvine, CA 92618** | - | | | | | | | 0.00 |
| Account No. **7006616** <br><br> **Oregon** <br> **Dept. of consumer and business serv** <br> **350 Winter Street NE** <br> **Salem, OR 97301-3881** | - | | | | | | | 0.00 |

Sheet no. __84__ of __110__ sheets attached to Schedule of                                    Subtotal                 0.00
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**   ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Orvington Appraisals** <br> **2090 Larkin Avenue Suite 6** <br> **Elgin, IL 60123** | - | | | | | | 0.00 |
| Account No. <br><br> **Oswald Real Estate Appraisals** <br> **1117 N Hastings** <br> **Hastings, NE 68901** | - | | | | | | 0.00 |
| Account No. <br><br> **Paragon Appraisal** <br> **1489 W Palmetto Park Road** <br> **Suite 492** <br> **Boca Raton, FL 33486** | - | | | | | | 0.00 |
| Account No. <br><br> **Park Bank** <br> **15850 W Bluemound Road** <br> **Brookfield, WI 53005** | - | | | | | | 0.00 |
| Account No. **05 CH 13844** <br><br> **Paul Bernstein, Esq.** <br> **Mark Swartz, Esq.** <br> **1 N. LaSalle Street, 26th Floor** <br> **Chicago, IL 60602** | - | | | | | | 0.00 |

Sheet no. __85__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**          ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **2679-corporate** <br><br> **Paychex** <br> **1175 John Street** <br> **West Henrietta, NY 14586-9199** | - | | | | | | | | **0.00** |
| Account No. **2697- net branch** <br><br> **Paychex** <br> **1175 John Street** <br> **West Henrietta, NY 14586-9199** | - | | | | | | | | **0.00** |
| Account No. **3042- netbranch** <br><br> **Paychex** <br> **1175 John Street** <br> **West Henrietta, NY 14586-9199** | - | | | | | | | | **0.00** |
| Account No. **0405-2679** <br><br> **Paychex** <br> **1175 John Street** <br> **West Henrietta, NY 14586-9199** | - | | | | | | | | **0.00** |
| Account No. <br><br> **Peak Appraisal Services** <br> **1175 John Street** <br> **West Henrietta, NY 14586** | - | | | | | | | | **0.00** |

Sheet no. __**86**__ of __**110**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                          ,      Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1:06-cv-03220**<br><br>**Pedersen & Weinstein LLP**<br>**C/o Yolanda Radcliff**<br>**309 W. Washington, Suite 1421**<br>**Chicago, IL 60606** | - | | 1/30/2006 | | | | 0.00 |
| Account No.<br><br>**Peoples Choice Home Loans**<br>**7525 Irvine City Drive Suite 250**<br>**Irvine, CA 92618** | - | | | | | | 0.00 |
| Account No.<br><br>**Personnel Concepts**<br>**PO Box 3353**<br>**San Dimas, CA 91773-7353** | - | | | | | | 0.00 |
| Account No.<br><br>**PGNF Home Lending**<br>**801 N Cass Avenue Suite 300**<br>**Westmont, IL 60559** | - | | | | | | 0.00 |
| Account No.<br><br>**PHM Financial Services**<br>**7241 S Fulton Street**<br>**Englewood, CO 80112** | - | | | | | | 0.00 |

Sheet no. __87__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pitman Appraiser** <br>**449 Cherry Hill Dr. #101** <br>**Addison, IL 60101** | - | | | | | | 0.00 |
| Account No. **8000-90000-8855-640** <br><br>**Pitney Bowes Credit Corporation** <br>**C/o Caine & Weiner Collections** <br>**PO Box 5010** <br>**Woodland Hills, CA 91365-5010** | - | | 1/1/07 | | | | 15,598.34 |
| Account No. **8717838** <br><br>**Pitney Bowes Global Fin. Services** <br>**PO Box 856460** <br>**Louisville, KY 40285-6460** | | | 10/3/2007 <br>**Leased Postage Machine** | | | | 542.26 |
| Account No. **6972807** <br><br>**Pitney Bowes Global Fin. Services** <br>**PO Box 856460** <br>**Louisville, KY 40285-6460** | - | | 9/23/2007 <br>**Leased Postage Machine** | | | | 1,080.04 |
| Account No. **8000-9000-1032-5474** <br><br>**Pitney Bowes Purchase Power** <br>**PO Box 856042** <br>**Louisville, KY 40285-6042** | - | | 1/1/2007 | | | | 666.90 |

Sheet no. __88__ of __110__ sheets attached to Schedule of                Subtotal        17,887.54
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8000-9000-0885-5649** | | | | **1/1/2007** postage machine | | | | |
| **Pitney Bowes Purchase Power PO Box 856042 Louisville, KY 40285-6042** | X | - | | | | | | |
| | | | | | | | | 14,144.74 |
| Account No. | | | | | | | | |
| **Popular Financial 301 Lippincott Drive Suite 100 Marlton, NJ 08053** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Portico Appraisal 611 28th Avenue North Saint Petersburg, FL 33704** | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **J941T** | | | | **7/7/2006** | | | | |
| **Poulson Appraisals Inc. 95F Golf Parkway Madison, WI 53704** | | - | | | | | | |
| | | | | | | | | 285.43 |
| Account No. | | | | | | | | |
| **Precision Appraisals 819 S Western Avenue Chicago, IL 60612** | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __89__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,430.17

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Premier Appraisal** <br> **19 E Liberty Lane** <br> **Danville, IL 61832** | - | | | | | | | 0.00 |
| Account No. **UCC File No.009670874** <br><br> **Premier Partnership Services** <br> **121 S Wilde Road, Suite 500** <br> **Arlington Heights, IL 60005** | - | | | 3/28/2005 | | | | 0.00 |
| Account No. <br><br> **Premier Title** <br> **1350 W Northwest Hwy.** <br> **Arlington Heights, IL 60004-5250** | - | | | | | | | 0.00 |
| Account No. <br><br> **Prime Appraisal Services** <br> **4223 Commercial Way** <br> **Glenview, IL 60025** | - | | | | | | | 0.00 |
| Account No. <br><br> **Prodigy Printing & Productions** <br> **900 Ogden Avenue, #310** <br> **Downers Grove, IL 60515** | - | | | 6/4/2006 | | | | 718.52 |

Sheet no. __90__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ........................... 718.52
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PVS Associates** <br> **10450 South Western Ave.** <br> **Chicago, IL 60643** | - | | | | | | 0.00 |
| Account No. <br><br> **Quick Appraisal Corporation** <br> **2907 Buick Cadillac Blvd.** <br> **Bloomington, IN 47401** | - | | | | | | 0.00 |
| Account No. <br><br> **Real Property Group** <br> **1146 Terrace Lane** <br> **Glenview, IL 60025** | - | | 7/31/2007 | | | | 750.00 |
| Account No. <br><br> **Recon Trust Company** <br> **1800 Tapo Canyon Road, SV2-225** <br> **Simi Valley, CA 93063** | - | | | | | | 0.00 |
| Account No. <br><br> **Red Fern, Lucia & Associates** <br> **314 W Fifth Street Suite 2** <br> **Flint, MI 48502** | - | | | | | | 0.00 |

Sheet no. __91__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **750.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Regent Title Company 33 N Dearborn Street Suite 803 Chicago, IL 60602 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Republic Mortgage Insurance Co 190 Oak Plaza Blvd PO Box 2514 Winston-Salem, NC | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Residential Real Estates Services 118 Kensington Drive Streamwood, IL 60107 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Road Runner Residential Appraisals 11095 Haven Street Las Vegas, NV 89123 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Rogelio Espinoza Appraisals 631 Douglas Avenue Elgin, IL 60120 | - | | | | | | | 0.00 |

Sheet no. __92__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rose Mortgage Corp**<br>**6413 N Kinzua**<br>**Chicago, IL 60646** | | - | | | | | | 0.00 |
| Account No.<br><br>**Roth Appraisals**<br>**1230 S West Avenue**<br>**Waukesha, WI 53186** | | - | | | | | | 0.00 |
| Account No.<br><br>**Sandcastle Mortgage**<br>**4185 Blackhawk Plaza Circle**<br>**Danville, CA 94506** | | - | | | | | | 0.00 |
| Account No.<br><br>**Sara Appraisal Services**<br>**1511 Goodnow Road**<br>**Beecher, IL 60401** | | - | | | | | | 0.00 |
| Account No.<br><br>**Saxon Mortgage Services**<br>**4708 Mercantile Drive North**<br>**Fort Worth, TX 76137** | | - | | | | | | 0.00 |

Sheet no. **93** of **110** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **773 472-2861 546 9** | | | | **2/28/2006** | | | | |
| **SBC Ameritech** **Bill Payment Center** **Chicago, IL 60663-0001** | - | | | | | | | |
| | | | | | | | | **150.61** |
| Account No. | | | | | | | | |
| **Sebring Capital Corp.** **4000 International Parkway,** **Suite 3000** **Carrollton, TX 75007-1913** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Secretary of State - Indiana** **302 W Washington, RM:E018** **Indianapolis, IN 46204** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Secretary of State - Missouri** **PO Box 1366** **Jefferson City, MO 65102** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **IL100025** | | | | **5/1/2007** | | | | |
| **Secure It (Record Storage)** **115 W Lake Road** **Suite 200** **Glendale Heights, IL 60139** | - | | | | | | | |
| | | | | | | | | **1,452.89** |

Sheet no. __**94**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,603.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                        ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Select Marketing Group LLC (B&C)** **1520 Grand, 2nd Floor** **Kansas City, MO 64108** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Senderra Funding** **1091 521 Corporate Center Drive** **Fort Mill, SC 29707** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Shred Co** **115 W Lake Drive, Suite 200** **Glendale Heights, IL 60139** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Sierra Pacific Mortgage** **50 Iron Point Circle Suite 200** **Folsom, CA 95630** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Silver State Mortgage** **8656 S Eastern Avenue** **Las Vegas, NV 89123** | - | | | | | | | 0.00 |

Sheet no. __95__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **07 cv 1652** | | | 9/25/2007 | | | | | |
| **Singer Tarpley & Jones, P.A. Attorneys at Law 10484 Marty Overland Park, KS 66212** | - | | | | | | | 0.00 |
| Account No. **ADVMTGCO** | | | 2/9/2006 | | | | | |
| **Situs Unlimited - Appraisals 1784 Hallie Road Chippewa Falls, WI 54729** | - | | | | | | | 395.00 |
| Account No. | | | | | | | | |
| **Skyline Appraisals 1860 N Damen Avenue Chicago, IL 60647** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Solutions Funding 17W662 Butterfield Road Suite 306 Villa Park, IL 60181** | - | | | | | | | 0.00 |
| Account No. **FB029946** | | | | | | | | |
| **South Dakota Corporation Division State Capitol 500 E Capitol Ave Pierre, SD 57501-5070** | - | | | | | | | 0.00 |

Sheet no. __96__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                             395.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Southern Illinois Appraisals**<br>**1815 Garden Street**<br>**Belleville, IL 62226** | - | | | | | | | 0.00 |
| Account No.<br><br>**Southstar Funding**<br>**400 Northridge Road Suite 1000**<br>**Atlanta, GA 30350** | - | | | | | | | 0.00 |
| Account No.<br><br>**Specialty Mortgage Corp**<br>**6400 Uptown Blvd NE Suite 200-E**<br>**Albuquerque, NM 87110** | - | | | | | | | 0.00 |
| Account No.<br><br>**Spellmen Appraisals**<br>**13303 S Country Club Court**<br>**Palos Heights, IL 60463** | - | | | | | | | 0.00 |
| Account No.<br><br>**Standard Appraisals**<br>**19407 Lisadell Drive**<br>**Tinley Park, IL 60477** | - | | | | | | | 0.00 |

Sheet no. __**97**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**               ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **610790-9834-71910**<br><br>**Standard Parking**<br>**(175 W Jackson Valet Garage)**<br>**8037 Innovation Way**<br>**Chicago, IL 60682-0080** | | - | 9/1/2007 | | | | 1,032.50 |
| Account No. **DET 1508593**<br><br>**Staples Business Advantage**<br>**Dept DET 2368**<br>**PO Box 83689**<br>**Chicago, IL 60696-3689** | | - | 9/19/2007 | | | | 4,618.07 |
| Account No.<br><br>**State of California**<br>**Sec of State Dept. of Fin. Institut**<br>**111Pine Street #1100**<br>**San Francisco, CA 94111** | | - | | | | | 0.00 |
| Account No. **600036**<br><br>**State of Florida**<br>**Office of Financial Regulation**<br>**200 E Gaines Street**<br>**Tallahassee, FL 32399-0375** | | - | | | | | 0.00 |
| Account No. **4292616-4**<br><br>**State of Illinois**<br>**Department of Employment Security**<br>**Po Box 802551**<br>**Chicago, IL 60680-2551** | X | - | 10/30/2007<br>UCC filing | | | | 17,925.75 |

Sheet no. __98__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,576.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **State of Maryland Dept of Labor, Licensing 500 N Calvert Street Suite 402 Baltimore, MD 21202-3651** | | | | | | | | 0.00 |
| Account No. **SR0014075** | | - | | | | | | |
| **State of Michigan Dept of Labor & Economic 611 W Ottawa Street 3rd FL Lansing, MI 48933** | | | | | | | | 0.00 |
| Account No. **714** | | - | | | | | | |
| **State of Nebraska Dept of Financial Institutions Commerce CT 1230 O St. Suite 400 Lincoln, IL 63508-1402** | | | | | | | | 0.00 |
| Account No. | | - | | | | | | |
| **State of Tennessee Dept of Financial Institutions 511 Union Street Nashville, TN 37219** | | | | | | | | 0.00 |
| Account No. **01655313** | | - | | | | | | X |
| **States Recovery Systems, Inc. 2951 Sunrise Blvd., Suite 100 PO Box 2860 Rancho Cordova, CA 95742-7201** | | | | | | | | 0.00 |

Sheet no. __**99**__ of __**110**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| States Recovery Systems, Inc. 2951 Sunrise Blvd., Suite 100 Rancho Cordova, CA 95742 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Stec Residential PO Box 350 Plainfield, IL 60544 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Steven G. Davis PO Box 874 Mattoon, IL 61938 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Stonecreek Funding 1515 Wazee Street Suite 300 Denver, CO 80202 | - | | | | | | | 0.00 |
| Account No. | | | | 9/21/2007 service agreement | | | | |
| Stratasoft Inc. (Dialer) 519 North Sam Houston Parkway E Suite 550 Houston, TX 77060 | - | | | | | | | 4,800.00 |

