UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: ADVANTAGE MORTGAGE CONSULTING, INC.

Case No. 08-03879

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $246,972.88 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $36,504.37 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $30,953.44 | | |

3) Total gross receipts of $67,457.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $67,457.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $459,435.98 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | $0.00 | $30,953.44 | $30,953.44 | $30,953.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | $45,499.39 | $237,938.82 | $237,938.82 | $36,504.37 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | $2,582,961.50 | $837,857.15 | $837,857.15 | $0.00 |
| TOTAL DISBURSEMENTS | $3,087,896.87 | $1,106,749.41 | $1,106,749.41 | $67,457.81 |

4) This case was originally filed under chapter __7__ on __02/20/2008__ [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for __28__ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/04/2010        By: /s/ ALLAN J. DeMARS
                              Trustee

STATEMENT : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| unearned insurance premiums | 1129-000 | $7,115.69 |
| unearned insurance premiums | 1229-000 | $178.64 |
| class action claim dividend | 1229-000 | $25.50 |
| tax refund | 1224-000 | $62.89 |
| forgery/defalcation claim | 1149-000 | $60,000.00 |
| interest on invested funds | 1270-000 | $75.09 |
| **TOTAL GROSS RECEIPTS** | | **$67,457.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 8 scheduled | | $459,435.98 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$459,435.98** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $6,622.28 | $6,622.28 | $6,622.28 |
| Allan J. DeMars | 2200-000 | N/A | $75.19 | $75.19 | $75.19 |
| Allan J. DeMars | 3110-000 | N/A | $20,812.00 | $20,812.00 | $20,812.00 |
| Lois West/Popowcer Katten | 3410-000 | N/A | $3,433.00 | $3,433.00 | $3,433.00 |
| International Sureties Ltd. | 2300-000 | N/A | $10.97 | $10.97 | $10.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $30,953.44 | $30,953.44 | $30,953.44 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Employment Security | 5800-000 | $26,683.99 | $19,499.09 | $19,499.09 | $2,991.54 |
| Nevada Dept of Taxation | 5800-000 | $0.00 | $100.00 | $100.00 | $15.34 |
| Internal Revenue Service | 5800-000 | $0.00 | $218,339.73 | $0.00 | $33,497.49 |
| Illinois Dept of Revenue | 5800-000 | $18,815.40 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $45,499.39 | $237,938.82 | $237,938.82 | $36,504.37 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 553 scheduled claims | 7100-900 | $2,582,961.50 | $837,857.15 | $837,857.15 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | $2,582,961.50 | $837,857.15 | $837,857.15 | $0.00 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT "8"  FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 08-03879

Case Name: ADVANTAGE MORTGAGE CONSULTING, INC.

For Period Ending: 12/31/09

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 2/20/08(F)

§341(a) Meeting Date: 3/20/08

Claims Bar Date: 6/23/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Kansas City, Kansas real estate | 140,000.00 | 0.00 | DA | | FA |
| 2a | LaSalle Bank checking account | 0.00 | 0.00 | DA | | FA |
| 2b | Fifth Third Bank checking account | 0.00 | 0.00 | DA | | FA |
| 3a | Cambridge Integrated Services security deposit | 100,000.00 | 0.00 | DA | | FA |
| 4a | Marc Realty security deposit | 5,500.00 | 0.00 | DA | | FA |
| 5a | Lloyds of London insurance policy | unknown | 0.00 | DA | | FA |
| 5b | Blue Cross/Blue Shield | 0.00 | 6,278.86 | | 6,278.86 | FA |
| 5c | State Farm insurance | 0.00 | 81.83 | | 81.83 | FA |
| 5d | Mortgage Insurance Agency unearned premium (u) | 0.00 | 755.00 | | 755.00 | FA |
| 5e | Northwestern Mutual Life insurance (u) | 0.00 | 178.64 | | 178.64 | FA |
| 6 | Bidigare note receivable | unknown | 0.00 | DA | | FA |
| 7 | forgery/defalcation claim vs. Lloyds of London | unknown | 60,000.00 | | 60,000.00 | FA |
| 8 | Gonzalez suit | unknown | 0.00 | DA | | FA |
| 9 | domain names | unknown | 0.00 | DA | | FA |
| 10 | mortgage broker and business licenses | 0.00 | 0.00 | DA | | FA |
| 11 | customer lists | unknown | 0.00 | DA | | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | automobiles (leased) | 0.00 | 0.00 | DA | | FA |
| 13 | office equipment, furniture | unknown | 0.00 | DA | | FA |
| 14 | inventory | unknown | 0.00 | DA | | FA |
| 15 | American Express points | 1,472.88 | 0.00 | DA | | FA |
| 16 | Wong settlement (u) | 25.50 | 25.50 | | 25.50 | FA |
| 17 | interest on invested funds (u) | | 12.14 | | 75.09 | |
| 18 | Internal Revenue Service (u) | 62.89 | 62.89 | | 62.89 | FA |

```
TOTALS (Excluding unknown values)                 67,394.86                  67,457.81
                                                                   (Total Dollar Amount in Column 6)
```