Sheet no. __100_ of __110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,800.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**  ,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07 L 7386**<br><br>**Strauss & Malk LLP (32031)**<br>**C/o Peter D. Kaiser**<br>**135 Revere Drive**<br>**Northbrook, IL 60062** | - | | 10/9/2007 | | | | 0.00 |
| Account No.<br><br>**Strickly Appraisals**<br>**4742 North 24th Street #405**<br>**Phoenix, AZ 85016** | - | | | | | | 0.00 |
| Account No.<br><br>**Sugarstone Appraisals**<br>**5813 N Marmor Avenue**<br>**Chicago, IL 60646** | - | | | | | | 0.00 |
| Account No.<br><br>**Suntrust Bank**<br>**MC:GA - Atlanta - 5134**<br>**PO Box 4418**<br>**Atlanta, GA 30302** | - | | | | | | 0.00 |
| Account No.<br><br>**Suntrust Mortgage**<br>**1920 N Thoreau Drive N**<br>**Schaumburg, IL 60173** | - | | | | | | 0.00 |

Sheet no. **101** of **110** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation__ ,    Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Swansey Appraisal Group** <br> **17120 S Cornell Avenue** <br> **Calumet City, IL 60473** | - | | | | | | 0.00 |
| Account No. <br><br> **Taylor Bean & Whitaker** <br> **101 NE 2nd Street** <br> **Ocala, FL 34470** | - | | | | | | 0.00 |
| Account No. <br><br> **Team Appraisals** <br> **180 E Lincoln Street** <br> **El Paso, IL 61738** | - | | | | | | 0.00 |
| Account No. <br><br> **Telehone Support Services (TSS)** <br> **5100 Gamble Drive** <br> **Suite 400** <br> **Minneapolis, MN 55416** | - | | 8/30/2007 | | | | 50.00 |
| Account No. **Hxxxx/xx0879** <br><br> **Teller Levit & Silvertrust, PC** <br> **11 East Adams** <br> **Chicago, IL 60603** | - | | 1/1/2007 | | | | 0.00 |

Sheet no. __102__ of __110__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **50.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,          Case No. _____
                                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Purposes only - All zero balance creditors listed for notice purposes only | | | | |
| The Dildy Group Appraisals PO Box 936 Lansing, IL 60438 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Thomas Appraisals | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Ticor Title Company 900 Skokie Blvd Suite 112 Northbrook, IL 60062 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Tom O'Malleys Appraisals 9116 Poplar Road Orland Park, IL 60462 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Total Value Appraisals 621 17th Avenue East Moline, IL 61244 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __103_ of __110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                              ,         Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Town & Country Appraisals**<br>**1004 S Main**<br>**Columbia, IL 62236** | - | | | | | | 0.00 |
| Account No.<br><br>**Trend Appraisals**<br>**5711 N Northcott Avenue**<br>**Chicago, IL 60631** | - | | | | | | 0.00 |
| Account No.<br><br>**Tri- State Appraisals**<br>**3203 Sunset Terrace**<br>**Marion, IL 62959** | - | | | | | | 0.00 |
| Account No.<br><br>**Tri-Country Appraisals**<br>**2890 Griffith Road Suite 3**<br>**Fort Lauderdale, FL 33312** | - | | | | | | 0.00 |
| Account No.<br><br>**Trusted Appraisal Group**<br>**19 Burning Oak Trail**<br>**Barrington, IL 60010** | - | | | | | | 0.00 |

Sheet no. __104_ of _110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Item No. xxx197-4** | | 11/1/2007 | | | | | | | |
| **Unified Government Treasury PO Box 175013 Kansas City, KS 66117** | X - | | | | | | | | |
| | | | | | | | | | 10,324.00 |
| Account No. | | | | | | | | | |
| **Unique Appraisals 308 S 17th Street Chesterton, IN 46304** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | 2/15/2007 | | | | | | | |
| **United Network Systems, Inc. 2021 Midwest Road, Suite LL1 Oak Brook, IL 60523** | - | | | | | | | | |
| | | | | | | | | | 280.00 |
| Account No. | | | | | | | | | |
| **United Title of Illinois 95 E Wilson Street Batavia, IL 60510** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **United Wholesale Mortgage 555 S Adams Birmingham, MI 48009** | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __105_ of __110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 10,604.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation** ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Universal Mortgage Corp**<br>**12080 N Corporate Pkwy**<br>**Thiensville, WI 53092** | - | | | | | | 0.00 |
| Account No. **Shipper No. R71A39**<br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265-0580** | - | | | | | | 0.00 |
| Account No. <br><br>**Urban Group Appraisals**<br>**345 Georgetown Square Suite 209**<br>**Wood Dale, IL 60191** | - | | | | | | 0.00 |
| Account No. <br><br>**US Bank**<br>**US Bancorp Center**<br>**800 Nicollett mall**<br>**Minneapolis, MN 55402** | - | | | | | | 0.00 |
| Account No. 2626029298<br><br>**US Bank NA**<br>**P.O. Box 790117**<br>**Saint Louis, MO 63179-0017** | X - | | 12/12/2006<br>47 month lease for 2006 Chrysler 300 | | | | 19,454.12 |

Sheet no. **106** of **110** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | 19,454.12 |
| (Total of this page) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **USA Funding Corp** **17035 W Wisconsin Avenue Suite 135** **Brookfield, WI 53005** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Vegas Valley Appraisal, LLC** **8972 Tempest Point Court** **Las Vegas, NV 89147** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Viking Appraisals** **6410 Grand Cypress Lane** **Katy, TX 77449** | - | | | | | | 0.00 |
| Account No.  **Loan No.41858/ E. Smith** | | | 8/2/2007 | | | | |
| **Virtual Bank** **3801 PGA Blvd, 7th Floor** **Palm Beach Gardens, FL 33410** | - | | | | | X | 1,476.00 |
| Account No. | | | | | | | |
| **Wachovia Bank** **301 S College Street** **Suite 400 One Wachovia** **Charlotte, NC 28288-0013** | - | | | | | | 0.00 |

Sheet no. __107_ of __110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,476.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Walker & Walker Appraisals<br>1 Red Fawn Court<br>Henderson, NV 89074** | - | | | | | | | 0.00 |
| Account No. **3011351271**<br><br>**Washington Mutual<br>Repurchase & Recourse Admin.<br>7255 Baymeadows Way<br>Jacksonville, FL 32256** | - | | | 4/30/2007 | | | X | 3,870.00 |
| Account No.<br><br>**WCJ Real Estate Consultants<br>8214 S Wabash Avenue Suite 3<br>Chicago, IL 60619** | - | | | | | | | 0.00 |
| Account No.<br><br>**WCU, Inc<br>3321 N Seely Street<br>Chicago, IL 60618** | - | | | | | | | 0.00 |
| Account No.<br><br>**Wendt Appraisals<br>919 27th Avenue Court<br>East Moline, IL 61244** | - | | | | | | | 0.00 |

Sheet no. __108__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,870.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation_____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 7/31/2007 | | | | | | |
| Westech Telecommunications, Inc. 1021 Deshannon Batavia, IL 60510 | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| Western Residential 300W Claredon Suite 475 Phoenix, AZ 85013 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Wilmington Finance 401 Plymouth Road Suite 400 Plymouth Meeting, PA 19462 | - | | | | | | | 0.00 |
| Account No. **License #x2709** | | | | | | | | |
| Wisconsin Dept. of Financial Instit 345 W. Washington AVe Madison, WI 53703 | - | | | | | | | 0.00 |
| Account No. **x5963** | | | | | | | | |
| Wisconsin Secretary of State PO Box 8861, 5th Floor 53708 | - | | | | | | | 0.00 |

Sheet no. __109_ of __110_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

90.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,       Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Wolfe & Wyman LLP** <br>**Attorneys at Law** <br>**5 Park Place Plaza, Suite 1100** <br>**Irvine, CA 92614-5979** | | - | | | | | | 0.00 |
| Account No. <br><br>**Wyma Appraisal Service Inc.** <br>**19437 Edgebrook Lane** <br>**Tinley Park, IL 60487** | | - | | 9/30/2007 | | | | 775.00 |
| Account No. **4'000000003401** <br><br>**XO Communications** <br>**14239 Collections Center Drive** <br>**Chicago, IL 60693** | X | - | | 11/27/2006 | | | | 7,025.94 |
| Account No. <br><br>**Zenith Appraisals** <br>**PO Box 39505** <br>**Indianapolis, IN 46239** | | - | | | | | | 0.00 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __110__ of __110__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | 7,800.94 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 2,582,961.50 |

B6G (Official Form 6G) (12/07)

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    Case No. _____

                                                        ,

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **820 West Jackson, LLC**<br>**55 East Jackson Blvd. #500**<br>**Chicago, IL 60604** | **business lease for 820 West Jackson #241 and #600  Chicago**<br><br>**Term - 03-24-2004 through 3/31/2009** |
| **Advantage Marketing Consultant**<br>**C/o Rick Delatorre**<br>**535 Fairway Drive #127**<br>**Naperville, IL 60563** | **net branch agreement** |
| **AMCO Construction & Management, Inc**<br>**8040 Parallell Parkway #115**<br>**Kansas City, KS 66112** | **Contract for deed - Leavenworth real estate Kanss City Kansas** |
| **Asset MArketing Group, LLC**<br>**C/o Brian Cochran**<br>**1925-27 W. Irving Park Road**<br>**Chicago, IL 60613** | **net branch agreement** |
| **Cambridge Integrated Services**<br>**33973 Treasury Center**<br>**Chicago, IL 60694-9300** | **Sublease for premises at 175 West Jackson #1010 Chicago 60604**<br><br>**Lease Term - 12/01/2005 - 2012** |
| **CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Lease Numbers --- 900-0079421-000/ Term 3/15/06-3/15/09**<br>              **900-0101767-000/Term --- concludes 1/21/2010**<br>              **900-0058764-000 - automatically renewed on 10/21/07 for as months.**<br>              **900-0100083-000 - term concludes 12/14/09**<br>              **900-0094763-000 concludes 9/20/09** |
| **Cogent Communications, Inc.**<br>**1015 31st Street NW**<br>**Washington, DC 20007** | **Lease for network services - term 11/3/05 - 11/3/07** |
| **Credit Union Services**<br>**8131 LBJ Freeway, Suite 400**<br>**Dallas, TX 75251** | **Lease of 2005 Mercedes Benz AMG55 / Term commenced 6/5/05 - 38 months**<br><br>**Co-Lessee  - Robert Enright** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Advantage Mortgage Consulting, Inc., an Illinois Corporation** _____ ,     Case No. _____
                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Crown Executive Suites - Nevada** <br> **375 E Warm Springs Road** <br> **Suite 104** <br> **Las Vegas, NV 89119** | **Nonresidential Lease for 375 East Warm Springs** <br> **Rd. #104 PMB#25 Las Vegas, NV 89119** <br><br> **Commenced 6/8/05 - 12/20/07** |
| **Del Mar Data Trac, Inc.** <br> **6165 Greenwich Drive** <br> **Suite 200** <br> **San Diego, CA 92122** | **Mortgage Lending Software/ Lease** <br> **commenccement -  1/31/06** |
| **Insight Financial Corporation** <br> **1935 Shermer Road #300** <br> **Northbrook, IL 60062** | **Strata Dial Phone System - Lease Agreement** <br> **#1008-01** <br><br> **Commenced 6/28/05 - 6/28/08 / $2,997.00 per** <br> **month** |
| **Lexus Financial Services** <br> **PO Box 4102** <br> **Carol Stream, IL 60197-4102** | **2007 Lexus RX 350. Lease commenced 6/14/06 -** <br> **for 35 months.** <br><br> **Co-Lessee - Kelleen Enright** |
| **McLeod USA** <br> **PO Box 3243** <br> **Milwaukee, WI 53201-3243** | **Leased telephone service 36 month lease -** <br> **commenced 3/27/07** <br><br> **Lease #'s 9071341,9060653, 9042532, 9061948** |
| **Mpower Communications** <br> **PO Box 60767** <br> **Los Angeles, CA 90060-0767** | **Three year lease for IT network support - lease** <br> **commencement - 1/5/05 - termination 1/5/08** <br><br> **Account Number371898** |
| **Pitney Bowes Global Fin. Services** <br> **PO Box 856460** <br> **Louisville, KY 40285-6460** | **Postage MAchines Lease # 8717838, 6972807** |
| **SLB Consulting** <br> **C/o Sunun Loma** <br> **7366 North Lincoln Ave. #204** <br> **Lincolnwood, IL 60712** | **net branch agreement** |
| **US Bank** <br> **PO Box 790430** <br> **Saint Louis, MO 63179** | **Automobile Lease 2006 Chrysler 300 / Robert** <br> **Enright Co-Lessee** <br><br> **Term - 47 Month lease commenced 12/12/06 - .** <br> **Monthly lease payments $572.18.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**
_____ ,           Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amco Construction & Management Inc.**<br>**8040 Parallell Parkway #115**<br>**Kansas City, KS 66112** | **JPMorgan Chase Bank, NA**<br>**120 East Wesley Street**<br>**Wheaton, IL 60187** |
| **Chris Bidigane** | **Premier Partnership Services**<br>**121 S Wilde Road, Suite 500**<br>**Arlington Heights, IL 60005** |
| **Christopher Bridigare**<br>**408 Home**<br>**Oak Park, IL 60302**<br>  **Guarantor** | **Cambridge Integrated Services**<br>**33973 Treasury Center**<br>**Chicago, IL 60694-9300** |
| **Damien Gonzalez**<br>**9295 Cascade Circle**<br>**Willowbrook, IL 60527** | **820 West Jackson, LLC**<br>**Attorney Allen Glass**<br>**55 East Jackson #500**<br>**Chicago, IL 60606** |
| **Damien Gonzalez**<br>**9295 Cascade Circle**<br>**Willowbrook, IL 60527**<br>  **Guarantor** | **Cambridge Integrated Services**<br>**33973 Treasury Center**<br>**Chicago, IL 60694-9300** |
| **Kelleen Enright** | **Lexus Financial Services**<br>**PO Box 4102**<br>**Carol Stream, IL 60197-4102** |
| **Robert Enright**<br>**2910 North Commonwealth #4**<br>**Chicago, IL 60657** | **820 West Jackson, LLC**<br>**Attorney Allen Glass**<br>**55 East Jackson #500**<br>**Chicago, IL 60606** |
| **Robert Enright**<br>**2910 North Commonwealth #4**<br>**Chicago, IL 60657**<br>  **Guarantor** | **Cambridge Integrated Services**<br>**33973 Treasury Center**<br>**Chicago, IL 60694-9300** |
| **Robert Enright**<br>  **Guarantor** | **Fifth Third Bank**<br>**Business Line of Credit**<br>**175 West Jackson Blvd.**<br>**Chicago, IL 60604** |
| **Robert Enright** | **Fifth Third Bank**<br>**MasterCard**<br>**PO Box 63-0479**<br>**Cincinnati, OH 45263** |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Advantage Mortgage Consulting, Inc., an Illinois Corporation**       ,    Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert Enright | First Collateral Services, Inc.<br>C/o Bank of America<br>Dept. # 1534/ PO Box 61000<br>San Francisco, CA 94161-1534 |
| Robert Enright | First Franklin Financial<br>1051 Perimeter Drive, Suite 800<br>Schaumburg, IL 60173 |
| Robert Enright | First Franklin Financial<br>1051 Perimeter Drive, Suite 800<br>Schaumburg, IL 60173 |
| Robert Enright | First Franklin Financial<br>1051 Perimeter Drive, Suite 800<br>Schaumburg, IL 60173 |
| Robert Enright | First Franklin Financial<br>1051 Perimeter Drive, Suite 800<br>Schaumburg, IL 60173 |
| Robert Enright | First Franklin Financial<br>1051 Perimeter Drive, Suite 800<br>Schaumburg, IL 60173 |
| Robert Enright | Insight Financial Corporation<br>1935 Shermer Road #300<br>Northbrook, IL 60062 |
| Robert Enright | LandSafe<br>PO Box 650530<br>Plano, TX 75024 |
| Robert Enright | LaSalle Bank, N.A.<br>Commercial Loan Payment<br>8617 Innovation Way<br>Chicago, IL 60682-0086 |
| Robert Enright | McLeod USA<br>PO Box 3243<br>Milwaukee, WI 53201-3243 |
| Robert Enright | Mpower Communications<br>PO Box 60767<br>Los Angeles, CA 90060-0767 |
| Robert Enright | Pitney Bowes Purchase Power<br>PO Box 856042<br>Louisville, KY 40285-6042 |

Sheet ___**1**___ of ___**3**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,   Case No. _____

                                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Robert Enright** | **State of Illinois<br>Department of Employment Security<br>Po Box 802551<br>Chicago, IL 60680-2551** |
| **Robert Enright** | **Unified Government Treasury<br>PO Box 175013<br>Kansas City, KS 66117** |
| **Robert Enright** | **XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693** |
| **Robert Enright** | **State of Illinois Dept. of Revenue<br>Bankruptcy Litigation Division<br>100 West Randolph<br>Chicago, IL 60604** |
| **Robert Enright** | **JPMorgan Chase Bank, NA<br>120 East Wesley Street<br>Wheaton, IL 60187** |
| **Robert Enright** | **Illinois Dept. of Employment Secur<br>33 South State Street<br>Chicago, IL 60603** |
| **Robert Enright** | **State of Illinois Dept. of Revenue<br>Bankruptcy Litigation Division<br>100 West Randolph<br>Chicago, IL 60604** |
| **Robert Enright** | **US Bank NA<br>P.O. Box 790117<br>Saint Louis, MO 63179-0017** |
| **Robert Enright** | **Credit Union Services<br>8131 LBJ Freeway, Suite 400<br>Dallas, TX 75251** |
| **Robert Enright** | **Citibusiness A*Advanatge CC Card<br>PO Box 688915<br>Des Moines, IA 50368-8915** |
| **Robert Enright** | **Crown Executive Suites - Nevada<br>375 E Warm Springs Road<br>Suite 104<br>Las Vegas, NV 89119** |
| **Robert Enright<br>2910 North Commonwealth #1<br>Chicago, IL 60657** | **JPMorgan Chase Bank, NA<br>120 East Wesley Street<br>Wheaton, IL 60187** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**                    ,    Case No. _____
                                                                  Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Robert Enright** | **American Express Business Card**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** |
| **Robert Enright** | **ILL. Dept. of Employment**<br>**Security Benefit Repayments**<br>**P.O. Box 19286**<br>**Springfield, IL 62794-9286** |
| **Robert Porter**<br>**6750 21st Street #304**<br>**Berwyn, IL 60402** | **CIT GROUP**<br>**2285 Franklin Road**<br>**Bloomfield Hills, MI 48302** |
| **Robert Porter**<br>**6750 21st Street**<br>**Berwyn, IL 60402**<br>**  Guarantor** | **CIT Technology Fin Services, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Advantage Mortgage Consulting, Inc., an Illinois Corporation__          Case No. _____
                                                        Debtor(s)          Chapter    __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __130__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __February 20, 2008_____          Signature   __/s/ Robert Enright_____
                                                         __Robert Enright__
                                                         __President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**         Case No. _____

_____        Chapter   **7**   _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<p style="text-align:center"><em>DEFINITIONS</em></p>

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$264,019.00** | |
| | **1/1/08 through present - $264,019.00** |
| | **2006 - ($676,671.00 -  Schedule K-1 of 1040 to be tendered to Trustee)** |
| | **2007 - Return not yet available. Per "Quick Book" entries, gross income for 2007 was $4,648,303.00/net income for 2007 was ($1,908,218.20)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **INSIGHT FINANCIAL 1935 Shermer Road #300 Northbrook, IL 60062** | **monthly payments of $2,997.00 per month - concludes 8/08 this year** | **$2,997.00** | **$17,982.00** |
| **Print out of all payments to be provided** | | **$0.00** | **$0.00** |
| **First Collateral c/o States Recovery Systems, Inc . 2951 Sunrise Bl Rancho Cordova, CA 95742** | **12/07 - 1/08** | **$6,010.00** | **$19,691.45** |
| **Illinois Department of Employment Securi** | **10/4/07 -** | **$4,000.00** | **$18,815.40** |
| **Certified Credit Reporting 1180 Olympic Drive #207 Corona, CA 92881** | **February 19, 2008** | **$4,189.36** | **$7,136.00** |
| **JP Morgan Chase Bank** | **February 19, 2008** | **$1,024.54** | **$135,000.00** |
| **See print-out for balance of all payments** | | **$0.00** | **$0.00** |

None c.  *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐    creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kelleen Enright**<br>**2910 N. Commonwealth, Unit 1**<br>**Chicago, IL 60657**<br>  Wife of owner | **payroll check issued every pay period: amount referenced belows is total wages received in year 2007** | **$12,369.20** | **$0.00** |
| **Anne Fultz**<br>**445 East Ohio Street, Apt. 612**<br>**Chicago, IL 60611**<br>  Owner's Mother | **Issued at each pay period pursuant to employment contract. Amount referenced below constitutes total receipts in 2007.** | **$64,477.99** | **$145,000.00** |
| **Robert Enright**<br>**2910 N. Commonwealth Unit 1**<br>**Chicago, IL 60657**<br>  Owner | **periodic payments during the year** | **$213,400.00** | **$0.00** |
| **AMC Marketing**<br>**820 W Jackson Blvd., Suite 240**<br>**Chicago, IL 60607**<br>  common ownership | **Monthly payment issued for telemarketing services rendered.** | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
     whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Advantage Mortgage Consulting, Inc., an Illinois corporation, Plaintiff, v. Damian Gonzalez, et. al, Case No. 06 CH 27434** | **Breach of contract, conversion, injunctive relief and etc…** | **Circuit Court of Cook County, Illinois, Chancery Division** | **Pending** |
| **JPMorgan Chase Bank, N.A., Plaintiff, v. Advantge Mortgage Consulting, Inc., Case No. 07 CV 1652** | **Mortgage Foreclosure on 7529-31 Leavenworth Rd. Kansas City, KS 66109** | **District Court of Wyandotte County, Kansas** | **Settled** |
| **Yolanda Radcliff, Plaintiff, v. Advantage Mortgage Consulting, Case No. 1:06-cv-03220** | **Sexual Harrassment Claim** | **US District Court for the Northern District of Illinois Eastern Division** | **Settled** |
| **First Franklin Financial Corporation, Plaintiff, v. Advantage Mortgage Consulting, Inc., et. al, Case No. 4:07-CV-01478 JCH** | **Contract** | **US District Court Eastern District of Missouri** | **Pending** |
| **Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Capital Inc., v. Marco P. Jimenez, Case No. 07 CH 1261** | **Foreclosure Notification** | **Circuit Court for the Nineteenth Judicial Circuit of Illinois, Lake County** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Paulette Wright and Bridgette Williford, Plaintiffs, vs. Advanatge Mortgage Consulting, Inc., et. al, Case No. 05 CH 10410** | **Loan Dispute** | **Circuit Court of Cook County, Illinois County Dept., Chancery Division** | **Settled** |
| **Arvell and Gloria Irish, Plaintiff, v. Kim Goodleston, et. al, Case No. 06 CH 06622** | **Injunctive Relief** | **Circuit Court of Cook County, County Dept., Chancery Division** | **Pending** |
| **The People of the State of Illinois, v. Platinum Investment Group, LLC, et. al, Case No. 06 CH 1886** | **Injunctive Relief** | **Circuit Court of Cook County, Illinois County Dept., Chancery Division** | **Pending** |
| **Tangie Chaffin, Plaintiff, v. Platinum Investment Group, et. al, Case No. 06 CH 10884** | **Injunctive Relief** | **Circuit Court of Cook County, Illinois County Dept., Chancery Division** | **Pending** |
| **Idalene Morton, Plaintiff, v. Advanatge Mortgage Consulting, Inc., et. al, Case No. 06 CH 13844, 05 CH 13844** | **Injunctive Relief** | **Circuit Court of Cook County, Illinois County Dept., Chancery Division** | **Pending** |
| **Gerardo Ramos, Plaintiff, v. Advantage Mortgage Consulting, Inc., et. al, Case No. 06 C 5811** | **Truth and Lending Violation** | **US District Court for the Northern District of Illinois Eastern Division** | **Settled** |
| **Franklin Mortgage , Plaintiff, v. Damian Gonzalez, et. al, Case No. 07 CH 1071** | **Foreclosure** | **Circuit Court of the 18th Judicial Circuit Dupage County - Wheaton, IL** | **Unknown** |
| **Deutsche Bank v. Bridigare, et. al, Case No. 07 CH 4173** | **Foreclosure** | **unknown** | **unknown** |
| **Remus Andrew v. Advanatge Mortgage Consulting, Inc., Case No. 07 M1 - 150710** | **Appraisal Dispute** | **Circuit Court of Cook County, Illinois, Municipal Dept. 1st District** | **Pending** |
| **2445 W Harrison, LLC v. Jonathan Valdes, et. al, Case No. 06-M1-15053** | **Collection** | **Circuit Court of Cook County, Illinois, Municipal Dept., 1st District** | **Judgment** |
| **Wells Fargo, N.A. on behalf of the Certificateholders Park Place Securities, Inc., Plaintiff v. Marco A. Vazquez, et. al, Case No. 07 CH K 1434** | **Foreclosure** | **Circuit Court for the 16th Judicial District Kane County - Geneva, IL** | **unknown** |
| **Saxon Mortgage Services Inc., Plaintiff, v. Keith Daniels, et. al, Case No. 07 CH 17215** | **Foreclosure** | **Circuit Court of Cook County, Illinois Cook County, Illinois** | **unknown** |
| **U.S. Bank National Association, as Trustee, Plaintiff v. Jeffery Robinson, et. al, Case No. 06 CH K 1318** | **Foreclosure** | **Circuit Court for the 16th Judicial District Kane County - Geneva, IL** | **unknown** |
| **Ilona Zelazowska v. Advantage Mortgage Consulting, Inc., Wage Claim No. 06-005964** | **Wage Dispute** | **State of Illinois, Department of Labor, Hearings Division** | **Settled** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jonathan Stephens v. Advantage Mortgage Consulting, Inc., et. al, Wage Claim No. 07-001500** | **Wage Dispute** | **State of Illinois, Department of Labor, Hearings Division** | **Settled** |
| **Matthew Stanford v. Advantage Mortgage Consulting, Inc., Wage Claim 07-004450** | **Wage Dispute** | **State of Illinois, Department of Labor, Hearings Division** | **Settled** |
| **Residential Funding Company, LLC, Plaintiff v. Victor Paraschiv, Case No. 07 CH 10940** | **Foreclosure** | **Circuit Court of Cook County, Illinois, County Dept., Chancery Division** | **unknown** |
| **Deutsche Bank National Trust Company, as Trustee for the Carrington Mortgage Loan Trust v. Carlos L. Woodson, et. Al, Case No. 07 CH 3445** | **Foreclosure** | **Circuit Court of Will County, Illinois County Dept., Chancery Division** | **unknown** |
| **Deutsche Bank National Trust, Plaintiff vs. Ilona Zelazowska, et al Case Number 07-CH 21870** | **Foreclosure** | **unknown - debtor in chaina of title so was therefore joined as a defendant** | **unknown** |
| **820 West Jackson, LLC vs. Advantage Mortgage Consulting, Inc., et al / Case NUmber 08M1-703331** | **Eviction** | **Circuit Court of Cook County - Municipal Division- 1st District** | **pending- appearance due 2/21/2008** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **820 West Jackson, LLC Marc Realty, Managing Agent 55 East Jackson #500 Chicago, IL 60604** | **February 2008** | **contents of former business premises commonly known as 820 West Jackson #240 Chicago, Illinois 60607** |

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **JPMorgan Chase Bank, N.A c/o Brad Grayson, Esq. Staus & Malk - 135 Revere Drive Northbrook, IL 60062** | **Started 7/17/07, Settled 10/31/07** | **7529-31 Leavanworth Road Kansas City, KS 66109, $135,000.00** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Loss Type Claimed: Theft - Check Forgery**<br><br>**Claim submitted to Lloyd's of London Errors & Omission Company Policy No. FF044610g002 Claim Submitted -resolution pending Date of Loss: 03/21/2007 Valued Loss: $200,158.90 Status: Pending** | **See above - Loss estimated at $200,158.90: Claim submitted to Lloyd's of London.** | **March 21, 2007** |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deborah K. Ebner 11 East Adams Suite 800 Chicago, IL 60603** | **Deborah K. Ebner, Attorney at Law - Payor Robert Enright** | **$7,500.00** |

7

#### 10. Other transfers

None ☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **AMCO Construction Mgt & Inc** | **February 6, 2008** | **Sales contract executed for transfer of 7529-31 Leavanworth Road Kansas City, MO. 66109: Transfer made to resolve mortgage foreclosure - See reference above. Transferee is satisfying mortgage indebtedness of JP Morgan Chase** |
| **DAR,LLC** **1515 Grand** **Kansas City, MO 64105** | **02/20/2007** | **Commerical Building located at 1515 Grand-Kansas City, MO. Total consideration $645,000.00. Net procedds to seller = $207,995.69** |
| **Ill Dept of Financial & Profes. Reg. Division of Banking 122 South Michigan Ave Chicago, IL 60603** | **January 25, 2008** | **Surrender of Residential Mortgage License** |

None ■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Collateral Services, Inc** **2951 Sunrise Blvd., Suite 100** **Rancho Cordova, CA 95742** | **Warehouse Line of Credit** **Account # 1519** | **133,679.58 11/01/07** |

8

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JPMorgan Chase Bank<br>Mail Code OH2-5170<br>528 S. Main Street<br>Akron, OH 44311** | **Business Line of Credit 7'001** | **152,814.61 03/01/07** |
| **JP Morgan Chase Bank<br>Mail Code OH2-5170<br>528 South Main Street<br>Akron, OH 44311** | **1515 Grand, Kansas City, MO 64108<br>Non-Residential Property<br>Term Loan<br>7'004** | **$'0 02/05/07** |
| **JPMorgan Chase Bank<br>Mail Code OH2-5170<br>528 South Main Street<br>Akron, OH 44311** | **Business Checking 4386** | **$'0 02/05/07** |
| **Union Bank of California<br>Financial Instutions 676<br>PO Box 513840<br>Los Angeles, CA 90051** | **Checking Account  9071<br>First Collateral Bank Line<br>9071** | **$23.5 CR 11/01/07** |
| **Fifth Third Bank<br>175 West Jackson Blvd.<br>Chicago, IL 60604** | **business checking #7234800816** | **Feb 8th - closed by bank -<br>negative $32,666.26 balance** |

**12. Safe deposit boxes**

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **175 West Jackson Blvd., Suite 1010, Chicago, IL 60604** | **Advantage Mortgage Consulting, Inc.** | **12/1/06 - 5/15/07** |
| **1700 S Michigan Avenue, Suite 203, Chicago, IL 60616** | **Advantage Mortgage Consulting, Inc.** | **1/1/04 - 3/31/05** |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 820 Jorie Blvd., Suite 400, Oak Brook, IL 60523 | Advantage Mortgage Consulting, Inc. | 7/7/04 - 12/1/06 |
| 535 Fairway Drive, Suite 127, Naperville, IL 60563 | Advantage Mortgage Consulting, Inc. | |
| 1925 - 1927 W Irving Park, Chicago, IL 60613 | Advantage Mortgage Consulting, Inc. | |
| 1616 Grand Blvd., Kansas City, MO 64108 | Advantage Mortgage Consulting, Inc. | |
| Crown Executive Suites, 375 E Warm Springs, Las Vegas, NV 89119 | Advantage Mortgage Consulting, Inc. | |
| 1520 Grand Blvd., 2nd Floor, Kansas City, MO 64108 | Advantage Mortgage Consulting, Inc. | |
| 7366 N Lincoln Avenue, Suite 204, Lincolnwood, IL 60712 | Advantage Mortgage Consulting, Inc. | |
| PS Executive Centers, 1991 Crocker Road, Suite 600, Westlake, OH 44145 | Advantage Mortgage Consulting, Inc. | |
| 12555 Orange Drive, Davie, FL 33330 | Advantage Mortgage Consulting, Inc. | 01/06-9/07 |
| 820 West Jackson Blvd, Suite 240, Chicago, IL 60607 | Advantage Mortgage Consulting, Inc. | 03/04-February  2008 |

### 16. Spouses and Former Spouses

**None**
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Annie Fultz**<br>**445 East Ohio Street**<br>**Apt. 612**<br>**Chicago, IL 60611** | **7/19/06 - Present** |
| **Craig Shaffer & Associates Ltd**<br>**2720 River Road**<br>**Des Plaines, IL 60018** | **3/29/01 - Present** |
| **Philippe Peyrin**<br>**4338 N Wolcott Avenue**<br>**Chicago, IL 60613** | **1/10/05 - 8/1/07** |

None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Illinois Office of Banks & Real Estate** | **Bureau of Residential Finance 500 E. Monroe Street. Suite 800 Springfield, IL 62701** | **02/06** |

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Craig Shaffer & Associates Ltd** | **2720 River Road Des Plaines, IL 60018** |
| **Robert Enright - Owner** | **2910 North Commonwealth #1 Chicago, IL 60657** |
| **Securit - Record Storage** | **115 West Lake Road Suite # 200 Glendale Heights, IL 60139** |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **1st National Bank of Arizona PO Box 60095 Phoenix, AZ 85082** | |
| **AccuBAnc Mortgage One East 22nd Street Suite 107 Lombard, IL 60148** | |
| **Accredited Home Lenders 16550 W Bernardo Drive Building 1 San Diego, CA 92127** | **01/01/2007** |
| **Aegis Mortgage Corp 3250 Brior Park Suite 400 Houston, TX 77042** | |
| **Accoustic Home Loans 770 The City Drive South Suite 1500 Orange, CA 92868** | |
| **Alliance Funding One Ramland Road Orangeburg, NY 10962** | |
| **American Broker Conduit 48 S Service Road Suite 320 Melville, NY 11747** | |
| **American Business Mortgage Services 5 Becker Farm Road Roseland, NJ 07068** | |
| **American Express Business Card Box 0001 Los Angeles, CA 90096** | |
| **American Mortgage Network 10421 Wateridge Drive Suite 250 San Diego, CA 92121** | |

NAME AND ADDRESS                                           DATE ISSUED

**American Sterling Bank**
**1701 E Woodfield Road**
**Schaumburg, IL 60173**

**Ameriquest**
**1100 Town & Country Road Suite 200**
**Orange, CA 92868**

**Aurora Home Loans**
**10350 Park Meadows Drive**
**Littleton, CO 80124**

**Avalon Financial Corp**
**1463 Warrensville Road Suite 201**
**South Euclid, OH 44121**

**Banko Popular Mortgage**
**9600 Long Point Road Suite 300**
**Houston, TX 77055**

**Bankers Express Mortgage**
**26010 Mureau Road Suite 130**
**Calabasas, CA 91302**

**Bank of America**
**1201 Main Street TX1-609-0718**
**Dallas, TX 75202**

**Bank United**
**1900 E Golf Road Suite 1200**
**Schaumburg, IL 60173**

**Bank United**
**7815 NW 148th Street**
**Miami Lake, FL 33016**

**Bay Tree Lending**
**9 Market Square Court**
**Lake Forest, IL 60045**

**BNC Mortgage**
**1901 Main Street**
**Irvine, CA 92614**

**Broker Funding Solutions**
**5870 Highway 6 North Suite 202**
**Houston, TX 77084**

**Chapel Funding Corp**
**26521 Rancho Pkwy South Suite 200**
**Lake Forest, CA 92630**

**Chase Home Finance**
**10151 Deerwood Park Blvd Suite 300**
**Jacksonville, FL 32256**

**CIT Group**
**377 E Butterfield Road Suite 925**
**Lombard, IL 60148**

**Citi mortgage**
**1000 Technology Drive**
**O Fallon, MO 63368**

**City One Mortgage Corp**
**3150 S River Road Suite 14**
**Des Plaines, IL 60018**

**Classic Home Lending**
**10850 Richmond Avenue Suite 175**
**Houston, TX 77042**

13

NAME AND ADDRESS                                    DATE ISSUED

**Colorado Division of Banking**
**1560 Broadway Dr., Suite 975**
**Denver, CO 80202**

**Commonwealth United Mortgage**
**2300 N Barrington Road Suite 530**
**Hoffman Estates, IL 60195**

**Concorde Acceptance Corp**
**7929 Brookriver Drive Suite 500**
**Dallas, TX 75247**

**Countrywide Home Loans**
**1011 Warrenville Road Suite 115**
**Lisle, IL 60532**

**Craing Shaffer & Associates Ltd**
**2720 River Road**
**Des Plaines, IL 60018**

**Credit Suisse**
**11 Madison Drive**
**New York, NY 10010**

**Creve Coeur Mortgage Associates**
**11525 Olde Cabin Road**
**Creve Coeur, MO 63141**

**Decision One Mortgage**
**3023 HSBC Way**
**Fort Mill, SC 29715**

**Deep Green Financial**
**22901 Millcreek Blvd Suite 500**
**Beachwood, OH 44122**

**DB Home Lending**
**26521 Rancho Parkway South Suite 210**
**Lake Forest, CA 92630**

**Delta Funding Inc**
**1000 Woodbury Road**
**Woodbury, NY 11797**

**DK Funding**
**400 S Quadrangle Drive Suite A**
**Bolingbrook, IL 60440**

**Eastern Savings Bank**
**11350 McCormik Road Suite 200**
**Hunt Valley, MD 21031**

**E-Loans**
**6230 Stoneridge Mall Road**
**Pleasanton, CA 94588**

**Encore Credit Corp.**
**2211 Butterfield Road Suite 100**
**Downers Grove, IL 60515**

**Entrust Mortgge Inc.**
**304 Inverness Way South Suite 405**
**Englewood, CO 80112**

**Equifirst Corporation**
**500 Forest Point Circle**
**Charlotte, NC 28273**

**Fieldstone Mortgage Co.**
**2 Executive Circle Suite 250**
**Irvine, CA 92614**

14

NAME AND ADDRESS                                              DATE ISSUED

**Finance America**
**1100 Jorie Blvd Suite 240**
**Oak Brook, IL 60523**

**First Collateral Services**
**1855 Gateway Blvd Suite 800**
**Concord, CA 94520**

**First Magnus Financial Corp**
**One Tower Lane Suite 2375**
**Oakbrook Terrace, IL 60181**

**Flagstar Bank**
**5151 Corporate Drive**
**Troy, MI 48098**

**Fifth Third BAnk**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

**Fifth Third Bank**
**175 West Jackson Blvd.**
**Chicago, IL 60604**

**First Franklin Financial Corp**
**1051 Perimeter Drive Suite 800**
**Schaumburg, IL 60173**

**First NLC Financial Services**
**4680 Confrence Way South**
**Boca Raton, FL 33431**

**Florida OBRE**
**200 E Gaines Street**
**Tallahassee, FL 32399**

**Freedom Mortgage**
**10500 Kincaid Drive Suite 300**
**Fishers, IN 46037**

**Freemont Investment Loans**
**P.O. Box 19030**
**San Bernardino, CA 92423**

**Funding Advantage Solutions Tech**
**11510 W 13th Avenue**
**Lakewood, CO 80215**

**Genmorth Mortgage**
**6601 Six Forks Road**
**Raleigh, NC 27615**

**Global Capital**
**10600 W Higgins Road Suite 516**
**Rosemont, IL 60018**

**GMAC Mortgage  Corp**
**100 Witmer Road PO BOX 963**
**Horsham, PA 19044**

**Great Bank**
**234 Randall Road**
**Algonquin, IL 60102**

**Greenpoint Mortgage**
**100 Wood Hallow Drive**
**Novato, CA 94945**

**Guaranteed Financial Mortgage**
**2605 W 22nd Street**
**Oak Brook, IL 60523**

NAME AND ADDRESS          DATE ISSUED

**Harris Bank**
**111 W Monroe Street**
**Chicago, IL 60603**

**HCL Finance**
**1885 Lundy Avenue Suite 200**
**San Jose, CA 95131**

**Heartland WHolesale Funding**
**1150 Hanley Indurstrial Court**
**Saint Louis, MO 63144**

**HLB Mortgage**
**1229 Lakeview Court**
**Romeoville, IL 60446**

**Homeland Capital Mortgage**
**600 E Caramel Drive Suite 110**
**Carmel, IN 46032**

**Home Equity of America**
**1000 E 80th Street Suite 300 North**
**Merrillville, IN 46410**

**Home Savings of AMerica**
**24380 Moulton Pkwy**
**Laguna Woods, CA 92637**

**Home Loan Mortgage Corporation**
**11776 Mariposa Road Suite 103**
**Hesperia, CA 92345**

**Home Loan Services**
**150 Allegheny Center Mall**
**Pittsburgh, PA 15212**

**Home Mortgage Inc.**
**485 S Frontage Road Suite 200**
**Burr Ridge, IL 60527**

**Homecomings Financial**
**P.O. Box 205**
**Waterloo, IA 50704**

**HSBC Mortgage Corporation**
**2700 Sanders Road**
**Prospect Heights, IL 60070**

**Illinois (obre)**
**320 W Washington**
**Springfield, IL 62786**

**Impac Lending Group**
**One Mid America Plaza Suite 400**
**Oakbrook, IL 60181**

**Imperial Lending Group**
**4352 Trail Boss Drive**
**Castle Rock, CO 80104**

**Indiana Dept. of Financial Services**
**30 S Meridian Street, Suite 300**
**Indianapolis, IN 46204**

**Indymac Bank**
**888 E Walnut Street**
**Pasadena, CA 91101**

**Interfirst Wholesale Mortgage**
**939 W North Avenue Suite 720**
**Chicago, IL 60622**

NAME AND ADDRESS                                        DATE ISSUED

**InterBay Funding, Inc**
**1301 Virginia Drive Suite 403**
**Fort Washington, PA 19034**

**Infinity Financial Corporation**
**600 Hunter Drive Suite 200**
**Oak Brook, IL 60523**

**Iowa (obre)**
**200 E Grand Avenue Suite 300**
**Des Moines, IA 50309**

**JPMorgan Chase Bank**
**120 East Wesley Street**
**Wheaton, IL 60187**

**Kansas (obre)**
**700 SW Jackson Suite 300**
**Topeka, KS 66603**

**Lasalle Bank-Lending**
**135 S Lasalle Street**
**Chicago, IL 60603**

**Lasalle BAnk, N.A.**
**8617 Innovation Way**
**Chicago, IL 60682**

**Lime Financial**
**16600 18 Mile Road**
**Clinton Township, MI 48308**

**Lydian Mortgage**
**3801 PGA Blvd PO Box 109638**
**Palm Beach Gardens, FL 33410**

**Maria Bella Mortgage**
**3600 Minnesota Drive Suite 650**
**Edina, MN 55435**

**Maxim Mortgage Corporation**
**1411 Opus Place Suite 118**
**Downers Grove, IL 60515**

**Mercantile Mortgage**
**17950 Preston Road Suite 50**
**Dallas, TX 75250**

**Merchantile Mortgage Company**
**5656 Meadows Road Suite 350**
**Lake Oswego, OR 97035**

**Metrocities Mortgage**
**15301 Ventura Blvd Suite D300**
**Sherman Oaks, CA 91403**

**Michigan Dept. Financial Services**
**PO Box 30220**
**Lansing, MI 48909**

**Mila**
**6021 244th Street SW**
**Mountlake Terrace, WA 98043**

**Minnesota Division of Financial Exa**
**85 7th Place East, Suite 500**
**Saint Paul, MN 55101**

**Missouri Division of Finance**
**301 W High Street, Room 630**
**Jefferson City, MO 65102**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**MIT Lending**
**1375 E Woodfield Road Suite 700**
**Schaumburg, IL 60173**

**M&I Home Lending Solutitons**
**4121 NW Urbandale Drive**
**Urbandale, IA 50322**

**Mortgage Guaranty Corp**
**PO Box 488**
**Milwaukee, WI 53201**

**Mortgage Insurance Agencey**
**1125 Mitchell Court**
**Crystal Lake, IL 60041**

**Nations Home Lending**
**401 Fariway Drive Suite 200**
**Deerfield Beach, FL 33441**

**NationStar Mortgage**
**350 Highland Drive**
**Lewisville, TX 75067**

**NovaStar Mortgage**
**8140 Ward Parkway**
**Kansas City, MO 64114**

**Oak Street Mortgage**
**11595 N Meridian Street Suite 400**
**Carmel, IN 46302**

**Ohio Savings Bank**
**1801 E Ninth Street Suite 200**
**Cleveland, OH 44114**

**Option One Mortgage**
**3 Ada**
**Irvine, CA 92618**

**PGNF Home Lending**
**801 N Cass Avenue Suite 300**
**Westmont, IL 60559**

**PHM Financial Services**
**7241 S Fulton Street**
**Centennial, CO 80112**

**Popular Financial**
**301 Lippincott Drive Suite 100**
**Marlton, NJ 08053**

**Republic Mortgage Insurance Co**
**190 Oak Plaza Blvd PO Box 2514**
**Winstion Salem, NC 27015**

**Rose Mortgage Corp**
**6413 N Kinzua**
**Chicago, IL 60646**

**Saxon Mortgage Services**
**4708 Mercantile Drive North**
**Fort Worth, TX 76137**

**Sebring Capital Corp.**
**4000 International Pkwy Suite 3000**
**Carrollton, TX 75007**

**Senderra Funding**
**1091 521 Corporate Center Drive**
**Fort Mill, NC 29707**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**Sierra Pacific Mortgage**
**50 Iron Point Circle Suite 200**
**Folsom, CA 95630**

**Silver State Mortgage**
**8656 S Eastern Avenue**
**Las Vegas, NV 89123**

**Solutions Funding**
**17W662 Butterfield Road Suite 306**
**Oakbrook Terrace, IL 60181**

**Southstar Funding**
**400 Northridge Road Suite 1000**
**Atlanta, GA 30350**

**Specialty Mortgage Corp**
**6400 Uptown Blvd. NE Suite 200 E**
**Albuquerque, NM 87110**

**Stone Creek Funding**
**1515 Wazee Street Suite 300**
**Denver, CO 80202**

**Suntrust Mortgage**
**1920 N Thoreau Drive N**
**Schaumburg, IL 60173**

**Taylor Bean & Whitaker**
**101 NE 2nd Street**
**Ocala, FL 34470**

**The Company Corporation**
**PO Box 13397**
**Philadelphia, PA 19101**

**Tri-Star Lending Group**
**1030 N Orange Avenue**
**Orlando, FL 32801**

**Universial Mortgage Corp**
**12080 N Corporate Pkwy**
**Mequon, WI 53092**

**United Wholesale Mortgage**
**555 S Adams**
**Birmingham, MI 48009**

**USA Funding Corp**
**17035 W Wisconsin Avenue Suite 135**
**Brookfield, WI 53005**

**US BAnk**
**US Bancorp Center 800 Nicollett Mall**
**Minneapolis, MN 55402**

**Virtual Bank Mortgage**
**PO Box 109638**
**Palm Beach Gardens, FL 33410**

**Wachovia Bank**
**301 S College Street Suite 400 One Wachovia**
**Charlotte, NC 28288**

**Washington Mutual Bank**
**3050 Highland Pkwy 10th FL**
**Schaumburg, IL 60173**

**Western Residential**
**300W Claredon Suite 475**
**Phoenix, AZ 85013**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wilmington Finance**<br>**401 Plymouth Road Suite 400**<br>**Plymouth Meeting, PA 19462** | |
| **Wisconsin Dept. of Financial Instit**<br>**345 W. Washington AVe**<br>**Madison, WI 53703** | |
| **21st Century Mortgage Bankers**<br>**350 E Ogden Avenue Suite 1**<br>**Westmont, IL 60559** | |

### 20. Inventories

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **11/2/2007** | | **unliquidated** |
| **01/01/2008** | **Robert Enright** | **unliquidated** |

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **11/2/2007** | **Robert Enright**<br>**820 West Jackson Blvd., Suite 240**<br>**Chicago, IL 60607** |
| **01/01/2008** | **Robert Enright**<br>**(See above)**<br>**Chicago, IL** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Enright**<br>**Chicago, IL 60607** | **President** | **Owner / 100%** |

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
☐
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **Merrill Lynch 401K Profit Sharing Plan & Trust** | **36-4433125** |
| **RH Group** | |
| **225 W Wacker Drive, Suite 1400** | |
| **Chicago, IL 60606** | |
| **Account No. 6CL-08L51** | |

**Paychex Retirement Services - Client ID: 511382**
**1175 John Street**
**West Henrietta, NY 14586**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 20, 2008**          Signature    **/s/ Robert Enright**
                                                    **Robert Enright**
                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor   ☑ Other (specify):   **Robert Enright**

3.   The source of compensation to be paid to me is:

☐ Debtor   ☑ Other (specify):   **Kelleen Enright - has guaranteed any balance that is generated for fees and / or costs**

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **none**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 20, 2008**

**/s/ Deborah K. Ebner**
**Deborah K. Ebner 06181615**
**Law Office of Deborah K. Ebner**
**11 East Adams Street 8th Floor**
**Chicago, IL 60603**
**312-922-3838  Fax: 312-922-8722**
**dkebner@deborahebnerlaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Advantage Mortgage Consulting, Inc., an Illinois Corporation**        Case No. _____
_____    Chapter    **7**    _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **628**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 20, 2008**        **/s/ Robert Enright**
_____    _____
**Robert Enright**/**President**
Signer/Title

.

Illinois Dept. of Employment Secur
33 South State Street
Chicago, IL 60603


1st National Bank of Arizona
PO Box 60095
Phoenix, AZ 85082


21st Century Mortgage Bankers
350 E Ogden Avenue Suite 1
Westmont, IL 60559


4 Corners Appraisals
8072 W 95th Street
Hickory Hills, IL 60457


820 West Jackson, LLC
Attorney Allen Glass
55 East Jackson #500
Chicago, IL 60606


820 West Jackson, LLC
55 East Jackson Blvd. #500
Chicago, IL 60604


A&E Technology Inc.
8102 Lemont Road, Suite 900
Woodridge, IL 60517


A1 Appraisal North LLC
114 S Center Avenue Suite 103
Gaylord, MI 49735


AAA Blaney Appraisals
3806 Pheasant Walk Drive
Valparaiso, IN 46383


AB Chicagoland Real Estate
215 N Aberdeen Street
Chicago, IL 60607


Able Appraisals
1597 S State Road Suite K
Fort Lauderdale, FL 33068

Abramas & Abrams, P.C.
180 W Washington Street, Suite 910
Chicago, IL 60602


Absolute Title Company
2227 Hammond Drive
Schaumburg, IL 60173


Accredited Home Lenders
16550 W Bernardo Drive, Bldg. 1
San Diego, CA 92127


AccuBanc Mortgage
One E 22nd Street, Suite 107
Lombard, IL 60148


Accurate Appraisal Services
809 W Lawrence Avenue
Chicago, IL 60640


accurate value appraisals
PO Box 1967
Bolingbrook, IL 60440


Ace Appraisals, Inc. (KC Branch)
502 Armour Road
Kansas City, MO 64116


Acoustic Home Loans
770 The City Drive South
Suite 1500
Orange, CA 92868


Action Appraisals
PO Box 5164
Rockford, IL 61125


Active Appraisal Plus
20370 N Rand Road Suite 203
Palatine, IL 60074


Active Appraisal Services
9401 W Beloit Road Suite 401
Milwaukee, WI 53227

Adept Appraisal
1557 Driftwood Lane
Crystal Lake, IL 60014

Advanced Appraisal Ltd.
910 Skokie Blvd. #101
Northbrook, IL 60062

Advantage Marketing Consultant
C/o Rick Delatorre
535 Fairway Drive #127
Naperville, IL 60563

Aegis Appraisals
3250 Brior Park Suite 400
Houston, TX 77042

Aegis Appraisals
3250 Brior Park Suite 400
Houston, TX 77042

AJ appraisals
6811 South Clyde Ave
Chicago, IL 60649

All Area Appraisals Corp.
8814 Niles Center Road
Suite 102
Skokie, IL 60077

alliance funding
One Ramland Road
Orangeburg, NY 10962

Allied Waste Services
1220 S Brookside
Independence, MO 64052

Allstate Appraisals, LP
320 W 202nd Street
Chicago Heights, IL 60411

Alpha W Appraisals
3217 Royal Woods Drive
Crystal Lake, IL 60014

Amco Construction & Management Inc.
8040 Parallell Parkway #115
Kansas City, KS 66112


AMCO Construction & Management, Inc
8040 Parallell Parkway #115
Kansas City, KS 66112


American Brokers Conduit
48 S Service Road
Suite 320
Melville, NY 11747


American Business Mortgage Services
5 Becker Farm Road
Roseland, NJ 07068-0912


American Corporate Recovery Inc.
C/o Minear Appraisal Service
3570 Executive Drive Suite 205
Uniontown, OH 44685


American Express Business Card
Box 0001
Los Angeles, CA 90096-0001


American Home Appraisers
203 Oak Street
Crown Point, IN 46307


American Home Mortgage
PO Box 64197
Baltimore, MD 21264-4197


American Mortgage Network
10421 Wateridge Drive
Suite 250
San Diego, CA 92121


American R/E Appraisals LTD
603 Ridge Road
Homewood, IL 60430

American Sterling Bank
1701 E Woodfield Road
Schaumburg, IL 60173


Ameriquest
PO Box 51382
Los Angeles, CA 90051-5682


Ameriquest
1100 Town & Country Road
Suite 200
Orange, CA 92868


AMS Appraisals
893 Whitman Drive
East Lansing, MI 48823-2447


Anderson -Moessner Appraisals
307 S Farewell Street Suite 201
Eau Claire, WI 54701


Andrew Remus Appraisals
19525 South Brookridge Drive
Tinley Park, IL 60477


Andrew Remus Appraisals
19525 South Brookridge Drive
Tinley Park, IL 60477


Annie Fultz
445 East Ohio Street, Apt. 612
Chicago, IL 60611


Anywhere Appraisals
10125 Foxtail Pine Avenue
Las Vegas, NV 89129


Apex Real Estate
2007 W Chruchill Street Suite 204
Chicago, IL 60647


App-Com the Appraisal Company
4304 N 166th Street
Omaha, NE 68116

Appraisal & Quality Control, Inc.
2621 W Harrison Street
Suite 120
Bellwood, IL 60104


Appraisal Asc. ofthe Treasure Coast
1858 Old Dixie Hwy
Vero Beach, FL 32960


Appraisal Centere of the Ozarks
1107 NW 3rd Street
PO Box 216
Ava, MO 65608


Appraisal Network
PO Box 304
Northbrook, IL 60065


Appraisal Research , Inc.
435 N Mulford Road, Suite 12
Rockford, IL 61107


Appraisal Resource Inc.
4707 Hwy 61 N #224
Saint Paul, MN 55110-3227


Appraisal Tek
22453 Hughes Street
Frankfort, IL 60423


Appraisals by Aurelia Moloney
10922 S Knox Avenue
Oaklawn, IL


Appraisals Plus
830 N Kostner Avenue
Chicago, IL 60654


Arizona Corporation Commision Offic
1300 W Washington
Phoenix, AZ 85007-2929

Armstrong Teasdale LLP
Attorneys at Law C/o Laura McLaughl
One Metropolitan Square, Suite 2600
Saint Louis, MO 63102-2740


Arrow Appraisals
N83W31141 Kilbourne Road
Hartland, WI 53029


Asset MArketing Group, LLC
C/o Brian Cochran
1925-27 W. Irving Park Road
Chicago, IL 60613


Associated Appraisal Group
4431 N Artesian Street
Chicago, IL 60625


ATS & Associates
444 Ridge Court
Roselle, IL 60172


Attorney General of the State of IL
Consumer Fraud Department
100 W. Randolph Street, 12th floor
Chicago, IL 60601


Attorney Wade Arendt


Aurora Home Loans
10350 Park Meadows Drive
Littleton, CO 80124


Aurora Loan services
10350 Park Meadows Drive
Littleton, CO 80124


Auto credit center Inc.
3501 10th Street
Menominee, MI 49858


Auto Credit Center, Inc
3501 10th Street
Menominee, MI 49858

Avacor Appraisals
41470 SW 140th Street
Miami, FL 33186


Avadanian & Adler C/c Landsave, Inc
6001 Broken Sound Parkway NW, 404
Boca Raton, FL 33487


Avalon Financial Corp.
1463 Warrensville Road, Suite 201
South Euclid, OH 44121


Axis appraisals
1800 South Wolf Rd.
Des Plaines, IL 60018


AZ Appraisal Services
10610 Thayer Court
Saint Louis, MO 63123


B.A.C. Appraisals, Inc.
28371 Davis Pkwy
Suite 101
Warrenville, IL 60555


Ball Appraisal Services
15330 Dobson Avenue South
South Holland, IL 60473


Banco Popular Mortgage
9600 Long Point Road, Suite 300
Houston, TX 77055


Bank of America
1201 Main Street
Dallas, TX 75202


Bank One, NA
201 East Main Street
Lexington, KY 40575


Bank One, NA with Columbus, Ohio
201 East Main Street
Lexington, KY 40575

Bank United
7815 NW 148th Street
Hialeah, FL 33016

Bankers Express Mortgage
26010 Mureau Road, Suite 130
Calabasas, CA 91302

BankUnited, FSB
C/o Carol DeFrazio
1900 E Golf Road, Suite 1200
Schaumburg, IL 60173

Baytree Lending
9 Market Square Court
Lake Forest, IL 60045

Bell, Boyd & Lloyd
Attorneys at Law
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207

Benjamin & Williams Credit Investig
C/o BFI Waste Services
5485 Expressway Drive N
Holtsville, NY 11742

BFI Waste Services of Kansas City
1220 South Brookside Ave.
Independence, MO 64052

Blair Appraisal Services
PO Box 2317
Fernley, NV 89408

Blue Cross Blue Shield of Illinois
300 E Randolph
Chicago, IL 60601

Blue Edge Inc
10 N Fairlane Avenue Suite 101
Joliet, IL 60435

BMK Appraisals
PO Box 756
Chesterton, IN 46304


BMK Appraisals, Inc.
520 N Halsted Street
Chicago, IL 60622


BNC Mortgage Inc.
1901 Main Street
Irvine, CA 92614


Boardwalk Appraisals
245 S Highland Street Suite 5
Mount Dora, FL 32757


Bradley L Owen - Appraisals
300 North Kennedy Drive #65
Bradley, IL 60915


Branson Appraisals
210 State Hgwy 160
Reeds Spring, MO 65737


Broker Funding Solutions
5870 Highway 6 North, Suite 202
Houston, TX 77084


Burbank Appraisal Services
7502 W 63rd Street
Chicago, IL 60638


Burbink Appraisals
1456 W 18th Street
Chicago, IL 60622


Business Office Systems, Inc
4198 Paysphere Circle
Chicago, IL 60674


C2C Resources, LLC C/o Forsythe App
56 Perimeter Center East
Atlanta, GA 30346

```
Caine & Weiner
C/o Ice Mountain
PO Box 5010
Woodland Hills, CA 91365-5010


Caine & Weiner C/o pitney Bowes- PP
PO Box 5010
Woodland Hills, CA 91365


California
Secretary of State Dept of Financia
111 Pine Street, Suite 1100
San Francisco, CA 94111-5613


California, State of California Sec
of state Dept. of Financial Insts.
111 Pine Street, Suite 1100
San Francisco, CA 94111-5613


Call Midwest Telecommunications
2200 S Main Street
Suite 111
Lombard, IL 60148


Cambridge Integrated Services
33973 Treasury Center
Chicago, IL 60694-9300


Cambridge Integrated Services
33973 Treasury Center
Chicago, IL 60694-9300


Canon Business Solutions
Dept. 77-6024
Chicago, IL 60678-6024


Capstone Realty Resources
24 South Court Street
Lapeer, MI 48446


Cardservice International; First Da
PO Box 17548
Denver, CO 80217
```

Carrington Title Co.
1919 S Highland Ave. Bldg. B
Suite 315
Lombard, IL 60148


Castle Appraisals
8061 Koehler Drive
Orland Park, IL 60462


CAU Underwriting
2 Caufield Place
Newtown, PA 18940


CBS Messenger Service
PO Box 337
Elk Grove Village, IL 60009


Certified Credit Reporting
1180 Olympic Drive, Suite 207
Corona, CA 92881-7228


Chapel Funding Corp.
26521 Rancho Pkwy South, Suite 200
Lake Forest, CA 92630


Charter Land Title
4370 N Oak Traffic Way, # 102
Kansas City, MO 64116


Chase Home Finance
3415 Vision Street
Columbus, OH 43219-6009


Chase Home Finance
10151 Deerwood Park Blvd., # 300
Jacksonville, FL 32256


Chicago Reader, Inc.
11 East Illinois Street
Chicago, IL 60611


Chicago Title Company
5215 Old Orchard Road Suite 400
Skokie, IL 60076

Chicago Tribune
PO Box 6315
Chicago, IL 60680-6315


Chicago's Finest Appraisers Inc.
PO Box 170181
Chicago, IL 60617


Chicagoland Valuation Corp
2220 Hicks Road Suite 207
Rolling Meadows, IL 60008


Chris Bidigane


Christopher Bridigare
408 Home
Oak Park, IL 60302


Ciancanelli Appraisals
1407 Creekside Circle
Minooka, IL 60447


CIT Group
377 E Butterfield Road, Suite 925
Lombard, IL 60148


CIT GROUP
2285 Franklin Road
Bloomfield Hills, MI 48302


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211

CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


CIT Technology Fin Services, Inc.
21146 Network Place
Chicago, IL 60673-1211


Citibusiness A*Advanatge CC Card
PO Box 688915
Des Moines, IA 50368-8915


CitiMortgage Inc.
1000 Technology Drive
O Fallon, MO 63368-2240


City NewHound
7109 W Archer Avenue
Chicago, IL 60638


City One Home Mortgage Corp.
3150 S River Road, Suite 14
Des Plaines, IL 60018


City Suburban Title Company
2340 S River Road Suite 115
Des Plaines, IL 60018


Classic Home Lending
10850 Richmond Avenue, Suite 175
Houston, TX 77042


Coffee Unlimited
1408 S Clinton
Chicago, IL 60607

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087


Cogent Communications, Inc.
1015 31st Street NW
Washington, DC 20007


Cogent Communications,Inc
1015 31st Street, NW
Washington, DC 20007


Colorado Division of Banking
1560 Broadway Dr., Suite 975
Denver, CO 80202


Colorado Division of Real Estate
1560 Broadway Drive
Denver, CO 80202


Colorado Secretary of State
1700 Broadway, Suite 200
Denver, CO 80290


Commonwealth United Mortgage
2300 N Barrington Road, Suite 530
Schaumburg, IL 60195


Community Appraisals Inc
2009 Orchard Lake Road
Keego Harbor, MI 48320


Company Corporation
PO Box 13397
Philadelphia, PA 19101-3397


Computech Appraisals Services
121 N Garrard Suite C
Rantoul, IL 61866


Concorde Acceptance Corp.
7929 Brookriver Drive, Suite 500
Dallas, TX 75247

Continental Electrical Construction
5900 Howard Street
Skokie, IL 60077

Coons Appraisal
1615 South 77th Street
Lincoln, NE 68506

Cooper Appraisals
118 N Lane Suite B
Reeds Spring, MO 65737

Cornerstone Appraisals
500 Selkirk Drive
Schaumburg, IL 60194

Corrie Appraisal & Consulting
1403 6th Street
Charleston, IL 61920

Countrywide Home Loans
8521 Fallbrook Avenue
Canoga Park, CA 91304

Countrywide Home Loans
1011 Warrenville Road, Suite 115
Lisle, IL 60532

Craig Shaffer & Associates Ltd
2720 River Road
Des Plaines, IL 60018

Credit Link, LLC
PO Box 87916
Carol Stream, IL 60188-7916

Credit Suisse
11 Madison Drive
New York, NY 10010

Credit Union Services
8131 LBJ Freeway, Suite 400
Dallas, TX 75251

```
Credit Union Services
8131 LBJ Freeway, Suite 400
Dallas, TX 75251


Creve Cover Mortgage Association
11525 Olde Cabin Road
Saint Louis, MO 63141


Crown Executive Suites - Nevada
375 E Warm Springs Road
Suite 104
Las Vegas, NV 89119


Crown Executive Suites - Nevada
375 E Warm Springs Road
Suite 104
Las Vegas, NV 89119


Cutler Appraisal Services
5631 W Beechwood Lane
New Palestine, IN 46163


D&D Appraisals
13144 Vicarage Drive
Plainfield, IL 60544


D&L Management Consulting Services
C/o Mid Florida Appraisers, Inc.
5257 N Tacoma Avenue, Suite 7
Indianapolis, IN 46220


Dakkota Title
1801 St. Mary Avenue
Omaha, NE 68102


Damien Gonzalez
9295 Cascade Circle
Willowbrook, IL 60527


Damien Gonzalez
9295 Cascade Circle
Willowbrook, IL 60527
```

David Linn & Associates
4650 184th Street
Country Club Hills, IL 60478


DB Home Lending
26521 Rancho Parkway South
Suite 210
Lake Forest, CA 92630


Decision One Mortgage Company, LLC
HSBC Mortgage Services
3023 HSBC Way
Fort Mill, SC 29715


Decision One Mortgage Company, LLC
HSBC Mortgage Services
3023 HSBC Way
Fort Mill, SC 29715


Deep Green Financial
22901 Millcreek Blvd., Suite 500
Beachwood, OH 44122


DeGrand & Wolfe, P.C.
C/o Luke DeGrand
20 S. Clark St., Suite 2620
Chicago, IL 60603


Del Mar Data Trac, Inc.
6165 Greenwich Drive
Suite 200
San Diego, CA 92122


Del Mar Data Trac, Inc.
6165 Greenwich Drive
Suite 200
San Diego, CA 92122


Delta Funding Corporation
1000 Woodbury Road
Woodbury, NY 11797-9003


Deneen Appraisals
1515 Broadway Street
Prairie Du Sac, WI 53578

Deron Strickland Appraisals
339 Clyde Avenue
Calumet City, IL 60409


Deutsch, Levy & Engel, Chartered
C/o Cavid J. Ben Dov
225 West Washington St. Suite 1700
Chicago, IL 60606


District of Columbia Washington
Dept of Business & Professional
941 N. Capitol Street NE
Washington, DC 20002


DJ Howard & Associates
820 Broadway
Long Grove, IL 60049


DK Funding
400 S Quadrangle Drive, Suite A
Bolingbrook, IL 60440


DNS & Associates
1652 W Ogden Avenue Suite 5
Chicago, IL 60612


Document Systems, Inc.
20501 S Avalon Blvd., Suite B
Carson, CA 90746


Douglas J. Palandech, Esquire
150 South Wacker Drive
Suite1100
Chicago, IL 60606


Dufala Appraisal Services
1201 S Highland Avenue Suite 10
Clearwater, FL 33756


E-Line Appraisals
140 Jefferson Lane
Bloomingdale, IL 60108

Eagle Appraisals
5703 Red Bug Lake Road, Suite 113
Clearwater, FL 33756


Eastern Savings Bank
Executive Plaza 2
11350 McCormick Road, Suite 200
Hunt Valley, MD 21031


Eckland Appraisals
18357 May Street
Homewood, IL 60430


EDI Appraisal Services Inc
22971 Outer Drive
Dearborn, MI 48124


Edwin R. McCullough
C/o Paulette Wright and Bridgette
19 South LaSalle Street, Suite 602
Chicago, IL 60603


Elite Appraisal Center LLC
417 Talcott Road
Park Ridge, IL 60068


Elite Appraisal Services Inc.
4061 Haggerty Road
West Bloomfield, MI 48323


Eloans
6230 Stoneridge Mall Road
Pleasanton, CA 94588


Encore Credit Corporation
2211 Butterfield Road, Suite 100
Downers Grove, IL 60515


Entrust Mortgage Inc.
304 Inverness Way South, Suite 405
Englewood, CO 80112


EquiFirst Corporation
500 Forest Point Circle
Charlotte, NC 28273

Erie Shore Appraisals
345 Georgetown Square Suite 209
Wood Dale, IL 60191


Experian
Department 6133
Los Angeles, CA 90088


Expert Appraisals
1825 Oak Park
Chicago, IL 60634


Fast Appraisals
7976 Linden Street
Dyer, IN 46311


Fidelity National Credit Services
Fidelity National Credit Services
Dept. #2561
Los Angeles, CA 90084-2561


Fidelity National Credit Services
C/o Monster Inc. Dept. #2561
Los Angeles, CA 90084


Fieldstone Mortgage Company
2 Executive Circle, Suite 250
Irvine, CA 92614


Fifth Third Bank
Business Line of Credit
175 West Jackson Blvd.
Chicago, IL 60604


Fifth Third Bank
MasterCard
PO Box 63-0479
Cincinnati, OH 45263


Fifth Third Bank
222 South Riverside Plaza
Chicago, IL 60606

Fifth Third Bank - Lending
38 Fountain Square Plaza
Cincinnati, OH 45263


Finance America
1100 Jorie Blvd., Suite 240
Oak Brook, IL 60523


First Collateral Services
1055 Gateway Blvd. #800
Concord, CA 94520


First Collateral Services, Inc.
C/o Bank of America
Dept. # 1534/ PO Box 61000
San Francisco, CA 94161-1534


First Collateral Services, Inc.
1855 Gateway Blvd., Suite 800
Concord, CA 94520


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173


First Franklin Financial
1051 Perimeter Drive, Suite 800
Schaumburg, IL 60173

First Magnus Financial Corporation
One Tower Lane
Suite 2375
Villa Park, IL 60181


First National City Bank
150 Allegheny Center Mall
Pittsburgh, PA 15212


First NLC Financial Services LLC
4680 Confrence Way South
Boca Raton, FL 33431


Fiserv Clearing, Inc.
C/o Del Mar Database
701 Market Street, Box 29
Philadelphia, PA 19106


Five Point Appraisals
600 W Chicago Avenue Suite 350
Chicago, IL 60610


Flagship Bank
S115-3
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639


Florida (OBRE)
Office of Financial Regulations
200 E Gainest
Tallahassee, FL 32399


Florida (Secretary of State)
Dept of State Division of Corporati
PO Box 6237
Tallahassee, FL 32314


Forrey Appraisal Service
6139 Cocos Drive
Fort Myers, FL 33908

Forsythe Appraisals. LLC
222 Little Canada Road
Saint Paul, MN 55117-2375


Fourte & Associates
12757 Western Ave.
Blue Island, IL 60406


Frank Trapane & Associates
10709 Randolph Street
Crown Point, IN 46307


Frank Womack Appraisals
6485 Bay Oaks Drive
Milton, FL 32583


Freedom Mortgage Corporation
10500 Kincaid Drive, Suite 300
Fishers, IN 46037


Fremont Investment Loan
One TransAm Plaza, Suite 350
Villa Park, IL 60181


Funding Advantage Solutions Tech
11510 W 13th Avenue
Denver, CO 80215


GC Services Limited Partnership
Collection Agency Division
PO Box 626
Elgin, IL 60121


Generations Appraisal Company
324 North Randolph
Pleasant Hill, MO 64080


Genworth Financial Services, Inc
POB 277231
Atlanta, GA 30384


Genworth Mortgage
6601 Six Forks Road
Raleigh, NC 27615

Georgia Secretary of State
Corporation Divisions
2 MLK Drive Suite 315 West Tower
Atlanta, GA 30334


Global Capital
10600 W Higgins Road, Suite 516
Des Plaines, IL 60018


GMAC Bank
100 Witmer Road, Suite 120
Horsham, PA 19044


Golden I Appraisals
3054 Alta
Melrose Park, IL 60164


Goldstein Fishman Bender & Romanoff
C/o Paul Bernstein, Attorney at Law
1 North LaSalle Street, Suite 2600
Chicago, IL 60604


Gomberg, Sharfman, Gold, & Olster
Attorneys at Law
208 S LaSalle Street, Suite 1200
Chicago, IL 60604


Great Appraisal
7092 Highland Road
Suite 288
Waterford, MI 48327-1502


Great Bank
2100 Huntington Drive
Algonquin, IL 60102


Great Lakes Residential Appraisers
1329 Coach House Lane
South Lyon, MI 48178


Greatland Corporation
PO Box 1157
Grand Rapids, MI 49501-1157

GreenPoint Mortgage
2730 West Tyvola Road
Suite 300
Charlotte, NC 28217


Grove Street Appraisals
1629 Gray Bark Drive
Oldsmar, FL 34677


Guaranteed Financial Mortgage
2605 W 22nd Street, Suite 39
Oak Brook, IL 60523


Guy Appraisal, Inc.
PO Box 8161
Saint Joseph, MO 64508


H.E. Stark Agency Inc.
C/o Poulson Appraisals Inc.
PO Box 45710
Madison, WI 53744-5710


H.E. Stark Agency, Inc.
C/o Poulson Appraisals
POB 45710
Madison, WI 53744


Haida Appraisals
PO Box 7940
Belleville, IL 62222


Harris Bank - Lending
111 W Monroe Street
Chicago, IL 60603


HCL Finance Inc.
1885 Lundy Avenue, Suite 200
San Jose, CA 95131


Heartland Wholesale Funding
1150 Hanley Industrial Court
Saint Louis, MO 63144

Hinshaw Appraisals
331 Kingston Drive
Oswego, IL 60543


HLB Mortgage
1229 Lakeview Court
Romeoville, IL 60446


Holland & Knight LLP
Attorneys at Law
131 S. Dearborn, 30th Floor
Chicago, IL 60603


Home Appraisal Service, LLC
6685 Broadway Suite 1
Merrillville, IN 46410


Home Equity of America
1000 E 80th Place, Suite 300 North
Merrillville, IN 46410


Home Loan Mortgage Corporation
11776 Mariposa Road, Suite 103
Hesperia, CA 92345


Home Loan Services
150 Allegheny Center Mall
Pittsburgh, PA 15212


Home Mortgage, Inc.
485 S Frontage Road, Suite 200
Willowbrook, IL 60527


Home Savings
275 West Federal Street
Youngstown, OH 44503


Home Zone Appraisals
460 Briargale Drive Suite 200
South Elgin, IL 60177


Homecomings Financial
PO Box 890036
Dallas, TX 75389

Homeland Capital Mortgage
600 E Caramel Drive Suite 110
Carmel, IN 46032


Homeowners Security Corporation
9521 Indianapolis Blvd., Suite O
Highland, IN 46322


HSBC Mortgage Corporation
PO Box 4552
Buffalo, NY 14240-8851


Hutchison, Perry and Associates
C/o Chicago Reader
4500 E Speedway, Suite 12
Tucson, AZ 85712-5305


Ice Mountain
6661 Dixie Hwy, Suite 4
Louisville, KY 40258


ILL. Dept. of Employment
Security Benefit Repayments
P.O. Box 19286
Springfield, IL 62794-9286


Illinois (OBRE)
Dept of Financial & Pro. Regulation
320 W. Washington
Springfield, IL 62786


Illinois (Secretary of State)
501 S 2nd Street Rm 328
Springfield, IL 62786


Illinois Department of Employment S
33 South State Street
Chicago, IL 60603


IMG Technologies Inc. ( T1 Lines)
Dept. 4393
Carol Stream, IL 60122-4393

Impac Lending Group
One Mid America Plaza, Suite 400
Villa Park, IL 60181


Imperial A.I. Credit Company
AICCO, Inc.
Box 9045
New York, NY 10087-9045


Imperial Appraisals
5815 Hammock Isles Drive
Naples, FL 34119


Imperial Lending Group
4352 Trail Boss Drive
Castle Rock, CO 80104


Incorp Services, Inc.
(Nevada Branch)
PO Box 94438
Las Vegas, NV 89193-4438


Indian Department of Financial Inst
30 South Merridian Street #300
Indianapolis, IN 46204


Indiana Secretary of State
Securities Division
302 W Washington Street
Indianapolis, IN 46204


IndyMac Bank
888 E Walnut Street
Pasadena, CA 91101


Infiniti Financial Corporation
600 Hunter Drive Suite 200
Oak Brook, IL 60523


InfoUSA
5711 S 86th Circle
Omaha, NE 68127

Initial Tropical Plants
PO Box 95409
Palatine, IL 60095-0409


Initial Tropical Plants
PO Box 95409
Palatine, IL 60095-0409


Innovative Appraisals
3910 S Old Hgwy 94 Suite 115
Saint Charles, MO 63304


Insight Financial Corporation
1935 Shermer Road #300
Northbrook, IL 60062


Insight Financial Corporation
1935 Shermer Road #300
Northbrook, IL 60062


InterBay Funding, Inc
1301 Virginia Drive Suite 403
Fort Washington, PA 19034


Interfirst Wholesale Mortgage
939 W North Avenue Suite 720
Chicago, IL 60622


Internet Corporation Listing Servic
303 Park Avenue S, #1073
New York, NY 10010


Iowa Division of Banking
200 E Grand Avenue Suite 300
Des Moines, IA 50309


Iowa Secretary of State Corp. Div.
Lucas Bld; 1st Floor
Des Moines, IA 50319


Irwin Mortgage
6564 Loisdale Ct. #410
Springfield, VA 22154

J.A.L Appraising
432 E Niagra Avenue
Schaumburg, IL 60193


James B Crowe & Associates
3118 N Lincoln Avenue
Chicago, IL 60657


JANI-KING KC Region
14821 W 95th Street
Lenexa, KS 66215


Jason M Tatoni Appraisals
30 E Huron Street Suite 5001
Chicago, IL 60611


Je'Ron Inc
4900 W 47th Street
Chicago, IL 60632


Jefferson Appraisals
958 N Wilder Road
Lapeer, MI 48446


Jelinski Appraisals
7714 Stratford Place
Darien, IL 60561


JMR Appraisals
1901 W 53rd Street
Chicago, IL 60632


John Meyer Appraisal Co
1676 View Pond Drive SE Suite 100A
Grand Rapids, MI 49546


JPMorgan Chase Bank, NA
120 East Wesley Street
Wheaton, IL 60187


JPMorgan Chase Bank, NA
120 East Wesley Street
Wheaton, IL 60187

Kaercher Campbell & Associates
2500 N Buffalo Drive, Suite 230
Las Vegas, NV 89128

Kansas (OBRE)
Division of Banking & Lending
700 SW Jackson Suite 300
Topeka, KS 66603-3796

Kansas Bd. of Public Utilites
PO Box 219661
Kansas City, MO 64121

Kansas City Power & Light
PO Box 219330
Kansas City, MO 64121-9330

Kansas City Title
6060 North Oak
Kansas City, MO 64118

Kansas Secretary of State
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594

Kasten Goodman Agency
230 E Main PO Box 408
Carlinville, IL 62626

Kaufman Appraisals
13310 Bab Road
Auburn, IL 62615

KBW Appraisals
801 S Adams Suite 102
Birmingham, MI 48009

Kelleen Enright

Kenneth L. Gillis
Attorney at Law
111 W Washington, Suite 1421
Chicago, IL 60602

Kentucky Secretary of State
Division Corp.
State Capitol Rm 154 700 Capitol Av
Frankfort, KY 40601


Kiel M. Larson, Attorney at Law
800 N. Clark Street, Suite 222
Chicago, IL 60610


Knoor Networks, Inc.
217 Leavitt
Suite 2S
Chicago, IL 60612


Koyak Appraisals
2000 4th Street
Peru, IL 61354


Kozacky & Weitzel, P.C.
1 North LaSalle Street, Suite 3150
Chicago, IL 60602


Lakeside Appraisals
4321 W Highview Drive
Park Falls, WI 54552


LaMyatt Appraisals
32969 Hamilton Court Suite 140
Farmington, MI 48334


Land America
PO Box 116538
Atlanta, GA 30368-6538


Landis Appraisals
POB 95184
Palatine, IL 60095


LandSafe
PO Box 650530
Plano, TX 75024


LaSalle Bank
135 S Lasalle Street
Chicago, IL 60603

LaSalle Bank, N.A.
Commercial Loan Payment
8617 Innovation Way
Chicago, IL 60682-0086


LB Slater & Company
128 N Dixie Hgwy
Hollywood, FL 33020


LDD Appraisals
2 South 431 Chaucer Court
Glen Ellyn, IL 60137


Legal Assistance Foundation
C/o Caroline A. Longstreet
111 W. Jackson Blvd., 3rd floor
Chicago, IL 60604


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102


Lieberman Management Services
355 W Dundee Road, Suite 110
Buffalo Grove, IL 60089


Lighthouse Appraisals
1411 N Kickapoo Street Suite 223
Lincoln, IL 62656


Lime Financial, LTD
5885 SW Meadows Road Suite 600
Lake Oswego, OR 97035


Lira Financial
16600 18 Mile Road
Rochester, MI 48308

Litigation Mediation Group
C/o Guy Appraisal, Inc.
2290 10th Avenue North, Suite 306
Lake Worth, FL 33461


Litton Loan Services LP
4828 Loop Central Drive
Houston, TX 77081-2226


Lock Appraisal Associates
W5972 Peaceful Lane
Appleton, WI 54915


Logeman Appraisals
68 Woodland Drive
Metropolis, IL 62960


Lorraine Manion Appraisals
1617 W 104th Place
Chicago, IL 60643


Lower My Bills.com
2401 Colorado Avenue
Suite 200
Santa Monica, CA 90404


Lydian Mortgage
3801 PGA Blvd PO Box 109638
Palm Beach Gardens, FL 33410


M & I Home Lending Solutions
4121 NW Urbandale Drive
Urbandale, IA 50322


M & R Appraisals & Real Estate
653 NE 7th Ave.
Boynton Beach, FL 33435


M&K Appraisals
5513 N Kilbourn
Chicago, IL 60630


MacMunnis, Inc.
1840 Oak Avenue, Suite 300
Evanston, IL 60201

Mages & Price, C/o Randolph & Halst
707 Lake Cook Road, Suite 314
Deerfield, IL 60015


Mako Appraisals
1630 N Talman Avenue Suite 1A
Chicago, IL 60647


Manager of Finance (KC)
P.O.Box 219747
Kansas City, MO 64121-9747


Mandell Menkes LLC
C/o Business Office Systems, Inc.
333 W Wacker Drive
Chicago, IL 60606


Marc Realty
820 West Jackson
Chicago, IL 60607


Mari Bella Mortgage
3600 Minnesota Drive Suite 650
Minneapolis, MN 55435


Market Value Inc.
1860 North Damen Ave.
Chicago, IL 60647


Martin Appraisal Services
92 Pebblebrook Lane
Saint Louis, MO 63146


Maryland Dept of Labor, Licensing
500 N. Calvert Street, Suite 402
Baltimore, MD 21202


Massachusetts
The commonwealth of Massachusetts
One Ashburn Place, Suite 118
Downers Grove, IL 60515

Matthew Smolarek
Cambridge Integrated Services Group
PO Box 2505
Mount Clemens, MI 48046


Maxim Mortgage Corporation
1411 Opus Place Suite 118
Downers Grove, IL 60515


MB Financial
475 E 162nd Street
South Holland, IL 60473


McDermott Will & Emery LLP
Paul Cronis, Lockbox Chicago
PO Box 2995
Carol Stream, IL 60132-2995


McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


McLeod USA
PO Box 3243
Milwaukee, WI 53201-3243


McMahan & Sigunick, Ltd.
C/o Staples Business Advantage
412 South Wells Street, 6th Floor
Chicago, IL 60607

Mercantile Mortgage
17950 Preston Road Suite 50
Dallas, TX 75250


Meridan Valuation
21376 Ridge Road
Lake Zurich, IL 60047


Merill Lynch
PO Box 44000
New Brunswick, NJ 08906


Meritage Mortgage Corp
5656 Meadows Road Suite 350
Lake Oswego, OR 97035


Merrill lynch
225 W. Wacker Drive, suite 1400
Chicago, IL 60606


MERS
13059 Collection Center Drive
Chicago, IL 60693


Metrocities Mortgage
15301 Ventura Blvd Suite D300
Sherman Oaks, CA 91403


Michael Paul Cohen
Attorney at Law
435 W Erie, #802
Chicago, IL 60610


Michael V. Shook
Senior Vice President/ Cambridge
9450 W. Bryn Mawr #500
Rosemont, IL 60018


Michel Appraising
8580 W Division Road
Tipton, IN 46072


Michigan Dept. Financial Services
PO Box 30220
Lansing, MI 48909

Michigan Secretary of State Banking
525 W. Ottawa
Lansing, MI 48909


Mid Florida Appraisers, Inc.
1212 E Bedford Lane
Lakeland, FL 33813


MidAmerica Federal Bank
2650 Warrenville, Suite 500
Downers Grove, IL 60515


Midwest Appraisal
421 W Broadway Suite 401
Council Bluffs, IA 51503


Mila Inc
6021 244th Street SW
Mountlake Terrace, WA 98043


Miller, Ross & Goldman
C/o NovaStar Mortgage
701 Brazos, Suite 500
Austin, TX 78701


Minear Appraisal Service
43407 US Hwy 138
Livonia, MO 63551


Minear Appraisal Service
43407 US Hwy 138
Livonia, MO 63551


Minnesota Division of Financial Exa
85 7th Place East, Suite 500
Saint Paul, MN 55101


Minnesota Secreaty of State, Financ
Centennial Office Bld, Suite 400
658 Cedar Street
Saint Paul, MN 55155

Missouri (OBRE)
State of Missouri Div. of Finance
301 W High Street Rm 630 PO Box 716
Jefferson City, MO 65102-0716


Missouri (Secretary of State)
Missouri State information center
600 South Main street
Jefferson City, MO 65101-0778


Missouri Gas Energy
POB 412662
Kansas City, MO 64141


MIT Lending
1375 E Woodfield Road Suite 700
Schaumburg, IL 60173


Mitchko, Inc Real EstateAppraisals
518 Shadywood Lane
Elk Grove Village, IL 60007


MLN USA
10 Research Parkway
Wallingford, CT 06492-1957


Mo-Kan Appraisals, LLC
3947 SW Batten Drive
Lees Summit, MO 64082


Monster, Inc.
PO Box 90364
Chicago, IL 60696-0364


Mortgage Guaranty Corp
PO Box 488
Milwaukee, WI 53201-0488


Mortgage Insurance Agency, Ltd.
1125 Mitchell Court
Crystal Lake, IL 60014


Mortgage Lenders Network
10 Research Parkway
Wallingford, CT 06492

Mortgage Servicing Center
PO Box 7126
Columbia, SC 29202


Mpower Communications
PO Box 60767
Los Angeles, CA 90060-0767


Mpower Communications
PO Box 60767
Los Angeles, CA 90060-0767


Murphy Appraisals
12129 W Bluemand Road
Milwaukee, WI 53226


Muzak
3318 Lakemont Blvd
Fort Mill, SC 29708


Muzak
3318 Lakemont Blvd
Fort Mill, SC 29708


National Appraisals
3934 W 26th Street
Chicago, IL 60623


National City Bank
6750 Miller Road, Locator 01-7180
Brecksville, OH 44141


National Mortgage Reporting
2605 Camino del Rio South, #400
San Diego, CA 92108


National Real Estate Info Services
100 Beecham Drive
Pittsburgh, PA 15205


Nations Home Lending
401 Fariway Drive Suite 200
Deerfield Beach, FL 33441

NationStar Mortgage
350 Highland Drive
Lewisville, TX 75067


Nationwide Credit Clearing
2320 N Damen Avenue, Suite 2C
Chicago, IL 60647


NCO Financial Systems
C/o XO Communications
PO Box 4903
Trenton, NJ 08650-4903


NCO Financial Systems
C/o Business Office Systems, Inc.
PO Box 4903
Trenton, NJ 08650-4903


Netbank
9710 Two Notch
Columbia, SC 29223


Netco
25775 W Ten Mile Road, Suite C
Southfield, MI 48033


Nevada Department of Taxation
4600 Kietzke Lane
Building L, Suite 235
Reno, NV 89502


Nevada Dept of Business & Industry
555 E Washington Avenue Suite 4900
Las Vegas, NV 89101


Nevada Legal Press
3301 S Malibou Avenue
Pahrump, NV 89048-6489


New Century Mortgage
One Pierce Place Suite 1200 W
Itasca, IL 60143

New Phase Appraisal
2364 Plainfield Road, Suite F
Joliet, IL 60435


New York State
Dept of Division of Corporations
41 State Street
Albany, NY 12231


Nice N' Title
PO Box 59433
Chicago, IL 60659


North Dakota
Secretary of State of North Dakota
600 E Boulevard Avenue Dept 108
Bismarck, ND 58505-0500


Northern Continental Appraisals
151 S Oak Avenue
Bartlett, IL 60103


Northland Appraisal Services
4437 NW Indian Lane
Riverside, MO 64150


Northrop Appraisers
51790 Lawrence Road
Marcellus, MI 49067


Northwoods Appraisals
W8291 Danish Settlement Road
Phillips, WI 54555


O'Connor & Associates of Sarasota I
6525 S Tamiami Trail, Suite C
Sarasota, FL 34231


O'Malley Appraisals


Ohio Savings Bank
1111 Chester Avenue
Cleveland, OH 44114

Ohio Secretary of State
180 E Broad Street
Columbus, OH 43216


Old Republic - FAC
307 N Michigan Avenue
Chicago, IL 60601-5382


Option One Mortgage
3 Ada
Irvine, CA 92618


Oregon
Dept. of consumer and business serv
350 Winter Street NE
Salem, OR 97301-3881


Orvington Appraisals
2090 Larkin Avenue Suite 6
Elgin, IL 60123


Oswald Real Estate Appraisals
1117 N Hastings
Hastings, NE 68901


Paragon Appraisal
1489 W Palmetto Park Road
Suite 492
Boca Raton, FL 33486


Park Bank
15850 W Bluemound Road
Brookfield, WI 53005


Paul Bernstein, Esq.
Mark Swartz, Esq.
1 N. LaSalle Street, 26th Floor
Chicago, IL 60602


Paychex
1175 John Street
West Henrietta, NY 14586-9199

Paychex
1175 John Street
West Henrietta, NY 14586-9199


Paychex
1175 John Street
West Henrietta, NY 14586-9199


Paychex
1175 John Street
West Henrietta, NY 14586-9199


Peak Appraisal Services
1175 John Street
West Henrietta, NY 14586


Pedersen & Weinstein LLP
C/o Yolanda Radcliff
309 W. Washington, Suite 1421
Chicago, IL 60606


Peoples Choice Home Loans
7525 Irvine City Drive Suite 250
Irvine, CA 92618


Personnel Concepts
PO Box 3353
San Dimas, CA 91773-7353


Peter Kaiser, Esquire
Straus & Malk
135 Revere Drive
Northbrook, IL 60062


PGNF Home Lending
801 N Cass Avenue Suite 300
Westmont, IL 60559


PHM Financial Services
7241 S Fulton Street
Englewood, CO 80112


Pitman Appraiser
449 Cherry Hill Dr. #101
Addison, IL 60101

Pitney Bowes Credit Corporation
C/o Caine & Weiner Collections
PO Box 5010
Woodland Hills, CA 91365-5010


Pitney Bowes Global Fin. Services
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Global Fin. Services
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Global Fin. Services
PO Box 856460
Louisville, KY 40285-6460


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Popular Financial
301 Lippincott Drive Suite 100
Marlton, NJ 08053


Portico Appraisal
611 28th Avenue North
Saint Petersburg, FL 33704


Poulson Appraisals Inc.
95F Golf Parkway
Madison, WI 53704


Precision Appraisals
819 S Western Avenue
Chicago, IL 60612


Premier Appraisal
19 E Liberty Lane
Danville, IL 61832

Premier Partnership Services
121 S Wilde Road, Suite 500
Arlington Heights, IL 60005


Premier Partnership Services
121 S Wilde Road, Suite 500
Arlington Heights, IL 60005


Premier Title
1350 W Northwest Hwy.
Arlington Heights, IL 60004-5250


Prime Appraisal Services
4223 Commercial Way
Glenview, IL 60025


Prodigy Printing & Productions
900 Ogden Avenue, #310
Downers Grove, IL 60515


PVS Associates
10450 South Western Ave.
Chicago, IL 60643


Quick Appraisal Corporation
2907 Buick Cadillac Blvd.
Bloomington, IN 47401


Real Property Group
1146 Terrace Lane
Glenview, IL 60025


Recon Trust Company
1800 Tapo Canyon Road, SV2-225
Simi Valley, CA 93063


Red Fern, Lucia & Associates
314 W Fifth Street Suite 2
Flint, MI 48502


Regent Title Company
33 N Dearborn Street Suite 803
Chicago, IL 60602

```
Republic Mortgage Insurance Co
190 Oak Plaza Blvd PO Box 2514
Winston-Salem, NC


Residential Real Estates Services
118 Kensington Drive
Streamwood, IL 60107


Road Runner Residential Appraisals
11095 Haven Street
Las Vegas, NV 89123


Robert Enright
2910 North Commonwealth #4
Chicago, IL 60657


Robert Enright
2910 North Commonwealth #4
Chicago, IL 60657


Robert Enright


Robert Enright


Robert Enright


Robert Enright


Robert Enright


Robert Enright


Robert Enright


Robert Enright
```

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright

Robert Enright


Robert Enright


Robert Enright


Robert Enright
2910 North Commonwealth #1
Chicago, IL 60657


Robert Enright


Robert Enright


Robert Porter
6750 21st Street #304
Berwyn, IL 60402


Robert Porter
6750 21st Street
Berwyn, IL 60402


Rogelio Espinoza Appraisals
631 Douglas Avenue
Elgin, IL 60120


Rose Mortgage Corp
6413 N Kinzua
Chicago, IL 60646


Roth Appraisals
1230 S West Avenue
Waukesha, WI 53186


Sandcastle Mortgage
4185 Blackhawk Plaza Circle
Danville, CA 94506

Sara Appraisal Services
1511 Goodnow Road
Beecher, IL 60401


Saxon Mortgage Services
4708 Mercantile Drive North
Fort Worth, TX 76137


SBC Ameritech
Bill Payment Center
Chicago, IL 60663-0001


Sebring Capital Corp.
4000 International Parkway,
Suite 3000
Carrollton, TX 75007-1913


Secretary of State - Indiana
302 W Washington, RM:E018
Indianapolis, IN 46204


Secretary of State - Missouri
PO Box 1366
Jefferson City, MO 65102


Secure It (Record Storage)
115 W Lake Road
Suite 200
Glendale Heights, IL 60139


Select Marketing Group LLC (B&C)
1520 Grand, 2nd Floor
Kansas City, MO 64108


Senderra Funding
1091 521 Corporate Center Drive
Fort Mill, SC 29707


Sheldon Singer, Esq.
10484 Marty
Overland Park, KS 66212


Shred Co
115 W Lake Drive, Suite 200
Glendale Heights, IL 60139

Sierra Pacific Mortgage
50 Iron Point Circle Suite 200
Folsom, CA 95630


Silver State Mortgage
8656 S Eastern Avenue
Las Vegas, NV 89123


Singer Tarpley & Jones, P.A.
Attorneys at Law
10484 Marty
Overland Park, KS 66212


Situs Unlimited - Appraisals
1784 Hallie Road
Chippewa Falls, WI 54729


Skyline Appraisals
1860 N Damen Avenue
Chicago, IL 60647


SLB Consulting
C/o Sunun Loma
7366 North Lincoln Ave. #204
Lincolnwood, IL 60712


Solutions Funding
17W662 Butterfield Road Suite 306
Villa Park, IL 60181


South Dakota
Corporation Division
State Capitol 500 E Capitol Ave
Pierre, SD 57501-5070


Southern Illinois Appraisals
1815 Garden Street
Belleville, IL 62226


Southstar Funding
400 Northridge Road Suite 1000
Atlanta, GA 30350

Specialty Mortgage Corp
6400 Uptown Blvd NE Suite 200-E
Albuquerque, NM 87110


Spellmen Appraisals
13303 S Country Club Court
Palos Heights, IL 60463


Standard Appraisals
19407 Lisadell Drive
Tinley Park, IL 60477


Standard Parking
(175 W Jackson Valet Garage)
8037 Innovation Way
Chicago, IL 60682-0080


Staples Business Advantage
Dept DET 2368
PO Box 83689
Chicago, IL 60696-3689


State of California
Sec of State Dept. of Fin. Institut
111Pine Street #1100
San Francisco, CA 94111


State of Florida
Office of Financial Regulation
200 E Gaines Street
Tallahassee, FL 32399-0375


State of Illinois
Department of Employment Security
Po Box 802551
Chicago, IL 60680-2551


State of Illinois Dept. of Revenue
Bankruptcy Litigation Division
100 West Randolph
Chicago, IL 60604


State of Illinois Dept. of Revenue
Bankruptcy Litigation Division
100 West Randolph
Chicago, IL 60604

State of Maryland Dept of
Labor, Licensing
500 N Calvert Street Suite 402
Baltimore, MD 21202-3651


State of Michigan
Dept of Labor & Economic
611 W Ottawa Street 3rd FL
Lansing, MI 48933


State of Nebraska Dept of
Financial Institutions
Commerce CT 1230 O St. Suite 400
Lincoln, IL 63508-1402


State of Tennesse
Dept of Financial Institutions
511 Union Street
Nashville, TN 37219


States Recovery Systems, Inc.
2951 Sunrise Blvd., Suite 100
PO Box 2860
Rancho Cordova, CA 95742-7201


States Recovery Systems, Inc.
2951 Sunrise Blvd., Suite 100
Rancho Cordova, CA 95742


Stec Residential
PO Box 350
Plainfield, IL 60544


Steven G. Davis
PO Box 874
Mattoon, IL 61938


Stonecreek Funding
1515 Wazee Street Suite 300
Denver, CO 80202


Stratasoft Inc. (Dialer)
519 North Sam Houston Parkway E
Suite 550
Houston, TX 77060

Strauss & Malk LLP (32031)
C/o Peter D. Kaiser
135 Revere Drive
Northbrook, IL 60062


Strickly Appraisals
4742 North 24th Street #405
Phoenix, AZ 85016


Sugarstone Appraisals
5813 N Marmor Avenue
Chicago, IL 60646


Suntrust Bank
MC:GA - Atlanta - 5134
PO Box 4418
Atlanta, GA 30302


Suntrust Mortgage
1920 N Thoreau Drive N
Schaumburg, IL 60173


Swansey Appraisal Group
17120 S Cornell Avenue
Calumet City, IL 60473


Taylor Bean & Whitaker
101 NE 2nd Street
Ocala, FL 34470


Team Appraisals
180 E Lincoln Street
El Paso, IL 61738


Telehone Support Services (TSS)
5100 Gamble Drive
Suite 400
Minneapolis, MN 55416


Teller Levit & Silvertrust, PC
11 East Adams
Chicago, IL 60603

The Dildy Group Apprasials
PO Box 936
Lansing, IL 60438


Thomas Appraisals



Ticor Title Company
900 Skokie Blvd Suite 112
Northbrook, IL 60062


Tom O'Malleys Appraisals
9116 Poplar Road
Orland Park, IL 60462


Total Value Appraisals
621 17th Avenue
East Moline, IL 61244


Town & Country Appraisals
1004 S Main
Columbia, IL 62236


Trend Appraisals
5711 N Northcott Avenue
Chicago, IL 60631


Tri- State Appraisals
3203 Sunset Terrace
Marion, IL 62959


Tri-Country Appraisals
2890 Griffith Road Suite 3
Fort Lauderdale, FL 33312


Trusted Appraisal Group
19 Burning Oak Trail
Barrington, IL 60010


Unified Government Treasury
PO Box 175013
Kansas City, KS 66117

Unique Appraisals
308 S 17th Street
Chesterton, IN 46304


United Network Systems, Inc.
2021 Midwest Road, Suite LL1
Oak Brook, IL 60523


United Title of Illinois
95 E Wilson Street
Batavia, IL 60510


United Wholesale Mortgage
555 S Adams
Birmingham, MI 48009


Universal Mortgage Corp
12080 N Corporate Pkwy
Thiensville, WI 53092


UPS
PO Box 650580
Dallas, TX 75265-0580


Urban Group Appraisals
345 Georgetown Square Suite 209
Wood Dale, IL 60191


US Bank
US Bancorp Center
800 Nicollett mall
Minneapolis, MN 55402


US Bank
PO Box 790430
Saint Louis, MO 63179


US Bank NA
P.O. Box 790117
Saint Louis, MO 63179-0017


USA Funding Corp
17035 W Wisconsin Avenue Suite 135
Brookfield, WI 53005

Vegas Valley Appraisal, LLC
8972 Tempest Point Court
Las Vegas, NV 89147


Viking Appraisals
6410 Grand Cypress Lane
Katy, TX 77449


Virtual Bank
3801 PGA Blvd, 7th Floor
Palm Beach Gardens, FL 33410


Wachovia Bank
301 S College Street
Suite 400 One Wachovia
Charlotte, NC 28288-0013


Walker & Walker Appraisals
1 Red Fawn Court
Henderson, NV 89074


Washington Mutual
Repurchase & Recourse Admin.
7255 Baymeadows Way
Jacksonville, FL 32256


WCJ Real Estate Consultants
8214 S Wabash Avenue Suite 3
Chicago, IL 60619


WCU, Inc
3321 N Seely Street
Chicago, IL 60618


Wendt Appraisals
919 27th Avenue Court
East Moline, IL 61244


Westech Telecommunications, Inc.
1021 Deshannon
Batavia, IL 60510


Western Residential
300W Claredon Suite 475
Phoenix, AZ 85013

Wilmington Finance
401 Plymouth Road Suite 400
Plymouth Meeting, PA 19462


Wisconsin Dept. of Financial Instit
345 W. Washington AVe
Madison, WI 53703


Wisconsin Secretary of State
PO Box 8861, 5th Floor
53708


Wolfe & Wyman LLP
Attorneys at Law
5 Park Place Plaza, Suite 1100
Irvine, CA 92614-5979


Wyma Appraisal Service Inc.
19437 Edgebrook Lane
Tinley Park, IL 60487


XO Communications
14239 Collections Center Drive
Chicago, IL 60693


Zenith Appraisals
PO Box 39505
Indianapolis, IN 46239

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**
Debtor(s)

Case No.
Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 20, 2008**
Date

**/s/ Deborah K. Ebner**
**Deborah K. Ebner 06181615**
Signature of Attorney or Litigant
Counsel for   **Advantage Mortgage Consulting, Inc., an Illinois Corporation**
**Law Office of Deborah K. Ebner**
**11 East Adams Street 8th Floor**
**Chicago, IL 60603**
**312-922-3838 Fax:312-922-8722**
**dkebner@deborahebnerlaw.com**