Major activities affecting case closing: resolution of IRS claims

Initial Projected Date of Final Report (TFR):  June, 2009          Current Projected Date of Final Report (TFR):  March, 2010

**EXHIBIT 9 FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 08-03879 Trustee's Name: Allan J. DeMars
Case Name: ADVANTAGE MORTGAGE CONSULTING, INC. Bank Name: Bank of America
Taxpayer ID#: 36-4433125 Initial CD #: CDI
For Period Ending: 12/31/10 Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 554 3958

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/30/08 | Ref 5d | Mortgage Insurance Agency, Ltd. | refund of unearned premium | 1129-000 | 755.00 | | 755.00 |
| | Ref 5c | State Farm Insurance | refund of unearned premium | 1129-000 | 79.32 | | 834.32 |
| | Ref 5b | AMC Marketing Corp. | pro rated unearned BlueCross/Blue Shield premium | 1129-000 | 6,278.86 | | 7,113.18 |
| 5/31/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.86 | | 7,114.04 |
| 6/17/08 | Ref 5e | Northwestern Mutual | refund of unearned premium | 1229-000 | 178.64 | | 7,292.68 |
| | Ref 5c | State Farm In. | refund of unearned premium | 1129-000 | 2.51 | | 7,295.19 |
| | Ref 16 | Wong Settlement | class action claim | 1229-000 | 25.50 | | 7,320.69 |
| 6/30/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.89 | | 7,321.58 |
| 7/31/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.93 | | 7,322.51 |
| 8/31/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.93 | | 7,323.44 |
| 9/30/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.90 | | 7,324.34 |
| 10/31/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.93 | | 7,325.27 |
| 11/30/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.90 | | 7,326.17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/31/08 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.67 | | 7,326.84 |
| BALANCE CARRIED FORWARD | | | | | | | 7,326.84 |
| 1/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.12 | | 7,326.96 |
| 2/5/09 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 10.97 | 7,315.99 |
| 2/6/09 | Ref 7 | Wilson, Elser, Moskowitz, Edelman & Diker LLP clients account | forgery/defalcation insurance claim settlement vs. Lloyds of London | 1149-000 | 60,000.00 | | 67,315.99 |
| 2/28/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 0.76 | | 67,316.75 |
| 3/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 4.25 | | 67,321.00 |
| 4/30/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.53 | | 67,326.53 |
| 5/1/09 | Ref 18 | Internal Revenue Service | tax refund | 1224-000 | 62.89 | | 67,389.42 |
| 5/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.71 | | 67,395.13 |
| 6/30/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.55 | | 67,400.68 |
| 7/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.72 | | 67,406.40 |
| 8/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.72 | | 67,412.12 |
| 9/30/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.54 | | 67,417.66 |
| 10/31/009 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.72 | | 67,423.38 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 11/30/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.55 | | 67,428.93 |
| 12/31/09 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.73 | | 67,434.66 |
| 1/31/10 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.72 | | 67,440.38 |
| 2/28/10 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 5.17 | | 67,445.55 |
| 3/8/10 | Ref 17 | Bank of America | interest on invested funds | 1270-000 | 1.29 | | 67,446.84 |
| 3/30/10 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 6,622.28 | 60,824.56 |
| 3/30/10 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 75.19 | 60,749.37 |
| 3/30/10 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 20,812.00 | 39,937.37 |
| 3/30/10 | Check 1005 | Lois West/Popowcer Katten Ltd | accountant's fees | 3410-000 | | 3,433.00 | 36,504.37 |
| 3/30/10 | Check 1006 | Illinois Department of Revenue | 507(a)(8); 15.34191% | 5800-000 | | 2,991.54 | 33,512.83 |
| 3/30/10 | Check 1007 | Nevada Department of Taxation | 507(a)(8); 15.34191% | 5800-000 | | 15.34 | 33,497.49 |
| 3/30/10 | Check 1008 | Internal Revenue Service | 507(a)(8); 15.34191% | 5800-000 | | 33,497.49 | 0.00 |

COLUMN TOTALS

| | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Money Market # 375 554 3958 Net | 67,457.81 | 67,457.81 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |